STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone:  (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Proposed Joint Administration with: |
| | Case No. 21-14978-abl |
| SILVER STATE BROADCASTING, LLC | Case No. 21-14979-abl |
| _____/ | Case No. 21-14980-abl |
| | |
| GOLDEN STATE BROADCASTING, LLC | (Chapter 11) |
| _____/ | |
| | **ATTORNEY INFORMATION SHEET FOR** |
| MAJOR MARKET RADIO LLC, | **PROPOSED ORDER SHORTENING TIME** |
| Debtors. | Hearing Date:    n/a |
| _____/ | Hearing Time:    n/a |

As required by the Court under LR 9006, STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, proposed attorneys for the Debtors in the above-captioned case, SILVER STATE BROADCASTING, LLC, GOLDEN STATE BROADCASTING, LLC, and MAJOR MARKET RADIO (collectively, "Debtors"), provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time with respect to a hearing on their MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 BANKRUPT ESTATES PURSUANT TO F.R.B.P. 1015(b) filed on November 4, 2021, in each of the above-captioned cases.  They agree or disagree to the time being shortened, as indicated below:

| NAME | WHEN & HOW | AGREE/DISAGREE |
|---|---|---|
| John W. Nemecek, Esq.<br>Trial Attorney for<br>U.S. Trustee Tracey Hope Davis | November 4, 2021<br>Telephone:  (202) 557-5810<br>Email:  john.nemecek@usdoj.gov | Agreed |

DATED this 4th day of November 2021.

HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*

_____
STEPHEN R. HARRIS, ESQ.
Proposed Attorneys for Debtors