_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 10, 2021

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| IN RE: | Case No. 21-14978-abl |
| SILVER STATE BROADCASTING, LLC | (Chapter 11) |
| | **EX PARTE ORDER SHORTENING TIME** |
| Debtor. | Hearing Date: November 16, 2021<br>Hearing Time: 9:30 A.M.<br>Est. Time: 5 minutes |
| _____ / | Set by: Judge Landis |

Upon the EX PARTE MOTION FOR ORDER SHORTENING TIME [Docket No. 21] filed by SILVER STATE BROADCASTING, LLC ("Debtor"), by and through its proposed attorneys, STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, on November 5, 2021; the Court having considered the presentation with respect thereto; and for good cause shown:

**IT IS HEREBY ORDERED** that the time for notice of a hearing with respect to the MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 BANKRUPT ESTATES PURSUANT TO F.R.B.P. 1015(b) [Docket No. 20] ("Motion") is hereby shortened so that a hearing thereon shall occur before this Court on   November 16  , 2021, at  9:30    a  .m.

/ / /

- 1 -

**IT IS FURTHER ORDERED** that any opposition to the Motion shall be filed and served by  November 16 , 2021, at  9:30  a .m., and any replies shall be filed and served by  November 16 , 2021, at  9:30  a .m.

**IT IS FINALLY ORDERED** that the Debtor shall provide notice of the Motion via email or facsimile to the Receiver and his attorney, its secured creditors (there are none), the United States Trustee, and the twenty highest unsecured creditors. For all remaining unsecured creditors or those twenty highest unsecured creditors for which the Debtor cannot obtain email or fax numbers, Debtor shall provide notice via regular first-class U.S. Mail.

Submitted by:

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*
_____
Proposed Attorneys for Debtor