STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. 21-14978-abl |
| SILVER STATE BROADCASTING, LLC | (Chapter 11) |
| Debtor. | **NOTICE OF HEARING** |
| | Hearing Date: November 16, 2021 |
| | Hearing Time: 9:30 a.m. |
| | Est. Time: 5 minutes |
| _____/ | Set by: Judge Landis |

NOTICE IS HEREBY GIVEN that on November 5, 2021, SILVER STATE BROADCASTING, LLC, by and through its proposed attorneys, STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, filed a MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 BANKRUPT ESTATES PURSUANT TO F.R.B.P. 1015(b) [Docket No. 20] (the "Motion").

The Motion seeks an Order authorizing the joint administration of this case with the Chapter 11 case for GOLDEN STATE BROADCASTING, LLC (Case No. 21-14979) and the Chapter 11 case for MAJOR MARKET RADIO LLC (Case No. 21-14980), with the lead case to be this case, SILVER STATE BROADCASTING, LLC (Case No. 21-14978) (collectively, the "Debtors") in order to facilitate a more orderly, efficient and streamlined based upon the following: Royce International Broadcasting Corp. ("Royce"), which is owned 100% by a single individual, owns 100% of the membership interest in each of the Debtors; the managers of the Debtors are the same persons; the Debtors have some common creditors and, in fact, are collectively involved in

a Receivership Action currently pending in the United States District Court (Central District of California) in Riverside, California (Case No. 5:16-cv-00600-JGB). Also, the Debtors share common overhead expenses and personnel, and Royce files a federal income tax return for the three disregarded Debtors.

The Debtors are not requesting substantive consolidation of their cases at this time. Nothing contained in the Motion is intended to compel substantive consolidation of the assets of the Debtors' respective estates or to modify the Debtors' ownership interests in their assets. In the event that a substantive consolidation of the assets and liabilities of some or all of the Debtors' estates is warranted, the Debtors will bring a separate motion requesting such relief.

NOTICE IS FURTHER GIVEN that pursuant to the EX PARTE ORDER SHORTENING TIME entered on November 8, 2021 [Docket No. 24], the hearing on said Motion will be held on Court ordered shortened time on **November 16, 2021, at 9:30 a.m.**, before a United States Bankruptcy Judge in the United States Bankruptcy Court, by remote participation. Remote participation information may be found on the posted calendar on the Court's website at https://www.nvb.uscourts.gov/calendars/court-calendars/

Any Opposition to the Motion shall be filed and served by November 16, 2021, at 9:30 a.m., and any replies shall be filed and served by November 16, 2021, at 9:30 a.m.

If an objection or opposition is not timely filed and served, the relief requested may be granted without a hearing. LR 9014.

> If you object to the relief requested, you *must* file a **WRITTEN** response, objection or opposition to this pleading with the court. You must also serve your written response, objection or opposition on the person who sent you this notice.
>
> If you do not file a written response, objection or opposition with the court, or if you do not serve your written response, objection or opposition on the person who sent you this notice, then:
> - The court may *refuse to allow* you to speak at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Written requests for copies of the subject Motion shall be mailed or faxed to Debtors in care of their attorneys, HARRIS LAW PRACTICE LLC, 6151 Lakeside Drive, Suite 2100, Reno, NV 89511, Fax 775-786-7764, or steve@harrislawreno.com.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 10th day of November 2021.

                        HARRIS LAW PRACTICE LLC

                        */s/ Stephen R. Harris*

                        STEPHEN R. HARRIS, ESQ.
                        Proposed Attorneys for Debtors