STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

SILVER STATE BROADCASTING, LLC,

    Debtor.

☐   AFFECTS THIS DEBTOR

☐   AFFECTS GOLDEN STATE BROADCASTING, LLC

☐   AFFECTS MAJOR MARKET RADIO LLC

☒   AFFECTS ALL DEBTORS

_____/

Case No. 21-14978-abl
(Chapter 11)

Jointly Administered with:

| 21-14979-abl | Golden State Broadcasting, LLC |
| 21-14980-abl | Major Market Radio LLC |

**SUPPLEMENT TO EX-PARTE MOTION FOR ORDER SHORTENING TIME**

Hearing Date: n/a
Hearing Time: n/a

    SILVER STATE BROADCASTING, LLC, GOLDEN STATE BROADCASTING, LLC, and MAJOR MARKET RADIO LLC, Jointly Administered Debtors and Debtors-in-Possession herein, by and through their attorney, STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, hereby supplement their EX-PARTE MOTION FOR ORDER SHORTENING TIME (DE 32) ("Motion") as follows:

    1. The Motion requested a hearing on shortened time on their EMERGENCY JOINT MOTION FOR ORDER DIRECTING COURT APPOINTED RECEIVER TO TURNOVER PROPERTY PURSUANT TO 11 U.S.C. §§ 543(a) AND (b) (DE 30) ("Turnover Motion") to be held sometime during the week of December 6, 2021, but not on December 7, 2021. But in the event the Court prefers to schedule a hearing for a later date, Debtors hereby advise the Court that their counsel is unavailable from December 13, 2021, through December 18, 2021.

- 1 -

Based on the foregoing, the Debtors respectfully request that if the Court cannot schedule a hearing on their Turnover Motion for the week of December 6, 2021, through December 10, 2021, then they request a hearing be held after December 18, 2021.

DATED this 18th day of November 2021.

HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*

STEPHEN R. HARRIS, ESQ.
Attorneys for Debtors