E-filed on __December 2, 2021__

**STEPHEN R. HARRIS**
Name
**001463 NV**
Bar Code #
**6151 LAKESIDE DRIVE**
**SUITE 2100**
**Reno, NV 89511**
Address
**775-786-7600**
Phone Number

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: **SILVER STATE BROADCASTING, LLC**

Case No.: **21-14978**
Chapter: **11**
Trustee:

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☐ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
   - ☐ Add/delete creditor(s), change amount or classification of debt - **$31 Fee required**
   - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☑ Other: LIST OF EQUITY SECURITY HOLDERS; CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on __December 2, 2021__

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ EDWARD R. STOLZ
EDWARD R. STOLZ
**Debtor's Signature**
**Date:** December 2, 2021

# United States Bankruptcy Court
## District of Nevada

In re  **SILVER STATE BROADCASTING, LLC**            Case No.  **21-14978**
                          Debtor(s)                  Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ROYCE INTERNATIONAL BROADCASTING CORP.<br>PO BOX 1300<br>Fair Oaks, CA 95628 | | 100 PERCENT | MEMBER |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Co-Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 3, 2021**            Signature  **/s/ EDWARD R. STOLZ**
                                                  **EDWARD R. STOLZ**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re  **SILVER STATE BROADCASTING, LLC**             Case No. **21-14978**
                                              Debtor(s)             Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SILVER STATE BROADCASTING, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ROYCE INTERNATIONAL BROADCASTING CORP.**
**PO BOX 1300**
**Fair Oaks, CA 95628**

☐ None [*Check if applicable*]

**December  3, 2021**
Date

/s/ **STEPHEN R. HARRIS**
**STEPHEN R. HARRIS**
Signature of Attorney or Litigant
Counsel for    **SILVER STATE BROADCASTING, LLC**
**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE**
**SUITE 2100**
**Reno, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**