Ogonna M. Brown, Esq.
Nevada Bar No. 7589
OBrown@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for VCY America, Inc.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> SILVER STATE BROADCASTING, LLC, <br><br> [ ] Affects Silver State Broadcasting, LLC <br> [ ] Affects Golden State Broadcasting, LLC <br> [ ] Major Market Radio, LLC <br> [X] Affects all Debtors | Case No.: BK-21-14978-abl <br><br> Jointly Administered with: <br><br> <table><tr><td>21-14979-abl</td><td>Golden State Broadcasting, LLC</td></tr><tr><td>21-14980-abl</td><td>Major Market Radio, LLC</td></tr></table> <br> Chapter 11 <br><br> **VCY AMERICA, INC.'S JOINDER TO RECEIVER W. LAWRENCE PATRICK'S REPLY IN SUPPORT OF EMERGENCY MOTION TO EXCUSE TURNOVER IN FAVOR OF RECEIVER AND TO DISMISS/ABSTAIN OR, ALTERNATIVELY, FOR STAY RELIEF AND/OR CONVERSION** <br><br> Hearing Date: December 20, 2021 <br> Hearing Time: 9:30 a.m. <br> Place: Courtroom 1, Third Floor <br><br> Judge: Chief Judge August B. Landis |

VCY America, Inc. ("VCY America"), creditor in the above-referenced jointly administered bankruptcy proceedings, by and through its counsel Ogonna M. Brown, Esq., of the law firm of Lewis Roca Rothgerber Christie LLP, hereby files this Joinder to Receiver W. Lawrence

Patrick's Reply in Support of the Emergency Motion to Excuse Turnover in Favor of Receiver and to Dismiss/Abstain, or, Alternatively, for Stay Relief and/or Conversion (EFC No. 86)[1] ( Receiver's Motion to Excuse Turnover"), filed on December 17, 2021 in connection with the Chapter 11 Bankruptcy case of Debtors Silver State Broadcasting, LLC, Major Marketing Radio, LLC and Golden State Broadcasting, LLC (collectively "Debtor Entities").

    VCY America supports all of the arguments set forth in the Receiver's Reply in Support of the Motion to Excuse Turnover and hereby joins along with any supporting documents filed with the Court, and incorporates all arguments as if set forth herein, and for any other relief this Court deems just and appropriate.

DATED this 20th day of December, 2021.

                                  LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Ogonna Brown*
    Ogonna M. Brown, Esq.
    Nevada Bar No. 7589
    3993 Howard Hughes Pkwy., Suite 600
    Las Vegas, Nevada 89169
    Telephone: (702) 474-2622
    Facsimile: (702) 949-8298
    Email: OBrown@lewisroca.com

*Attorneys for VCY America, Inc.*

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the jointly administered bankruptcy cases identified in the caption above ("Case"), as they appear on the docket ("Docket") maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada.

116101542.1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 20th day of December, 2021, I caused to be served a true and correct copy of the foregoing **VCY AMERICA, INC.'S JOINDER TO RECEIVER W. LAWRENCE PATRICK'S REPLY IN SUPPORT OF EMERGENCY MOTION TO EXCUSE TURNOVER IN FAVOR OF RECEIVER AND TO DISMISS/ABSTAIN, OR, ALTERNATIVELY, FOR STAY RELIEF AND/OR CONVERSION** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Nicole N. Lord
An employee of Lewis Roca Rothgerber Christie LLP

116101542.1