STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

SILVER STATE BROADCASTING, LLC,

           Debtor.

☐ AFFECTS THIS DEBTOR

☐ AFFECTS GOLDEN STATE BROADCASTING, LLC

☐ AFFECTS MAJOR MARKET RADIO LLC

☒ AFFECTS ALL DEBTORS

_____/

Case No. 21-14978-abl
(Chapter 11)

Jointly Administered with:

| 21-14979-abl | Golden State Broadcasting, LLC |
| 21-14980-abl | Major Market Radio LLC |

**DECLARATION OF EDWARD R. STOLZ IN SUPPORT OF DEBTORS' REPLY TO RECEIVER'S OPPOSITION TO APPLICATION FOR ORDER AUTHORIZING JOINTLY ADMINISTERED DEBTORS TO EMPLOY BANKRUPTCY ATTORNEYS UNDER A GENERAL RETAINER [HARRIS LAW PRACTICE LLC]**

Hearing Date: January 5, 2022
Hearing Time: 1:30 p.m.

EDWARD R. STOLZ, under penalty of perjury, declares and states as follows:

1. I am over the age of 18 years, am mentally competent and have personal knowledge of the matters set forth in this Declaration. If called upon as a witness, I could and would competently testify to these matters.

2. I am the President and sole shareholder of Royce International Broadcasting Corp., sole member of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market LLC, all Nevada limited liability companies which own certain FCC radio station licenses

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

1

identified under call signs KFRH-FM, KREV-FM, and KRCK-FM (collectively the "Radio Stations"). I have owned and operated radio stations in California and Nevada for over 40 years. I am not just an owner; I am also a broadcast engineer who has constructed many broadcasting stations, from the ground up. In addition to installing, calibrating, operating, and maintaining broadcast equipment to over the years, I have built each of these stations (KFRH, KREV and KRCK) essentially from the ground up.

3. I have read the REPLY TO RECEIVER'S OPPOSITION TO APPLICATION FOR ORDER AUTHORIZING JOINTLY ADMINISTERED DEBTORS TO EMPLOY BANKRUPTCY ATTORNEYS UNDER A GENERAL RETAINER [HARRIS LAW PRACTICE LLC] ("Reply") and attest that the facts stated therein are true and correct to the best of my knowledge and belief.

4. I was shocked to learn that the Receiver appointed in the Civil Action, W. Lawrence Patrick, is represented in these Chapter 11 cases by Fox Rothschild LLP even though Fox Rothschild formerly represented the Debtors and other Defendants in the Civil Action.

5. Fox Rothschild LLP was appointed by the Civil Action Defendants' insurance carrier to defend them in the Civil Action. In connection with the representation, Fox Rothschild obtained confidential information from the Civil Action Defendants, including the Debtors, for approximately three weeks in preparation for filing an answer to the Plaintiffs' complaint in the Civil Action.

6. Before the answer could be completed and filed, Fox Rothschild advised the insurance carrier that it could no longer represent the Civil Action Defendants because of an alleged conflict of interest. As a result, the insurance carrier appointed other defense counsel to represent the Civil Action Defendants.

7. I do not know the exact dates that Fox Rothschild represented the Civil Action Defendants because that information was in my emails which the Receiver unlawfully took over after he was appointed solely to administer the Debtors' Radio Stations for the purpose of paying the Civil Action Judgment. However, the dates of Fox Rothschild's representation would have been before the Defendants filed their answer in the Civil Action.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

2

8. Fox Rothschild never contacted me, either in my individual capacity or as manager of the other Civil Action Defendants, to disclose that it was seeking to represent the Receiver in these Chapter 11 cases. I would have never consented to Fox Rothschild's representation of the Receiver because Fox Rothschild obtained confidential information about the Radio Stations, their operations, and the Civil Action Defendants.

DATED this 29th day of December 2021.

_____
Edward R. Stolz