

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 07, 2022

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | Case No.: 21-14978-abl |
| SILVER STATE BROADCASTING, LLC, | Jointly Administered with: |
| | Case No.: 21-14979-abl |
| Debtor. | Case No.: 21-14980-abl |
| GOLDEN STATE BROADCASTING, LLC, | Chapter 11 |
| Jointly Administered Debtor. | Hearing Date: January 31, 2022 |
| | Hearing Time: 1:30 p.m. |
| MAJOR MARKET RADIO, LLC, | |
| Jointly Administered Debtor. | |

**ORDER DENYING RECEIVER'S EMERGENCY MOTION TO EXCUSE TURNOVER**

On January 31, 2022, the Court issued its oral ruling regarding an Emergency Motion to Excuse Turnover in Favor of Receiver and to Dismiss/Abstain, or, Alternatively, for Stay Relief and/or Conversion ("Receiver's Motion") (ECF No. 45).[1] The Receiver's Motion was filed on behalf of prebankruptcy receiver, W. Lawrence Patrick ("Receiver").

At the January 31, 2022 oral ruling, attorney Stephen Harris appeared telephonically on behalf of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

Radio, LLC, the debtors in these jointly administered chapter 11 bankruptcy cases (collectively "Debtors"). Attorney Barry Wood appeared as Debtors' FCC counsel. Attorney Nicholas A. Koffroth appeared telephonically on behalf of the Receiver. Attorney Daniel J. Kelly appeared telephonically on behalf of creditor Bellaire Tower Homeowners Association. Attorney Thomas Fell appeared telephonically on behalf of creditor Crown Castle MG Networks, Inc. Attorney Ogonna M. Brown appeared telephonically on behalf of party in interest, VCY America, Inc. Attorney John Nemecek appeared telephonically on behalf of the United States Trustee. Other telephonic appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on January 31, 2022, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Receiver's Motion, and all relief requested in it, is **DENIED**.

Copies sent to all parties via CM/ECF Electronic Filing.

# # #

2