_____
Honorable August B. Landis
United States Bankruptcy Judge

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
E-Mail: steve@harrislawreno.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

SILVER STATE BROADCASTING, LLC,
Debtor.

☒ AFFECTS THIS DEBTOR
☐ AFFECTS GOLDEN STATE BROADCASTING, LLC
☐ AFFECTS MAJOR MARKET RADIO LLC
☐ AFFECTS ALL DEBTORS

_____/

Case No. 21-14978-abl
(Chapter 11)

Jointly Administered with:

| 21-14979-abl | Golden State Broadcasting, LLC |
| 21-14980-abl | Major Market Radio LLC |

**ORDER APPROVING STIPULATION REGARDING EXTENSION OF TIME FOR DEBTOR TO VACATE LEASED PREMISES**

Hrg. Date: N/A
Hrg. Time:

Upon the STIPULATION REGARDING EXTENSION OF TIME FOR DEBTOR TO VACATE LEASED PREMISES (Docket No. 143) ("Stipulation"), filed by Debtor SILVER

STATE BROADCASTING, LLC a Nevada limited liability company ("Debtor"), by and through its counsel STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC and Landlord DIG MCC, LLC ("Landlord"), by and through its counsel, MATTHEW D. PHAM, ESQ. of ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP; with the Court having reviewed the Stipulation and good cause appearing:

**IT IS HEREBY ORDERED** that

1. The Stipulation is approved in its entirety, with the parties hereto bound by the terms and conditions set forth therein;

2. The Debtor shall surrender and vacate possession of the premises commonly referred to as Suite 200 of the Marnell Corporate Center, Building 3, located at 6725 Via Austi Parkway, Las Vegas, Nevada 89119 (the "Premises") by no later than 11:59 p.m. on March 31, 2022;

3. The automatic stay is terminated to allow the Landlord to draw down on its security deposit in accordance with the terms of the Stipulation; and

4. Upon a failure by the Debtor to perform its obligations under the Stipulation as set forth therein, the Landlord is authorized to file a declaration indicating such failure by the Debtor and requesting the relief permitted therein, including that the Court may, without further notice to the Debtor or a hearing, enter an order compelling the Debtor and any other person or entity claiming a right to possession under or through the Debtor, or otherwise to forthwith vacate and surrender possession of the Premises, which order shall also serve as a writ of execution, assistance, or possession directing the United States Marshal, the Clark County Sheriff, or any other law enforcement officer to take possession of the Premises and restore the same to the Landlord.

Harris Law Practice LLC
6151 Lakeside Drive
Suite 2100
Reno, Nevada 89511
(775) 786 7600

Submitted by:
STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

/s/ Stephen R. Harris
_____
Attorneys for Debtors

Approved this 14th day of March, 2022.

MATTHEW D. PHAM, ESQ.
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

_____
Attorney for Landlord DIG MCC, LLC

###