Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for the United States Trustee
TRACY HOPE DAVIS

E-Filed: April 22, 2022

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 21-14978-abl |
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| Debtor(s). | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel of record in place of John W. Nemecek for Tracy Hope Davis, the United States Trustee for Region 17. All notices should now be directed to:

> Office of the United States Trustee
> Attn: Justin C. Valencia
> 300 Las Vegas Boulevard So., Suite 4300
> Las Vegas, NV 89101
> Email: justin.c.valencia@usdoj.gov

Dated: April 22, 2022

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ *Justin C. Valencia*
Trial Attorney for United States Trustee

Notice of Substitution of Counsel