

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 16, 2022

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 21-14978-abl |
| SILVER STATE BROADCASTING, LLC, | Jointly Administered with:<br>Case No.: 21-14979-abl |
| Debtor. | Case No.: 21-14980-abl |
| GOLDEN STATE BROADCASTING, LLC, | Chapter 11 |
| Jointly Administered Debtor. | Hearing Date: September 14, 2022<br>Hearing Time: 1:30 p.m. |
| MAJOR MARKET RADIO, LLC, | |
| Jointly Administered Debtor. | |

**ORDER DENYING APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT AS AMENDED**

On September 14, 2022, the Court conducted a hearing to consider approval of Debtors' Disclosure Statement as amended (ECF Nos. 254 and 296, collectively the "Amended Disclosure Statement").[1] The Amended Disclosure Statement was filed on behalf of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC, the debtors in these jointly administered chapter 11 bankruptcy cases (collectively "Joint Debtors").

_____

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

At the September 14, 2022 hearing, attorney Stephen Harris appeared telephonically on behalf of Joint Debtors. Attorney Ogonna M. Brown appeared telephonically on behalf of party in interest, VCY America, Inc. Attorney Thomas Fell appeared telephonically on behalf of creditor Crown Castle MG Networks, Inc. Attorney Nicholas Koffroth appeared telephonically on behalf of prebankruptcy receiver, W. Lawrence Patrick. Attorney Justin C. Valencia appeared telephonically on behalf of the United States Trustee. Other telephonic appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on September 14, 2022, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that approval of the Amended Disclosure Statement is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Debtor shall file a further Amended Disclosure Statement on or before **5:00 p.m. prevailing Pacific Time on September 27, 2022**.

**IT IS FURTHER ORDERED** that Debtor's further Amended Disclosure Statement shall be noticed for hearing on **October 17, 2022 at 2:30 p.m., the Court having expressly shortened the time for hearing in open court on September 14, 2022**.

**IT IS FURTHER ORDERED** that all oppositions to Debtor's further Amended Disclosure Statement shall be filed on or before **5:00 p.m. prevailing Pacific Time on October 7, 2022**.

**IT IS FURTHER ORDERED** that Debtor's reply in support of the further Amended Disclosure Statement shall be filed on or before **5:00 p.m. prevailing Pacific Time on October 14, 2022**.

**IT IS FURTHER ORDERED** that **the hearing on approval of Debtor's further Amended Disclosure Statement shall be held on October 17, 2022 at 2:30 p.m.,** in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Third Floor,

1 | Courtroom #1, Las Vegas, Nevada, 89101. Absent further order of the court, the parties must
2 | participate and appear telephonically by dialing in to the AT&T Teleconferencing Call-in
3 | Number. Instructions for appearing via telephone are available on the court's website at
4 | www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation/.

Copies sent to all parties via CM/ECF Electronic Filing.

# # #