BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Admitted *Pro Hac Vice*
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for W. Lawrence Patrick*

Electronically Filed September 16, 2022

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

SILVER STATE BROADCASTING, LLC,

☐ Affects Silver State Broadcasting, LLC
☐ Affects Golden State Broadcasting, LLC
☐ Affects Major Market Radio, LLC
☒ Affects all Debtors

Case No. BK-21-14978-abl

Jointly Administered with:
Case No. BK-S-21-14979-abl
Case No. BK-S-21-14980-abl

Chapter 11

**NOTICE OF RECEIVER'S SUPPLEMENTAL ACCOUNTING**

[*Hearing to be Separately Set, Pursuant to Motion Under 11 U.S.C. § 543 and FED. R. BANKR. P. 6002(b)*]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

138140101.1

**PLEASE TAKE NOTICE** that W. Lawrence Patrick (the "Receiver"), the receiver of certain assets of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby files this supplemental accounting (the "Supplemental Accounting"), pursuant to § 543 of title 11 of the United States Code (the "Bankruptcy Code"),[1] to supplement the *Receiver's Accounting Pursuant to Order Granting Debtor's Emergency Motion for Turnover [Docket No. 115]* [Docket No. 141] (the "Accounting") and in response to the Bankruptcy Court's *Order Granting Debtor's Emergency Motion for Turnover* [Docket No. 115] (the "Turnover Order") and the *Order Granting in Part and Denying in Part Motion to Enforce* [Docket No. 270] (the "Supplemental Accounting Order"). As set forth more fully in the Turnover Order, the Court ordered as follows:

> [U]nder 11 U.S.C. § 543(b)(2), Receiver shall prepare, sign, and file with this Court an accounting of any property of the Debtors, or proceeds, product, offspring, rents or profits of such property that, at any time came into the possession, custody, or control of the Receiver (the "Accounting"). The Accounting required by this Order shall:
>
> 1. Separately address each month during the period commencing with the Receiver's initial appointment on July 6, 2020 and ending with the filing of the Accounting with this Court pursuant to this Order (the "Accounting Period");
>
> 2. For each month of the Accounting Period, separately disclose as to each Debtor, at a minimum, all of the information required in UST Form 11-MOR (12/01/2021) Chapter 11 Monthly Operating Report . . . ; and
>
> 3. Disclose the status, as shown on the FCC's Universal Licensing System, of each and all of the radio broadcast licenses issued to the Debtors by the FCC at the end of each month covered by the Accounting Period.

Turnover Order at 3-4. Following the filing of the Accounting, the Supplemental Accounting Order further provides that "Mr. Patrick shall file a supplemental accounting, formatted to comply with the specific terms of the Turnover Order [ECF No. 115], on or before Friday, September 16, 2022." Supplemental Accounting Order at 2 (emphasis omitted).

**PLEASE TAKE FURTHER NOTICE** that the Receiver provides the following

---

[1] Unless otherwise set forth herein, all references to "Section" or "§" refer to a section of the Bankruptcy Code.

1

138140101.1

attachments that, collectively, constitute the Supplemental Accounting[2] and satisfy the specific terms of the Turnover Order as modified by the Supplemental Accounting Order: (i) the *FCC Status from Initiation to Termination of Receivership* (the "FCC Status Report"), attached hereto as **Exhibit 1**, chronologically setting forth the status of each of the Debtor's licenses with the Federal Communications Commission (the "FCC") during the Accounting Period and any modifications thereto; (ii) the *Chapter 11 Monthly Operating Reports* (the "Operating Reports") prepared by the Receiver for each Debtor for each month during the Accounting Period along with the *General Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Receiver's Supplemental Accounting and Operating Reports* (the "Global Notes"), attached hereto as **Exhibit 2**; and (iii) the execution version of that certain *Local Programming and Marketing Agreement* (the "LMA") by and between W. Lawrence Patrick and VCY America, Inc. dated March 15, 2021, attached hereto as **Exhibit 3**.

      **PLEASE TAKE FURTHER NOTICE** that, in support of the Supplemental Accounting, including, but not limited to, the FCC Status Report, the Operating Reports, the Global Notes, and the LMA, the Receiver respectfully refers to, and as appropriate incorporates herein and therein by this reference: (i) the Accounting; (ii) the *Request for Judicial Notice in Support of Emergency Motion to Excuse Turnover in Favor of Receiver and to Dismiss/Abstain, or, Alternatively, for Stay Relief and/or Conversion* [Docket No. 47 (the "RJN"); (iii) the *Request for Judicial Notice in Support of Receiver's Accounting Pursuant to Order Granting Debtor's Emergency Motion for Turnover [Docket No. 115]* [Docket No. 142] (the "Supplemental RJN"); (iv) the *Declaration of W. Lawrence Patrick in Support of Receiver's Accounting Pursuant to Order Granting Debtor's Emergency Motion for Turnover [Docket No. 115]* [Docket No. 148] (the "Patrick Declaration"); (v) the excerpts from the deposition transcript (the "Deposition Transcript") attached to the *Declaration of Nicholas A. Koffroth* [Docket No. 198] (the "Koffroth Declaration"); and (vi) the *Declaration of W. Lawrence in Support of the Supplemental Accounting* filed concurrently herewith (the "Supplemental Patrick Declaration").

---

[2] Unless otherwise defined therein, all capitalized terms used in the attachments to this Supplemental Accounting shall have the same definitions set forth in this notice.

138140101.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1  DATED this 16th day of September 2022.

2                              **FOX ROTHSCHILD LLP**

3     By:      */s/ Brett A. Axelrod*

4          BRETT A. AXELROD, ESQ.
           Nevada Bar No. 5859

5          NICHOLAS A. KOFFROTH, ESQ.
           Appearing *Pro Hac Vice*

6          1980 Festival Plaza Drive, Suite 700

7          Las Vegas, Nevada 89135
           *Counsel for W. Lawrence Patrick*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

138140101.1

3

# EXHIBIT 1
## (FCC Operational Status)

## *FCC Status from initiation to termination of Receivership*

### KREV(FM), Alameda, CA (FIN: 36029)

| July 2020 | An application for Assignment of License of KREV(FM) from Golden State Broadcasting, LLC to W. Lawrence Patrick, Receiver pursuant to the July 6, 2020 Order of the United States District Court for the Central District of Florida Appointing W. Lawrence Patrick Receiver (Case No. 5:16-cv-00600-JGB (SPx)) was filed with the FCC July 16, 2020 (FCC File No. BALH-20200716AAC). The application granted and consummated July 24, 2020. |
|---|---|
| July 2020 through February 2022 | KREV(FM) was on air operating at licensed parameters.  The Station's application for renewal of license was timely filed with the Commission. |
| February 2022 | Pursuant to the Bankruptcy Court Order dated February 7, 2022, an application for involuntary assignment of KREV(FM) to Debtor-In-Possession was filed on February 11, 2022 (FCC File No. 0000184727).  It was granted and consummated on February 22, 2022. |

### KRCK-FM, Mecca, CA (FIN: 52808)

| July 2020 | KRCK-FM The application for Assignment of License from Golden State Broadcasting, LLC to W. Lawrence Patrick, Receiver pursuant to the July 6, 2020 Order of the United States District Court for the Central District of Florida Appointing W. Lawrence Patrick Receiver (Case No. 5:16-cv-00600-JGB (SPx)) was filed with the FCC July 16, 2020 (FCC File No. BALH-20200716AAD). The application granted and consummated July 24, 2020. |
|---|---|
| July 2021 | The power supply for KRCK-FM failed on June 18, 2021. The Receiver filed an application for Special Temporary Authority ("STA") to operate at reduced power due to a failed power supply in the transmitter on July 1, 2021 (FCC File No. BSTA - 20210701AAE).  The Commission granted the STA to operate at reduced power on July 6, 2021.  The Station operated pursuant to the STA until November 15, 2021 when the Station resumed on air operations at its licensed parameters. |
| July 2020 through February 2022 | Except as noted above (July 18, 2021 through November 15, 2021), KRCK-FM was on air operating at licensed parameters.  The Station's application for renewal of license was timely filed with the Commission. |
| February 2022 | Pursuant to the Bankruptcy Court Order dated February 7. 2022, an application for involuntary assignment of KRCK-FM to Debtor-In-Possession was filed on February 11, 2022 (FCC File No. 0000184726).  It was granted and consummated on February 22, 2022. |

**KFRH(FM), North Las Vegas, NV (FIN: 19062)**

| July 2020 | KFRH(FM) The application for Assignment of License from Golden State Broadcasting, LLC to W. Lawrence Patrick, Receiver pursuant to the July 6, 2020 Order of the United States District Court for the Central District of Florida Appointing W. Lawrence Patrick Receiver (Case No. 5:16-cv-00600-JGB (SPx)) was filed with the FCC July 16, 2020 (FCC File No. BALH-20200716AAB). The application granted and consummated July 24, 2020. |
|---|---|
| July 2020 through February 2022 | KFRH(FM) was on air operating at licensed parameters.  The Station's application for renewal of license was timely filed with the Commission. |
| February 2022 | Pursuant to the Bankruptcy Court Order dated February 7, 2022, an application for involuntary assignment of KFHR(FM) to Debtor-In-Possession was filed on February 11, 2022 (FCC File No. 0000184728).  It was granted and consummated on February 22, 2022. |

# Exhibit 2

## (Global Notes)

1  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
2  NICHOLAS A. KOFFROTH, ESQ.
   Admitted *Pro Hac Vice*
3  **FOX ROTHSCHILD LLP**
4  1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
5  Telephone: (702) 262-6899
   Facsimile: (702) 597-5503
6  Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
7  *Counsel for W. Lawrence Patrick*

8

| | Electronically Filed September 16, 2022 |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-21-14978-abl |
|---|---|
| SILVER STATE BROADCASTING, LLC, | Jointly Administered with:<br>Case No. BK-S-21-14979-abl<br>Case No. BK-S-21-14980-abl |
| ☐ Affects Silver State Broadcasting, LLC<br>☐ Affects Golden State Broadcasting, LLC<br>☐ Affects Major Market Radio, LLC<br>☒ Affects all Debtors | Chapter 11 |
| | **GENERAL GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE RECEIVER'S SUPPLEMENTAL ACCOUNTING AND OPERATING REPORTS** |
| | [*Hearing to be Separately Set, Pursuant to Motion Under 11 U.S.C. § 543 and FED. R. BANKR. P. 6002(b)*] |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

138139125.2

I.

## GENERAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE RECEIVER'S SUPPLEMENTAL ACCOUNTING AND OPERATING REPORTS

On July 6, 2020, the United States District Court for the Central District of California (the "District Court") entered the *Order Appointing W. Lawrence Patrick as Receiver in Aid of Post-Judgment Execution* (the "District Court Receivership Order") in the case captioned *WB Music Corp., et al. v. Royce International Broadcasting Corp., et al.*, Case No. 5:16-cv-00600-JGB-SP (the "District Court Case"). *See* RJN, Ex. N. Pursuant to the District Court Receivership Order, the District Court appointed W. Lawrence Patrick (the "Receiver") as receiver over the "radio-stations-related assets for radio stations KFRH-FM, KREV-FM, and KRCK-FM" (collectively, the "Radio Stations") owned by Silver State Broadcasting, LLC ("Silver State"), Golden State Broadcasting, LLC ("Golden State"), and Major Market Radio, LLC ("Major Market," and, together with Silver State and Golden State, the "Debtors"). *See id.* The Receivership Order provides, *inter alia*, as follows, pursuant to FED. R. CIV. P. 66 and 69 and CAL. CIV. P. CODE § 708.620:

> B.    The Receiver shall have the power and authority to take charge of and manage Defendants' Radio Stations' assets, businesses, and affairs, to bring and defend actions in his own name, as Receiver; to take and keep possession of Defendants' Radio Stations' assets; to receive rents, and collect accounts receivable and other debts; to take all steps necessary to operate and manage Defendants' Radio Stations, including the authority to appoint an agent or agents under him, and to do all other acts which may be necessary and proper to operate and manage the stations;
>
> * * *
>
> D.    The Receiver is authorized to: solicit offers for the sale of Defendants' Radio Stations assets, including but not limited to the broadcast licenses issued by the Federal Communications Commission for Defendants' Radio Stations (the "FCC Licenses"), according to normal and customary industry practices; and report to the Court any firm offers for purchase, with recommendations regarding the offer.
>
> * * *
>
> I.    The fees of the Receiver will be Seven Thousand Five Hundred Dollars ($7,500.00) per month plus reasonable travel expenses to the

138139125.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

2

stations.    These fees shall be considered operating expenses to be deducted from the gross receivables of the respective stations

*Id.* at 2-3.

3       On October 22, 2020, the Superior Court of the State of California, County of San Francisco

4  (the "State Court") entered the *Order Granting Bellaire Tower Homeowners Association's* Ex Parte

5  *Application for Appointment of Receiver* (the "State Court Receivership Order" and, together with the

6  District Court Receivership Order, the "Receivership Orders") in the case captioned *Bellaire Towers*

7  *Homeowners Association v. Golden State Broadcasting LLC*, Case No. CGC-21-526191 (the "State

8  Court Case").    *See* RJN, Ex. O.    Pursuant to the State Court Receivership Order, the District Court

9  appointed the Receiver as receiver "to enforce the July 22, 2014 judgment entered in favor of Bellaire

10  in this action consistent with the terms and conditions of his July 6, 2020 appointment as receiver by

11  the District Court in the case entitled *WB Music Corp., et al. v. Royce International Broadcasting*

12  *Corp., et al.*, U.S.D.C. (C.D. Cal.) Case No. 5:16-cv-00600-JGB (SPx).    A copy of the July 6, 2020

13  order is attached and incorporated by reference."    *Id.*

14       On October 19, 2021 (the "Petition Date"), the Debtors filed voluntary petitions for relief

15  under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of

16  Nevada (the "Bankruptcy Court"), which are jointly administered under the above-captioned case

17  (the "Bankruptcy Cases").    On February 7, 2022, the Bankruptcy Court entered the *Order Granting*

18  *Debtor's Emergency Motion for Turnover* [Docket No. 115] (the "Turnover Order"), which, *inter*

19  *alia*, required the Receiver to turn over property of the receivership estate to the Debtors and account

20  for "any property of the Debtors, or proceeds, product, offspring, rents or profits of such property

21  that, at any time came into the possession, custody, or control of the Receiver."    Turnover Order at 3.

22  On March 11, 2022, the Receiver filed the *Receiver's Accounting Pursuant to Order Granting*

23  *Debtor's Emergency Motion for Turnover [Docket No. 115]* [Docket No. 141] (the "Accounting").

24  As set forth more fully in the attached notice, on August 9, 2022, the Court entered the *Order Granting*

25  *in Part and Denying in Part Motion to Enforce* [Docket No. 270] (the "Supplemental Accounting

26  Order") requiring a further supplemental accounting utilizing *Chapter 11 Monthly Operating Reports*

27  (the "Operating Reports") prepared by the Receiver for each Debtor for each month between July 6,

28  2020 and the filing of the Accounting with the Bankruptcy Court (the "Accounting Period").    *See*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

1    Turnover Order at 3; Supplemental Accounting Order at 2.

2    The Operating Reports attached to this Supplemental Accounting were prepared, pursuant to

3    § 543 and Rule 6002 of the Federal Rules of Bankruptcy Procedure, as modified by the Turnover

4    Order and Supplemental Accounting Order, by the Receiver with unaudited information available as

5    of the date of the Supplemental Accounting.  The Operating Reports do not purport to represent

6    financial statements prepared in accordance with generally accepted accounting principles in the

7    United States ("GAAP") and they are not intended to be fully reconciled to the Debtors' financial

8    statements.

9    The Operating Reports have been signed by the Receiver.  In reviewing and signing the

10    Operating Reports, the Receiver relied upon the efforts, statements, and representations of the

11    Receiver's other professionals.  These authorized representatives have not (and could not have)

12    personally verified the accuracy of each such statement and representation, including, for example,

13    statements and representations concerning amounts owed to creditors.

14    Moreover, the Receiver obtained limited financial information from the Debtors during the

15    prepetition pendency of the Receivership as detailed more fully in the State Court Case and District

16    Court Case, including, but not limited to, those documents presented to the Bankruptcy Court in the

17    RJN and Supplemental RJN.  Additionally, the Receivership Orders necessarily limited the duties

18    and obligations of the Receiver and, as such, the extent of financial information available to the

19    Receiver is further limited beyond the nondisclosure issues raised by the Receiver in the State Court

20    Case and District Court Case.

21    These General Global Notes and Statement of Limitations, Methodology and Disclaimer

22    Regarding the Receiver's Supplemental Accounting and Operating Reports (the "General Notes") are

23    incorporated by reference in, and comprise an integral part of, each of the Operating Reports attached

24    hereto, and should be referred to and reviewed in connection with any review of the Operating

25    Reports.

26    / / /

27    / / /

28    / / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

138139125.2

## II.

## GENERAL NOTES

1. **Reservation of Rights.**  The history of the Receiver's efforts to obtain turnover of the Debtors' assets and financial information during the pendency of the receiverships with respect to the Debtors are fully detailed in the record of the District Court Case and the State Court Case, which necessarily limits the amount of information available to the Receiver to prepare the Operating Reports.  As set forth in the Turnover Order, the Operating Reports specifically reflect "any property of the Debtors, or proceeds, product, offspring, rents or profits of such property that, at any time *came into the possession, custody, or control of the Receiver*."  Turnover Order at 3 (emphasis added). Therefore, the Operating Reports necessarily only reflect information and assets that came into the possession, custody, or control of the Receiver, and do not (and could not) reflect information or assets that did not come into the possession, custody, or control of the Receiver.  Moreover, although the Receiver made every reasonable effort to ensure that the Operating Reports are as accurate and complete as possible, based on the information that was available to the Receiver at the time of preparation, subsequent information or discovery may result in material changes to these Operating Reports, and inadvertent errors or omissions may have occurred.  Because the Operating Reports contain unaudited information, which is subject to further review, verification, and potential adjustment, these Operating Reports may be inaccurate and/or incomplete.

2. **No Waiver.**  Nothing contained in the Operating Reports, or these General Notes shall constitute an admission or a waiver of any of the Debtors' rights to assert any claims or defenses with respect to any claim, or an admission or waiver with respect to the amount, validity, extent, priority, or ownership of any asset or liability.

3. **Reporting Date.**  All asset and liability information, except where otherwise noted, is provided for the Accounting Period only.

4. **Estimates and Assumptions.**  The preparation of the Operating Reports required the Receiver to make estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities, and the reported amounts of revenue and expense.  Actual results could differ materially from these estimates and, as a result of substantial

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

138139125.2

1    nondisclosures by the Debtors, their parent entity Royce International Broadcasting, Inc. ("Royce"),

2    and their insider, Edward R. Stolz ("Mr. Stolz"), may not disclose all relevant material information

3    concerning the Debtors' accrued assets and liabilities during the Accounting Period.

4         5.    **Use of Monthly Operating Report Forms.**  As set forth in the Turnover Order and

5    as requested by the Debtors, the Receiver prepared the Operating Reports using UST Form 11-MOR

6    (12/01/2021) Chapter 11 Monthly Operating Report (the "Operating Report Form").  The Operating

7    Report Forms are promulgated by the United States Trustee Program, pursuant to the rule entitled

8    *Uniform Periodic Reports in Cases Filed Under Chapter 11 of Title 11*, published at 28 C.F.R. § 58.8

9    (the "Final Rule"), effective June 21, 2021.  As set forth in the Final Rule, "[t]he requirements of this

10   section apply to ***all chapter 11 debtors*** who do not qualify as a 'small business debtor' under 11

11   U.S.C. 101(51D)."  28 C.F.R. § 58.8(a); *see also* 28 C.F.R. § 58.8(b) (requiring that the reports be

12   prepared by "[d]ebtors-in-possession (debtor) and chapter 11 trustees").  As such, the Operating

13   Report Form requires information not relevant to entities that are not debtors-in-possession or trustees

14   under chapter 11 of the Bankruptcy Code, including, but not limited to: (i) length of time the case has

15   been pending; (ii) cash receipts, disbursements, and profitability since the date of an order for relief;

16   (iii) payments on prepetition debt; and (iv) information concerning payment of quarterly fees to the

17   United States Trustee.  *See* 28 C.F.R. § 58.8(b).  As such, the Operating Reports have been modified,

18   as deemed appropriate by the Receiver, and certain responses have been identified as either

19   inapplicable or unknowable by the Receiver in his good faith effort to comply substantially with the

20   Turnover Order in light of the specific purposes for the Operating Report Form and the information

21   requested therein.  Moreover, the Operating Report Form, by design, contains certain fillable fields

22   that cannot easily be modified to ensure accurate reporting for debtors-in-possession and trustees

23   under chapter 11 of the Bankruptcy Code to the United States Trustee.  In light of the modified

24   purpose of the Operating Report Form for purposes of the Turnover Order and Supplemental

25   Accounting Order, the Receiver has modified certain fields or included alphanumeric responses not

26   otherwise permitted in the Operating Report Form, as promulgated by the United States Trustee, to

27   ensure the most accurate response possible.  Moreover, in light of the aggregate nature of certain of

28   the asset and liability fields in the Operating Report Form and the unknown or unknowable nature of

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

138139125.2

a number of the Debtors' assets and liabilities based on, *inter alia*, nondisclosures to the Receiver during the pendency of the receiverships, certain of the aggregate amounts may be listed as "unknown" or "undetermined" even if certain sub-categories of assets or liabilities are known or estimated.

6.      **Asset Presentation and Valuation.**   The Receiver does not have current market valuations for all of the Debtors' assets.  Although the Debtors have purported to prepare their own asset valuations, the Receiver cannot independently confirm their accuracy and did not obtain sufficient funds in the receivership estate to obtain current market valuations for all of the Debtors' assets.  Wherever possible, the Receiver has provided his best estimate of fair market value based on marketing certain of the Debtors' assets.  When necessary, the Receiver has indicated that the value of certain assets are "unknown" or "undetermined."  Amounts ultimately realized may vary from whatever value was ascribed and such variance may be material.  Accordingly, the Receiver reserves all of his rights to amend, supplement, or adjust the value of each asset set forth herein.

7.      **Liabilities.**   Certain of the liabilities are set forth as unknown, contingent, and/or unliquidated at this time.  Accordingly, the Operating Reports to not accurately reflect the aggregate amount of the Debtors' total liabilities.

8.      **Accounts Payable and Disbursements System.**   The financial affairs and business of the Debtors were not disclosed in their entirety to the Receiver during the pendency of the receiverships, as set forth more fully in the State Court Case and District Court Case.  Moreover, the Receiver understands that Royce, Mr. Stolz, or others unrelated to the receiverships made or may have made payments or disbursements on behalf of the Debtors during the pendency of the receivership that were not disclosed to the Receiver.

9.      **Intercompany Claims.**   Consistent with the Receiver's understanding of the Debtors' pre-receivership practice, the Receiver maintained a single account on behalf of the Debtors' receivership estates and accounted for joint assets or liabilities of the Debtors by book entry reflected in the Operating Reports.

10.     **Recharacterization.**   The Receiver has made a reasonable effort to characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and other

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

6

1    items reported in the Operating Reports correctly.  Due to the limited disclosures provided to the

2    Receiver concerning the Debtors' businesses, however, the Receiver may have improperly

3    characterized, classified, categorized, or designated certain items.  Further, the designation of a

4    category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by

5    such item.

6          11.    **Undetermined or Unknown Amounts.**    The description of an amount as

7    "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.  Certain

8    amounts may be clarified over the period of the bankruptcy proceedings or through further disclosures

9    by the Debtors, Royce, or Mr. Stolz, and certain amounts may depend on contractual obligations not

10   disclosed to the Receiver.

11         12.    **Certain Funds and Expenses Not Subject to the Receivership.**    The Debtors'

12   monthly operating reports filed in the Bankruptcy Cases at least initially reflected—before the

13   establishment of debtor-in-possession accounts—that the Debtors managed funds and expenses

14   through a single or multiple accounts held in the name of their parent-entity, Royce, that may or may

15   not have been accounted for by book entries or other accounting methodology.  Moreover, the

16   Debtors' prepetition and postpetition conduct and disclosures confirmed that Mr. Stolz has loaned or

17   gifted significant sums of money to the Debtors prereceivership, prepetition, and postpetition.  The

18   Receiver is not aware of how or whether the Debtors maintained an accounting of these transactions

19   with Mr. Stolz.  Accordingly, certain transactions by Royce, Mr. Stolz, or others during the pendency

20   of the Receivership are not in the possession, custody, or control of the Receiver and may be omitted

21   from the Operating Reports, even if material.

22         13.    Under that certain *Asset Purchase Agreement* dated December 28, 2020 (the "APA")

23   between the Receiver and VCY America, Inc. ("VCY"), VCY placed a deposit of $600,000 (the

24   "Deposit") into an escrow with Truist Bank.  *See* Claim No. 8-1, Ex. B (APA, § 1.6).  Pursuant to the

25   terms of the APA and any related agreements, including, but not limited to, the Escrow Agreement

26   (as that term is defined in the APA), the Deposit was intended to be credited against purchase price

27   upon the closing of the transaction.  *See id.*  The transaction set forth in the APA did not close and

28   the funds are not in the possession, custody, or control of the Receiver and is thus not reported as an

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

7

asset of the receivership estate or the Debtors in the Operating Reports.

14.    **Method of Accounting.**  Due to the nondisclosures set forth in the record of the State Court Case and District Court Case, the Receiver never gained access to (or obtained only limited access to), amongst other things, (i) the Radio Stations facilities, including the studio offices and transmitter sites; (ii) the Debtors' financial information, including any balance sheets or income statements from any previous years or the time period of the receivership; (iii) any information relating to any assets owned by the Debtors for the operation of the Radio Stations, including accounts receivable reports, asset inventories, or location, operating status, or depreciation schedules of any of the Debtors' equipment; (iv) information regarding the Debtors' monthly liabilities, including lease payments, utilities, and other general and administrative expenses, and information related to all accrued liabilities that existed before the appointment of the Receiver; (v) information regarding Debtors' current employees, payroll records, insurance records, or any other financial information relating to employees; and (vi) tax records, or any tax documents or information that would assist the Receiver in compiling any tax documents needed to address any past due or other tax liabilities that existed during the Accounting Period.  Accordingly, the Receiver is only able to account for the very limited revenues, expenses, accounts receivable, and liabilities of which the Receiver had knowledge during Accounting Period.

15.    **Employees.**  The Receiver was not aware of the complete number of employees of the Debtors at any time during the pendency of the receivership.  This is due in part to a number of factors: (i) Royce appears to have employed certain individuals either as contractors or employees that undertook duties related to the operation of the Radio Stations however the Receiver never obtained a list of employees (if any); (ii) the Receiver was precluded from visiting the offices or other facilities of the Debtors during much of the receivership; and (iii) upon visiting the Radio Station facilities, the Receiver only met two individuals: one in the Las Vegas, Nevada facilities and one in the Mecca, California facilities who had unclear job roles and responsibilities.

16.    ***James Palomares.***  Mr. Palomares was formerly the operations manager of the Debtors' Radio Stations and operated from the Silver State facilities in Las Vegas, Nevada.  The Receiver met Mr. Palomares on several occasions and Mr. Palomares informally provided

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

8

138139125.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

information concerning the receivership estate's assets and liabilities (to the extent possible) and provided transition support to VCY under the LMA (each as defined below). Although it was unclear whether Mr. Palomares was employed by the Radio Stations or Royce, the Receiver obtained an order authorizing a $40,000 stay bonus for Mr. Palomares's assistance (and based on his understanding that Royce was not paying Mr. Palomares) on August 26, 2021. *See* RJN, Ex. BB (Order at 4); *see also* District Court Case, Docket No. 543 (Accounting, Ex. 10), 547 (Receiver's motion requesting payment of "stay bonus"). The stay bonus was not paid to Mr. Palomares during the pendency of the receivership because the receivership estate did not have sufficient funds with which to pay the bonus until a sale was completed.

17. ***Albert Ramirez***. Mr. Ramirez was the sole staffer that formerly operated the Major Market facility located in Palm Desert, California. Like Mr. Palomares, it was unclear whether Mr. Ramirez was employed by the Radio Stations or Royce. However, in light of Mr. Ramirez's assistance with the operation and preparation of Major Market for sale and the LMA (as defined below) transition, the Receiver obtained an order authorizing a $20,000 stay bonus for Mr. Ramirez's assistance (and based on his understanding that Royce was not paying Mr. Ramirez) on August 26, 2021. *See* RJN, Ex. BB (Order at 4); *see also* District Court Case, Docket No. 547 (Receiver's motion requesting payment of "stay bonus"). The stay bonus was not paid to Mr. Ramirez during the pendency of the receivership because the receivership estate did not have sufficient funds with which to pay the bonus until a sale was completed.

18. **The Local Marketing Agreement.** On or about March 15, 2021, the Receiver entered into that certain *Local Programming and Marketing Agreement* (the "LMA") with VCY. A copy of the LMA is attached to the Supplemental Accounting as **Exhibit 3**. As set forth in the LMA, as approved by the District Court, VCY was authorized to and did collect certain accounts receivable of the Radio Stations and paid certain expenses on behalf of the Radio Stations as follows in exchange for a monthly fee:

> 3. Advertising; Collection of Accounts Receivable. During the Term, Programmer [VCY] will be exclusively responsible for the sale of advertising on the Stations and for the collection of accounts receivable ("*Receivables*") arising therefrom, and shall be entitled to all such Receivables of the Stations. Any Receivables or other

9

revenues accrued prior to the Commencement Date, regardless of when paid or collected, shall belong to the Licensee [Receiver][.]

4.    Payments.    For the broadcast of the Programs, and other benefits made available to Programmer pursuant to this Agreement, during the Term, Programmer will pay Licensee in accordance with the terms set forth on **Schedule A** attached hereto.    To the extent reasonably necessary to perform this Agreement, during the Term, Licensee shall provide Programmer with the benefits of any of the Stations' contracts and agreements and Programmer shall perform the obligations if Licensee thereunder, to the extent of the benefits received.

* * *

7.    Expenses.    During the Term, Programmer will be responsible for (a) the salaries, taxes, insurance and related costs for all personnel used in the production of the Programs supplied to Licensee, and (b) the costs of delivering the Programs to Licensee. Licensee will pay for the maintenance of all studio and transmitter equipment and all other operating costs required to be paid to maintain the Stations' broadcast operations in accordance with FCC Rules, policies and applicable law. Licensee will also pay for all utilities supplied to its main studio and transmitter site. Licensee will provide all personnel necessary for the broadcast transmission of the Programs (once received at its transmitter site) and will be responsible for the salaries, taxes, insurance and related costs for all such personnel. Licensee will maintain throughout the Term appropriate liability, fire and extended coverage insurance on the Stations' main studio and transmitting sites in such amounts as it reasonably deems appropriate.

Ex. 3 (LMA, §§ 3, 4, 7).  As such, the receivables and expenses collected or paid by VCY are not in the possession, custody, or control of the Receiver and may be omitted from the Operating Reports. VCY has separately filed proofs of claims against the Debtors which may provide further information concerning VCY expenses; however, the Receiver does not have personal knowledge of such expenses and financial or other information related to such expenses are not in the Receiver's possession, custody, or control. *See, e.g.*, Claim No. 8-1.

/ / /

/ / /

/ / /

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

10

138139125.2

### III.

### ASSUMPTIONS AND DISCLAIMERS USED TO PREPARE RESPONSES TO SPECIFIC OPERATING REPORT QUESTIONS OR LINE ITEMS

**A.    Part 1: Cash Receipts and Disbursements**

    **a.  Cash Balance Beginning of Month.**  As set forth more fully in the District Court Record, the Debtors admitted that they did not turn over access to the Debtors' bank accounts.  *See* Suppl. RJN, Ex. H (Status report, Ex. 1 at 1).  Instead, the Debtors asserted that "[t]he proceeds of the Royce International accounts, funded by Royce receipts, have been converted to a cashier's check in the amount of $1,041.01" and provided to the Receiver on or about March 2, 2021.  *Id.*  The Receiver, therefore, reflects by book entry a $347.00 receipt for each Debtor in March 2021 for the first and only receipt of pre-receivership bank account assets from the Debtors.  Accordingly, the Receiver does not reflect a cash balance until the September 2020 Operating Report reflecting a book entry for a $5,000 payment from Mr. Stolz to the receiver[1] based on a contempt sanction award entered by the District Court with the only subsequent cash receipts relating to the fees paid by VCY under the LMA.  *See* RJN, Ex. Q (Contempt Order at 3).

    **e.  Disbursements made by third party for the benefit of the estate.**  In light of the limited cash eventually turned over by the Debtors and the Debtors' lack of operations, the Receiver made certain payments on behalf of the Debtors' estates from non-receivership estate funds.  These payments were ultimately reimbursed once the Debtors obtained receipts from VCY for the payments under the LMA.

**B.    Part 2: Asset and Liability Status**

    **a. Accounts Receivable (Total Net of Allowance).**  The Receiver is not aware of the Debtors' receivables accruing beyond the receivables owing to the Debtors under the LMA, and, thus, has listed this line item as unknown initially.

---

[1] While this amount is recorded as a receivable, the order specifically provides that "Defendant Edward Stolz is hereby sanctions in the amount of $5,000 ***to compensate the Receiver for his costs incurred in these contempt proceedings***, including, but not limited to, his travel costs, conference room rental costs for the Order to Show Cause hearing, and his attorneys' fees incurred as a result of Stolz's misconduct."  RJN, Ex. Q (Contempt Order at 3).  Accordingly, these receivables have a restricted purpose, pursuant to the District Court order and the Receiver reserves all rights with respect thereto.

11

138139125.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

b. **Accounts Receivable Over 90 Days Outstanding (Net of Allowance).** The Receiver is not aware of the Debtors' receivables accruing beyond the receivables owing to the Debtors under the LMA, and, thus, has listed this line item as unknown initially.

c. **Inventory.** The Receiver is not aware of any inventory, which is consistent with the Debtors' schedules. *See, e.g.*, Docket No. 28 (Schedule A/B, Part 5 at 2).

d. **Total Current Assets.** The only significant assets of which the Receiver is aware are the Debtors' FCC licenses. Postpetition, the Debtors' produced tax returns for 2017 through 2019, which list as the Debtors' assets only the FM Licenses and furniture with a reported tax cost of less than $600. *See* Koffroth Decl., Ex. A (Dep. Tr., Ex. H at SSB019, SSB051, SSB074). Following marketing of the Debtors' assets in the District Court Case, the Receiver obtained a single offer from VCY for substantially all of the Debtors' assets in the amount of $6 million. *See, e.g.*, Claim No. 8-1, Ex. B (APA, § 1.5) (reflecting $6 million purchase price). However, given the limited disclosures to the Receiver and the Debtors' disputes concerning the amount and value of the Debtors' assets, the Receiver has listed the total current assets as "unknown." Moreover, the Debtors did not provide keys or other access materials necessary for the Receiver to account for all of the Debtors' assets as of the outset of the receivership and, despite the Receiver's independent efforts to visit and gain access to all offices, facilities, and transmitter sites, substantially limits the ability of the Receiver to form an opinion of value based on personal knowledge as of this Supplemental Accounting. *See, e.g.*, Suppl. RJN, Ex. Q (Status Report, Ex. 1 at 2-3).

e. **Total Assets.** The only significant assets of which the Receiver is aware are the Debtors' FCC licenses. Postpetition, the Debtors' produced tax returns for 2017 through 2019, which list as the Debtors' assets only the FM Licenses and furniture with a reported tax cost of less than $600. *See* Koffroth Decl., Ex. A (Dep. Tr., Ex. H at SSB019, SSB051, SSB074). Following marketing of the Debtors' assets in the District Court Case, the Receiver obtained a single offer from VCY for substantially all of the Debtors' assets in the amount of $6 million. *See, e.g.*, Claim No. 8-1, Ex. B (APA, § 1.5) (reflecting $6 million purchase price). However, given the limited disclosures to the Receiver and the Debtors' disputes concerning the amount and value of the Debtors' assets, the Receiver has listed the total current assets as "unknown." Moreover, the Debtors did not provide

138139125.2

keys or other access materials necessary for the Receiver to account for all of the Debtors' assets as of the outset of the receivership and, despite the Receiver's independent efforts to visit and gain access to all offices, facilities, and transmitter sites, substantially limits the ability of the Receiver to form an opinion of value based on personal knowledge as of this Supplemental Accounting. *See, e.g.*, Suppl. RJN, Ex. Q (Status Report, Ex. 1 at 2-3).

   **f.** **Postpetition Payables.** This category assumes that it applies to post-receivership payables, rather than just postpetition payables as listed. The Debtors admitted that they did not provide payable information as of the outset of the receivership and, as of February 24, 2021, the Debtors still had not provided a comply accounting from January 1, 2019 to "present" and the Debtors had only just identified certain of their landlord and lease locations (which proved inaccurate). *See, e.g.*, Suppl. RJN, Ex. Q (Status Report, Ex. 1 at 2-4). Moreover, as set forth above, VCY began paying for certain expenses properly chargeable to VCY under the LMA.

   **g.** **Postpetition Payables Past Due (Excluding Taxes).** This category assumes that it applies to post-receivership payables, rather than just postpetition payables as listed. The Debtors admitted that they did not provide payable information as of the outset of the receivership and, as of February 24, 2021, the Debtors still had not provided a comply accounting from January 1, 2019 to "present" and the Debtors had only just identified certain of their landlord and lease locations (which proved inaccurate). *See, e.g.*, Suppl. RJN, Ex. Q (Status Report, Ex. 1 at 2-4). Moreover, as set forth above, VCY began paying for certain expenses properly chargeable to VCY under the LMA.

   With the limited information available, the Receiver attempted to obtain a summary of accrued payables during the predating the receivership, which were submitted along with a request for payment in a motion to pay fees and expenses of the receivership estate. *See* District Court Case, Docket Nos. 453 (Accounting, Exs. 15-19); 457 (Fee Mot. at 9) (requesting the District Court authorize payment of approximately $1.3 million in claims). The following information identified by the Receiver in his accounting to the District Court is as follows based on information requests to certain entities identified by the Receiver (or assumed by the Receiver) to be creditors of the Debtors:

/ / /

/ / /

138139125.2

- **Crown Castle**: $970,224.68 related to Silver State, as of July 13, 2021, related to Silver State's transmitter site on Mount Ptosi, Las Vegas, Nevada as follows: (i) $822,270.30 in licensing fees, tower rental, utilities, holdover tenancy, and late fees; (ii) $136,176.00 in attorney's fees; and (iii) $11,778.38. *See* District Court Case, Docket No. 453 (Accounting, Ex. 15)

- **Shah Management**: $178,430.12 related to Major Market, as of July 7, 2021, related to Major Market's studios and offices in Palm Desert, California, which included lease payments and fees that predated the receivership. *See id.* (Accounting, Ex. 16).

- **Chuck Haas**: $137,210.78 related to Golden State, as of August 1, 2020, related to Golden State's transmitter site in Alameda, California, which include lease and late payments that predated the receivership. *See id.* (Accounting Ex. 17).

- **Broadcast Music, Inc**.: $85,489.16 related to the Debtors, jointly, as of June 30, 2021, as follows: (i) $40,067.74 related to unpaid licensing fees, late payment charges, arbitration fees and interest through December 31, 2016, pursuant to a radio station license agreement; and (ii) $45,428.42 in a claim for alleged infringement of the Copyright Act based on the Debtors' public performance of licensed music for license fees and late payment charges between January 1, 2017 and June 30, 2021. *See id.* (Accounting Ex. 18).

- **Sound Exchange**: $4,000 related to Silver State and Major Market, as of April 21, 2021, related to fees for royalties and related music streaming rights. *See id.* (Accounting Ex. 19).

Notwithstanding the foregoing, the Receiver only identified this information through an *ad hoc* process requesting information directly from entities the Receiver identified as potential claimants and was not provided access to the Debtors' books and records related to their finances or legal documents to confirm the validity of such claims. The Receiver has identified this amount as unknown, given the Debtors' failure to provide disclosures, the potential incompleteness of this information, the Receiver's lack of access to and personal knowledge of the Debtors' own books and records to confirm the foregoing, and that claimants have now filed more accurate claims in the Bankruptcy Cases (although the Receiver does not have personal knowledge of the accuracy of the information in such claims).

Additionally, the Receiver's costs continued to accrue during the pendency of the receivership. The Operating Reports include the monthly Receiver's fee divided by book entry among the Debtors. The Receiver also continued to accrue costs and expenses. On August 26, 2021, the District Court entered an order authorizing a request for approval of such fees and expenses as follows:

14

138139125.2

- **Receiver's Out-of-Pocket Expenses**: $34,122.06

- **Counsel Fees**: $451,218.04

- **Stay Bonuses**: $60,000

*See* RJN, Ex. BB (Order at 4).  The Receiver and his counsel continued to accrue out-of-pocket expenses and fees following this interim fee award, which are set forth more fully in the Receiver's proofs of claims filed against the Debtors.

Accordingly, given the incomplete disclosures with respect to post-receivership trade payables, the Receiver cannot with personal knowledge identify the total amount of post-receivership payables outstanding and has listed the amount as "unknown."

**h.  Postpetition Taxes Payable.**  This category assumes that it applies to post-receivership payables, rather than just postpetition payables as listed.  The Debtors are pass-through entities with tax returns prepared solely by Royce as confirmed by the Debtors in postpetition discovery.  *See, e.g.*, Koffroth Decl., Ex. A (Dep. Tr., Ex. H (Royce 2017-2019 Tax Returns)).  The Receiver did not obtain information concerning postpetition taxes payable and understands (but cannot confirm) that Royce paid post-receivership taxes.  Accordingly, this entry is listed as unknown.

**i.  Postpetition Taxes Payable (Excluding Taxes).**  This category assumes that it applies to post-receivership payables, rather than just postpetition payables as listed.  The Debtors are pass-through entities with tax returns prepared solely by Royce as confirmed by the Debtors in postpetition discovery.  *See, e.g.*, Koffroth Decl., Ex. A (Dep. Tr., Ex. H (Royce 2017-2019 Tax Returns)).  The Receiver did not obtain information concerning postpetition taxes payable and understands (but cannot confirm) that Royce paid post-receivership taxes.  Accordingly, this entry is listed as unknown.

**j.  Postpetition Taxes Payable (Excluding Taxes).**  This category assumes that it applies to post-receivership payables, rather than just postpetition payables as listed.  The Debtors are pass-through entities with tax returns prepared solely by Royce as confirmed by the Debtors in postpetition discovery.  *See, e.g.*, Koffroth Decl., Ex. A (Dep. Tr., Ex. H (Royce 2017-2019 Tax Returns)).  The Receiver did not obtain information concerning postpetition taxes payable and understands (but cannot confirm) that Royce paid post-receivership taxes.  Accordingly, this entry is listed as unknown.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

15

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1      **k. <u>Prepetition Secured Debt</u>.**  This category assumes that it applies to pre-receivership debt,

2   rather than just prepetition debt as listed.  The Debtors admitted that they did not provide payable

3   information as of the outset of the receivership and, as of February 24, 2021, the Debtors still had not

4   provided a comply accounting from January 1, 2019 to "present" and the Debtors had only just

5   identified certain of their landlord and lease locations (which proved inaccurate).  *See, e.g.*, Suppl.

6   RJN, Ex. Q (Status Report, Ex. 1 at 2-4).  The District Court did award payment of a judgment owing

7   to Bellaire Towers Homeowners Association in the amount of $340,039.85 during the pendency of

8   the receivership.  *See* RJN, Ex. BB at 6.  However, given the paucity of disclosures, the Receiver lists

9   to total amount of pre-receivership secured debt as unknown.

10      **m. <u>Prepetition Unsecured Debt</u>.**  This category assumes that it applies to pre-receivership

11   debt, rather than just prepetition debt as listed.  The Debtors admitted that they did not provide payable

12   information as of the outset of the receivership and, as of February 24, 2021, the Debtors still had not

13   provided a comply accounting from January 1, 2019 to "present" and the Debtors had only just

14   identified certain of their landlord and lease locations (which proved inaccurate).  *See, e.g.*, Suppl.

15   RJN, Ex. Q (Status Report, Ex. 1 at 2-4).  Accordingly, the Receiver never obtained this information.

16   **C.      <u>Part 3: Assets Sold or Transferred</u>.**  The Receiver did not sell or transfer assets during the

17   pendency of the receivership.  However, given the substantial amount of time the Receiver was

18   unable to bring assets under the control of the receivership (if at all), and in light of Mr. Stolz's as-

19   yet unsubstantiated claims of loss during the receivership, the Receiver cannot conclude whether

20   assets were sold or transferred by the Debtors, Royce, Mr. Stolz, or others during the pendency of

21   the receivership.

22   **D.      <u>Part 4: Income Statement (Statement of Operations)</u>**

23      **a. <u>Gross Income/Sales (Net of Returns and Allowances)</u>.**  As set forth more fully in the

24   District Court Record, the Debtors admitted that they did not turn over access to the Debtors' bank

25   accounts.  *See* Suppl. RJN, Ex. H (Status report, Ex. 1 at 1).  Instead, the Debtors asserted that "[t]he

26   proceeds of the Royce International accounts, funded by Royce receipts, have been converted to a

27   cashier's check in the amount of $1,041.01" and provided to the Receiver on or about March 2, 2021.

28   *Id.*  The Receiver, therefore, reflects by book entry a $347.00 receipt for each Debtor in March 2021

16

138139125.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1   for the first and only receipt of pre-receivership bank account assets from the Debtors.  Accordingly,

2   the Receiver does not reflect income until the September 2020 Operating Report reflecting a book

3   entry for a $5,000 payment from Mr. Stolz to the receiver[2] based on a contempt sanction award

4   entered by the District Court with the only subsequent income relating to the fees paid by VCY under

5   the LMA.  *See* RJN, Ex. Q (Contempt Order at 3).

6       **b.** **Cost of Goods Sold.**  The Receiver reflects this amount as "unknown" given the lack of

7   disclosures concerning pre-receivership finances and operations; however, the amount may be

8   inapplicable based on the Debtors' income (to the Receiver's knowledge) not being based on sales of

9   goods.

10      **e.** **General and Administrative Expenses.**  The Receiver incorporates herein by this

11  reference the General Notes concerning Part 2, Item g. of the Operating Reports.  However, this

12  section only identifies actual disbursements from the receivership estate rather than accrued liabilities.

13  In total, the general and administrative expenses actually disbursed during the Accounting Period,

14  relate to the following expense categories: (i) bank service charges with respect to all Debtors; (ii) rent

15  payment with respect to Silver State; (ii) 2020 FCC regulatory fee reimbursement to the Receiver

16  with respect to all Debtors; (iii) 2021 FCC regulatory fee reimbursement to the Receiver authorized

17  by the District Court with respect to all Debtors; (iv) Bureau of Land Management fee reimbursement

18  to the Receiver with respect to Silver State; (v) partial payment of fees authorized by District Court

19  to Sciarrino & Shubert (*see* RJN, Ex. BB (fee order); District Court Case, Docket No. 453

20  (Accounting, Ex. 9)); and (vi) partial payment of travel expenses of the Receiver authorized by the

21  District Court (*see* RJN, Ex. BB (fee order)).

22  **E.** **Part 5: Employment of Estate Professionals.**

23      The spreadsheets automatically generated by the Operating Report Form concerning

24  employment of estate professionals is omitted in light of its inapplicability to receiverships, the

---

26  [2] While this amount is recorded as income, the order specifically provides that "Defendant Edward Stolz is hereby
27  sanctions in the amount of $5,000 *to compensate the Receiver for his costs incurred in these contempt proceedings*,
including, but not limited to, his travel costs, conference room rental costs for the Order to Show Cause hearing, and his
28  attorneys' fees incurred as a result of Stolz's misconduct."  RJN, Ex. Q (Contempt Order at 3).  Accordingly, this income
has a restricted purpose, pursuant to the District Court order and the Receiver reserves all rights with respect thereto.

138139125.2

1    separate accrual of the Receiver's fees, and the foregoing discussion concerning the Receiver's out-

2    of-pocket expenses and professionals' fees.   Accordingly, this Part of the Operating Reports is

3    omitted.

4    **F.    Part 6: Postpetition Taxes**

5          This category assumes that it applies to post-receivership taxes, rather than just postpetition

6    taxes as listed.   As set forth above, the Debtors are pass-through entities with tax returns prepared

7    solely by Royce as confirmed by the Debtors in postpetition discovery.  *See, e.g.*, Koffroth Decl., Ex.

8    A (Dep. Tr., Ex. H (Royce 2017-2019 Tax Returns)).   The Receiver did not obtain information

9    concerning postpetition taxes payable and understands (but cannot confirm) that Royce paid post-

10   receivership taxes.   Accordingly, this entry is listed as unknown.

11   **G.    Part 7: Questionnaire**

12         The Questionnaire addresses questions specifically related to bankruptcy cases.   Accordingly,

13   the Receiver has omitted responses to this Part of the Operating Reports.

14   **H.    Part 8: Individual Chapter 11 Debtors (Only)**

15         The Individual Chapter 11 Debtors portion of the Operating Report Form addresses questions

16   specifically related to individuals.   The Debtors are corporate entities.   Accordingly, the Receiver has

17   omitted responses to this Part of the Operating Reports.

18         DATED this 16th day of September 2022.

19                                **FOX ROTHSCHILD LLP**

20                       By:  _____/s/ Brett A. Axelrod_____

21                            BRETT A. AXELROD, ESQ.
                              Nevada Bar No. 5859
22                            NICHOLAS A. KOFFROTH, ESQ.
                              Appearing *Pro Hac Vice*
23                            1980 Festival Plaza Drive, Suite 700
                              Las Vegas, Nevada 89135
24                            *Counsel for W. Lawrence Patrick*

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

138139125.2

# Exhibit 2-A

(Silver State consolidated MORs)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.                                                    §        Case No.  21-14978
    SILVER STATE BROADCASTING, LLC,          §
                                              §        Lead Case No.  21-14978
    Debtor(s)                                 §
                                              §        ☒ Jointly Administered

# Monthly Operating Report                                               Chapter 11

Reporting Period Ended: 07/31/2020                    Petition Date: 10/19/2021

Months Pending: N/A                                   Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:              Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                              Unknown

Debtor's Full-Time Employees (as of date of order for relief):       Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                               W. Lawrence Patrick
Signature of Responsible Party                        Printed Name of Responsible Party

09/16/2022
Date

                                                      6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                                      Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $0 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $0 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $2,500 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | Unknown |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | Unknown |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | Unknown |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | $0 |

| Debtor's Name | | Case No. | 21-14978 |
| SILVER STATE BROADCASTING, LLC, | | | |

| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
| --- | --- | --- |
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c. Postpetition employer payroll taxes accrued | Unknown | $0 |
| d. Postpetition employer payroll taxes paid | Unknown | $0 |
| e. Postpetition property taxes paid | Unknown | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○    No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○    No ◉

c. Were any payments made to or on behalf of insiders?    Yes ○    No ◉

d. Are you current on postpetition tax return filings?    Yes ◉    No ○

e. Are you current on postpetition estimated tax payments?    Yes ◉    No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ◉    No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○    No ◉

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○    No ○    N/A ◉

i. Do you have:    Worker's compensation insurance?    Yes ○    No ◉

    If yes, are your premiums current?    Yes ○    No ○    N/A ◉    (if no, see Instructions)

    Casualty/property insurance?    Yes ○    No ◉

    If yes, are your premiums current?    Yes ○    No ○    N/A ◉    (if no, see Instructions)

    General liability insurance?    Yes ◉    No ○

    If yes, are your premiums current?    Yes ○    No ○    N/A ◉    (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○    No ◉

k. Has a disclosure statement been filed with the court?    Yes ○    No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○    No ◉

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

W. Lawrence Patrick
_____
Printed Name of Responsible Party

Receiver
_____
Title

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    SILVER STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14978

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification:  5 | 1 | 5 | 1

Reporting Method:          Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):                              Unknown

Debtor's Full-Time Employees (as of date of order for relief):       Unknown

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | SILVER STATE BROADCASTING, LLC, | Case No. | 21-14978 |
| --- | --- | --- | --- |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
| --- | --- | --- |
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
| --- | --- |
| a. Accounts receivable (total net of allowance) | Unknown |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    (Book ○  Market ○  Other ◉  (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $5,000 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
| --- | --- | --- |
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | Unknown |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | Unknown |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | Unknown |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
| --- | --- | --- |
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | Unknown |

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c. Postpetition employer payroll taxes accrued | Unknown | $0 |
| d. Postpetition employer payroll taxes paid | Unknown | $0 |
| e. Postpetition property taxes paid | Unknown | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?   Yes ○  No ◉

d.  Are you current on postpetition tax return filings?   Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?   Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ◉

i.  Do you have:        Worker's compensation insurance?   Yes ○  No ◉

           If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

        Casualty/property insurance?   Yes ○  No ◉

           If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

        General liability insurance?   Yes ○  No ◉

           If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?   Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○  No ◉

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

SILVER STATE BROADCASTING, LLC,

_____
Debtor(s)

§
§
§
§

Case No.  21-14978

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

09/16/2022
_____
Date

W. Lawrence Patrick
_____
Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $0 | |
| b.  Total receipts (net of transfers between accounts) | $1,666.67 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $7,500 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | Unknown |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | Unknown |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | Unknown |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $1,666.67 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | Unknown |

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c.  Postpetition employer payroll taxes accrued | Unknown | $0 |
| d.  Postpetition employer payroll taxes paid | Unknown | $0 |
| e.  Postpetition property taxes paid | Unknown | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ | |

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14978 |
| SILVER STATE BROADCASTING, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 10/31/2020                    Petition Date: 10/19/2021

Months Pending: N/A                    Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                    W. Lawrence Patrick
Signature of Responsible Party                    Printed Name of Responsible Party

09/16/2022
Date

                    6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | SILVER STATE BROADCASTING, LLC, | Case No. | 21-14978 |

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $1,666.67 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. | Cash balance end of month (a+b-c) | $1,666.67 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | Unknown |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. | Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d | Total current assets | Unknown |
| e. | Total assets | Unknown |
| f. | Postpetition payables (excluding taxes) | Unknown |
| g. | Postpetition payables past due (excluding taxes) | Unknown |
| h. | Postpetition taxes payable | Unknown |
| i. | Postpetition taxes past due | Unknown |
| j. | Total postpetition debt (f+h) | Unknown |
| k. | Prepetition secured debt | Unknown |
| l. | Prepetition priority debt | Unknown |
| m. | Prepetition unsecured debt | Unknown |
| n. | Total liabilities (debt) (j+k+l+m) | $10,000 |
| o. | Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. | Gross profit (a-b) | Unknown | |
| d. | Selling expenses | Unknown | |
| e. | General and administrative expenses | Unknown | |
| f. | Other expenses | Unknown | |
| g. | Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. | Interest | Unknown | |
| i. | Taxes (local, state, and federal) | Unknown | |
| j. | Reorganization items | Unknown | |
| k. | Profit (loss) | Unknown | $0 |

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c. | Postpetition employer payroll taxes accrued | Unknown | $0 |
| d. | Postpetition employer payroll taxes paid | Unknown | $0 |
| e. | Postpetition property taxes paid | Unknown | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:    Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ● |

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

Receiver
_____
Title

W. Lawrence Patrick
_____
Printed Name of Responsible Party

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14978 |
| SILVER STATE BROADCASTING, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2020                Petition Date: 10/19/2021

Months Pending: N/A                Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:            Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                Unknown

Debtor's Full-Time Employees (as of date of order for relief):                Unknown


**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ W. Lawrence Patrick                                W. Lawrence Patrick
Signature of Responsible Party                        Printed Name of Responsible Party

09/16/2022
Date

                                                      6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                                      Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,666.67 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | 1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c.  Inventory    ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | Unknown | |
| d   Total current assets | Unknown | |
| e.  Total assets | Unknown | |
| f.  Postpetition payables (excluding taxes) | Unknown | |
| g.  Postpetition payables past due (excluding taxes) | Unknown | |
| h.  Postpetition taxes payable | Unknown | |
| i.  Postpetition taxes past due | Unknown | |
| j.  Total postpetition debt (f+h) | Unknown | |
| k.  Prepetition secured debt | Unknown | |
| l.  Prepetition priority debt | Unknown | |
| m.  Prepetition unsecured debt | Unknown | |
| n.  Total liabilities (debt) (j+k+l+m) | $12,500 | |
| o.  Ending equity/net worth (e-n) | Unknown | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c. Postpetition employer payroll taxes accrued | Unknown | $0 |
| d. Postpetition employer payroll taxes paid | Unknown | $0 |
| e. Postpetition property taxes paid | Unknown | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ●

c. Were any payments made to or on behalf of insiders?    Yes ○  No ●

d. Are you current on postpetition tax return filings?    Yes ●  No ○

e. Are you current on postpetition estimated tax payments?    Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●

i. Do you have:    Worker's compensation insurance?    Yes ○  No ●

    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

    Casualty/property insurance?    Yes ○  No ●

    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

    General liability insurance?    Yes ○  No ●

    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○  No ●

k. Has a disclosure statement been filed with the court?    Yes ○  No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ●

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14978 |
| SILVER STATE BROADCASTING, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2020                 Petition Date: 10/19/2021

Months Pending: N/A                 Industry Classification: 5 1 5 1

Reporting Method:                 Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                 Unknown

Debtor's Full-Time Employees (as of date of order for relief):                 Unknown


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ W. Lawrence Patrick                                    W. Lawrence Patrick
Signature of Responsible Party                            Printed Name of Responsible Party

09/16/2022
Date

                                                          6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                                          Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
| --- | --- | --- | --- |
| SILVER STATE BROADCASTING, LLC, | | | |

| **Part 1: Cash Receipts and Disbursements** | **Current Month** | **Cumulative** |
| --- | --- | --- |
| a. Cash balance beginning of month | $1,666.67 | |
| b. Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $1,666.67 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| **Part 2: Asset and Liability Status**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | |
| --- | --- | --- |
| a. Accounts receivable (total net of allowance) | Unknown | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c. Inventory ( Book ⃝ Market ⃝ Other ⦿ (attach explanation)) | Unknown | |
| d. Total current assets | Unknown | |
| e. Total assets | Unknown | |
| f. Postpetition payables (excluding taxes) | Unknown | |
| g. Postpetition payables past due (excluding taxes) | Unknown | |
| h. Postpetition taxes payable | Unknown | |
| i. Postpetition taxes past due | Unknown | |
| j. Total postpetition debt (f+h) | Unknown | |
| k. Prepetition secured debt | Unknown | |
| l. Prepetition priority debt | Unknown | |
| m. Prepetition unsecured debt | Unknown | |
| n. Total liabilities (debt) (j+k+l+m) | $15,000 | |
| o. Ending equity/net worth (e-n) | Unknown | |

| **Part 3: Assets Sold or Transferred** | **Current Month** | **Cumulative** |
| --- | --- | --- |
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| **Part 4: Income Statement (Statement of Operations)**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | **Cumulative** |
| --- | --- | --- |
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name    SILVER STATE BROADCASTING, LLC,    Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○    No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○    No ●

c.  Were any payments made to or on behalf of insiders?    Yes ○    No ●

d.  Are you current on postpetition tax return filings?    Yes ●    No ○

e.  Are you current on postpetition estimated tax payments?    Yes ●    No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ●    No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○    No ●

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○    No ○    N/A ●

i.  Do you have:    Worker's compensation insurance?    Yes ○    No ●

    If yes, are your premiums current?    Yes ○    No ○    N/A ●    (if no, see Instructions)

    Casualty/property insurance?    Yes ○    No ●

    If yes, are your premiums current?    Yes ○    No ○    N/A ●    (if no, see Instructions)

    General liability insurance?    Yes ○    No ●

    If yes, are your premiums current?    Yes ○    No ○    N/A ●    (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○    No ●

k.  Has a disclosure statement been filed with the court?    Yes ○    No ●

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○    No ●

| Debtor's Name | | Case No. 21-14978 |
|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

Receiver
_____
Title

W. Lawrence Patrick
_____
Printed Name of Responsible Party

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

§ §
§ §
§

SILVER STATE BROADCASTING, LLC,

Debtor(s)

Case No.  21-14978

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 1/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                    Accrual Basis ○           Cash Basis ●

Debtor's Full-Time Employees (current):                                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):        Unknown

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☐    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $1,666.67 | |
| b.   Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c.   Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.   Cash balance end of month (a+b-c) | $1,666.67 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | Unknown |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $17,500 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | Unknown | |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                                2

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:          Worker's compensation insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ | |

| Debtor's Name | | Case No. 21-14978 |
|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

| Signature of Responsible Party | W. Lawrence Patrick |
|---|---|
| | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14978 |
| SILVER STATE BROADCASTING, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 2/28/2021          Petition Date: 10/19/2021

Months Pending: N/A          Industry Classification: 5 1 5 1

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick          W. Lawrence Patrick
Signature of Responsible Party          Printed Name of Responsible Party

09/16/2022
Date

6151 Lakeside Dr., Ste 2100, Reno, NV 89511
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | | Case No. | 21-14978 |
|---|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,666.67 | |
| b. Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $1,666.67 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | Unknown |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    (Book ◯  Market ◯  Other ◉  (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $20,000 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ◯  No ⬤

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ◯  No ⬤

c.   Were any payments made to or on behalf of insiders?     Yes ◯  No ⬤

d.   Are you current on postpetition tax return filings?     Yes ⬤  No ◯

e.   Are you current on postpetition estimated tax payments?     Yes ⬤  No ◯

f.   Were all trust fund taxes remitted on a current basis?     Yes ⬤  No ◯

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ◯  No ⬤

h.   Were all payments made to or on behalf of professionals approved by the court?     Yes ◯  No ◯  N/A ⬤

i.   Do you have:     Worker's compensation insurance?     Yes ◯  No ⬤

                              If yes, are your premiums current?     Yes ◯  No ◯  N/A ⬤  (if no, see Instructions)

                        Casualty/property insurance?     Yes ◯  No ⬤

                              If yes, are your premiums current?     Yes ◯  No ◯  N/A ⬤  (if no, see Instructions)

                        General liability insurance?     Yes ◯  No ⬤

                              If yes, are your premiums current?     Yes ◯  No ◯  N/A ⬤  (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?     Yes ◯  No ⬤

k.   Has a disclosure statement been filed with the court?     Yes ◯  No ⬤

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ◯  No ⬤

| Debtor's Name | | |
|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | Case No. 21-14978 |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.
§
§  Case No.  21-14978
**SILVER STATE BROADCASTING, LLC,**
§
§  Lead Case No.  21-14978
§
Debtor(s)
§

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 3/31/2021    Petition Date: 10/19/2021

Months Pending: N/A    Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:    Accrual Basis ◯    Cash Basis ◉

Debtor's Full-Time Employees (current):    Unknown

Debtor's Full-Time Employees (as of date of order for relief):    Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☐    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party    W. Lawrence Patrick

09/16/2022    Printed Name of Responsible Party

Date

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $1,666.67 | |
| b.   Total receipts (net of transfers between accounts) | $347.01 | $2,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.   Cash balance end of month (a+b-c) | $2,013.68 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $1,000 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $22,500 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | Unknown | |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

| Debtor's Name | | Case No. 21-14978 |
|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○   No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○   No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉   No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉   No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉   No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○   No ○   N/A ◉ |
| i. | Do you have:          Worker's compensation insurance? | Yes ○   No ◉ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ◉   (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○   No ◉ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ◉   (if no, see Instructions) |
| | General liability insurance? | Yes ○   No ◉ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ◉   (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○   No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○   No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○   No ◉ |

| Debtor's Name | | Case No. | 21-14978 |
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14978 |
| SILVER STATE BROADCASTING, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 4/30/2021                    Petition Date: 10/19/2021

Months Pending: N/A                    Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                    W. Lawrence Patrick

Signature of Responsible Party                    Printed Name of Responsible Party

09/16/2022

Date

                    6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,013.68 | |
| b. Total receipts (net of transfers between accounts) | $0 | $2,013.68 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $2,013.68 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $3,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory   (Book ⚪  Market ⚪  Other ⦿   (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $25,000 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                        2

| Debtor's Name | | | | Case No. | 21-14978 |

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:          Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ● |

| Debtor's Name | | Case No. 21-14978 |
| --- | --- | --- |
| SILVER STATE BROADCASTING, LLC, | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
| --- | --- | --- |
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
| --- | --- |
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    SILVER STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.   21-14978

Lead Case No.   21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 5/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:       Accrual Basis ○       Cash Basis ◉

Debtor's Full-Time Employees (current):       Unknown

Debtor's Full-Time Employees (as of date of order for relief):       Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $2,013.68 | |
| b.   Total receipts (net of transfers between accounts) | $0 | $2,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.   Cash balance end of month (a+b-c) | $2,013.68 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $5,000 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory    ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $27,500 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | Unknown | |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                                          2

| Debtor's Name | | | | | | | | Case No. | 21-14978 |
|---|---|---|---|---|---|---|---|---|---|

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ◉

c.   Were any payments made to or on behalf of insiders?   Yes ○  No ◉

d.   Are you current on postpetition tax return filings?   Yes ◉  No ○

e.   Are you current on postpetition estimated tax payments?   Yes ◉  No ○

f.   Were all trust fund taxes remitted on a current basis?   Yes ◉  No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ◉

i.   Do you have:          Worker's compensation insurance?   Yes ○  No ◉

                 If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

             Casualty/property insurance?   Yes ○  No ◉

                 If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

             General liability insurance?   Yes ○  No ◉

                 If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?   Yes ○  No ◉

k.   Has a disclosure statement been filed with the court?   Yes ○  No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○  No ◉

Debtor's Name SILVER STATE BROADCASTING, LLC,            Case No. 21-14978

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

Receiver
_____
Title

W. Lawrence Patrick
_____
Printed Name of Responsible Party

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

§  
SILVER STATE BROADCASTING, LLC,  §  
§  
Debtor(s)  §  

Case No.  21-14978

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 6/30/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements  
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit  
☐    Statement of operations (profit or loss statement)  
☐    Accounts receivable aging  
☐    Postpetition liabilities aging  
☐    Statement of capital assets  
☐    Schedule of payments to professionals  
☐    Schedule of payments to insiders  
☐    All bank statements and bank reconciliations for the reporting period  
☐    Description of the assets sold or transferred and the terms of the sale or transfer  

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,013.68 | |
| b. Total receipts (net of transfers between accounts) | $7,000 | $9,013.68 |
| c. Total disbursements (net of transfers between accounts) | $1,500 | $1,500 |
| d. Cash balance end of month (a+b-c) | $7,513.68 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | Unknown |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $30,000 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $7,000 | $9,013.68 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | $1,500 | $1,500 |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name    SILVER STATE BROADCASTING, LLC,                    Case No.  21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● | |

i.   Do you have:          Worker's compensation insurance?        Yes ○  No ●

                                     If yes, are your premiums current?        Yes ○  No ○  N/A ●  (if no, see Instructions)

                           Casualty/property insurance?        Yes ○  No ●

                                     If yes, are your premiums current?        Yes ○  No ○  N/A ●  (if no, see Instructions)

                           General liability insurance?        Yes ○  No ●

                                     If yes, are your premiums current?        Yes ○  No ○  N/A ●  (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?        Yes ○  No ●

k.   Has a disclosure statement been filed with the court?        Yes ○  No ●

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?        Yes ○  No ●

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⚪  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⚪  No ⚪  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

W. Lawrence Patrick

Printed Name of Responsible Party

Receiver

Title

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    SILVER STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14978

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 7/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                       Accrual Basis ◯        Cash Basis ◉

Debtor's Full-Time Employees (current):                   Unknown

Debtor's Full-Time Employees (as of date of order for relief):    Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☐    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $7,513.68 | |
| b. Total receipts (net of transfers between accounts) | $0 | $9,013.68 |
| c. Total disbursements (net of transfers between accounts) | $13.67 | $1,513.67 |
| d. Cash balance end of month (a+b-c) | $7,500.01 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $2,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory (Book ○ Market ○ Other ● (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $32,500 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | $9,013.68 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | $13.67 | $1,513.67 |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

Debtor's Name                                                                    Case No.  21-14978

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ◉

c.   Were any payments made to or on behalf of insiders?   Yes ○  No ◉

d.   Are you current on postpetition tax return filings?   Yes ◉  No ○

e.   Are you current on postpetition estimated tax payments?   Yes ◉  No ○

f.   Were all trust fund taxes remitted on a current basis?   Yes ◉  No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ◉

i.   Do you have:        Worker's compensation insurance?   Yes ○  No ◉

                   If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

                   Casualty/property insurance?   Yes ○  No ◉

                   If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

                   General liability insurance?   Yes ○  No ◉

                   If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?   Yes ○  No ◉

k.   Has a disclosure statement been filed with the court?   Yes ○  No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○  No ◉

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

SILVER STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14978

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 8/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:            Accrual Basis ◯        Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):        Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name    SILVER STATE BROADCASTING, LLC,                Case No.  21-14978

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $7,513.68 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $9,013.68 |
| c.  Total disbursements (net of transfers between accounts) | $3,276.08 | $4,789.75 |
| d.  Cash balance end of month (a+b-c) | $4,237.60 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $4,000 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ○  Market ○  Other ◉  (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $35,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | $9,013.68 |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | $13.67 | $1,513.67 |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                2

Debtor's Name    SILVER STATE BROADCASTING, LLC,                    Case No.  21-14978

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. | Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. | Postpetition employer payroll taxes accrued | Unknown | |
| d. | Postpetition employer payroll taxes paid | Unknown | |
| e. | Postpetition property taxes paid | Unknown | |
| f. | Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. | Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ | |
| i. | Do you have:    Worker's compensation insurance? | Yes ○  No ⦿ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ⦿ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ⦿ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ⦿ | |

Debtor's Name                                                          Case No.  21-14978

SILVER STATE BROADCASTING, LLC,

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).


**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ W. Lawrence Patrick                                    W. Lawrence Patrick

Signature of Responsible Party                            Printed Name of Responsible Party

Receiver                                                  09/16/2022

Title                                                     Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| In Re. | | |
|---|---|---|
| SILVER STATE BROADCASTING, LLC, | § | |

Debtor(s)

§
§
§
§

Case No.  21-14978

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 9/30/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: 5 1 5 1

Reporting Method:              Accrual Basis ○         Cash Basis ⦿

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):        Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.    Cash balance beginning of month | $4,237.60 | |
| b.    Total receipts (net of transfers between accounts) | $6,000 | $15,013.68 |
| c.    Total disbursements (net of transfers between accounts) | $10,583.80 | $15,373.55 |
| d.    Cash balance end of month (a+b-c) | ($346.2) | |
| e.    Disbursements made by third party for the benefit of the estate | $10,575.47 | $10,575.47 |
| f.    Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.    Accounts receivable (total net of allowance) | $0 |
| b.    Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.    Inventory    ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.    Total assets | Unknown |
| f.    Postpetition payables (excluding taxes) | Unknown |
| g.    Postpetition payables past due (excluding taxes) | Unknown |
| h.    Postpetition taxes payable | Unknown |
| i.    Postpetition taxes past due | Unknown |
| j.    Total postpetition debt (f+h) | Unknown |
| k.    Prepetition secured debt | Unknown |
| l.    Prepetition priority debt | Unknown |
| m.    Prepetition unsecured debt | Unknown |
| n.    Total liabilities (debt) (j+k+l+m) | $37,500 |
| o.    Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.    Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.    Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.    Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.    Gross income/sales (net of returns and allowances) | $6,000 | $15,013.68 |
| b.    Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.    Gross profit (a-b) | Unknown | |
| d.    Selling expenses | Unknown | |
| e.    General and administrative expenses | $10,583.80 | $15,373.55 |
| f.    Other expenses | Unknown | |
| g.    Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.    Interest | Unknown | |
| i.    Taxes (local, state, and federal) | Unknown | |
| j.    Reorganization items | Unknown | |
| k.    Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                           2

Debtor's Name    SILVER STATE BROADCASTING, LLC,                          Case No.   21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ☐   No ☒ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ☐   No ☒ |
| c. | Were any payments made to or on behalf of insiders? | Yes ☐   No ☒ |
| d. | Are you current on postpetition tax return filings? | Yes ☒   No ☐ |
| e. | Are you current on postpetition estimated tax payments? | Yes ☒   No ☐ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ☒   No ☐ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ☐   No ☒ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ☐   No ☐   N/A ☒ |
| i. | Do you have:         Worker's compensation insurance? | Yes ☐   No ☒ |
| | If yes, are your premiums current? | Yes ☐   No ☐   N/A ☒   (if no, see Instructions) |
| | Casualty/property insurance? | Yes ☐   No ☒ |
| | If yes, are your premiums current? | Yes ☐   No ☐   N/A ☒   (if no, see Instructions) |
| | General liability insurance? | Yes ☐   No ☒ |
| | If yes, are your premiums current? | Yes ☐   No ☐   N/A ☒   (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ☐   No ☒ |
| k. | Has a disclosure statement been filed with the court? | Yes ☐   No ☒ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ☐   No ☒ |

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.                                                          §          Case No.  21-14978

    SILVER STATE BROADCASTING, LLC,    §

                              §          Lead Case No.  21-14978

          Debtor(s)                         §

                               ☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2021              Petition Date: 10/19/2021

Months Pending: N/A              Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:              Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):              Unknown

Debtor's Full-Time Employees (as of date of order for relief):              Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick              W. Lawrence Patrick

Signature of Responsible Party              Printed Name of Responsible Party

09/16/2022

Date

                                        6151 Lakeside Dr., Ste 2100, Reno, NV 89511

                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | ($346.20) | |
| b.   Total receipts (net of transfers between accounts) | $0 | $15,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $0 | $15,373.55 |
| d.   Cash balance end of month (a+b-c) | ($346.20) | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $10,575.47 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $2,000 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory   (Book ◯   Market ◯   Other ◉   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $40,000 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | $15,013.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $0 | $15,373.55 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name          SILVER STATE BROADCASTING, LLC,          Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

| Part 7: Questionnaire - During this reporting period: |
|---|

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)          Yes ◯   No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)          Yes ◯   No ◉

c.  Were any payments made to or on behalf of insiders?          Yes ◯   No ◉

d.  Are you current on postpetition tax return filings?          Yes ◉   No ◯

e.  Are you current on postpetition estimated tax payments?          Yes ◉   No ◯

f.  Were all trust fund taxes remitted on a current basis?          Yes ◉   No ◯

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)          Yes ◯   No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?          Yes ◯   No ◯   N/A ◉

i.  Do you have:          Worker's compensation insurance?          Yes ◯   No ◉

          If yes, are your premiums current?          Yes ◯   No ◯   N/A ◉   (if no, see Instructions)

          Casualty/property insurance?          Yes ◯   No ◉

          If yes, are your premiums current?          Yes ◯   No ◯   N/A ◉   (if no, see Instructions)

          General liability insurance?          Yes ◯   No ◉

          If yes, are your premiums current?          Yes ◯   No ◯   N/A ◉   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?          Yes ◯   No ◉

k.  Has a disclosure statement been filed with the court?          Yes ◯   No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?          Yes ◯   No ◉

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⚪  No 🔘 |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⚪  No ⚪  N/A 🔘 |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    SILVER STATE BROADCASTING, LLC,

Debtor(s)

§
§
§
§

Case No.  21-14978

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:    Accrual Basis ◯    Cash Basis ◉

Debtor's Full-Time Employees (current):    Unknown

Debtor's Full-Time Employees (as of date of order for relief):    Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | ($346.20) | |
| b.   Total receipts (net of transfers between accounts) | $0 | $15,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $12.67 | $15,386.22 |
| d.   Cash balance end of month (a+b-c) | ($358.87) | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $10,575.47 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $4,000 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory    ( Book ○  Market ○  Other ◉  (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $42,500 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | $15,013.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $12.67 | $15,386.22 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ●

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ●

c.   Were any payments made to or on behalf of insiders?    Yes ○  No ●

d.   Are you current on postpetition tax return filings?    Yes ●  No ○

e.   Are you current on postpetition estimated tax payments?    Yes ●  No ○

f.   Were all trust fund taxes remitted on a current basis?    Yes ●  No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●

i.   Do you have:    Worker's compensation insurance?    Yes ○  No ●

    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

    Casualty/property insurance?    Yes ●  No ○

    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

    General liability insurance?    Yes ●  No ○

    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ○  No ●

k.   Has a disclosure statement been filed with the court?    Yes ○  No ●

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ●

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ W. Lawrence Patrick

W. Lawrence Patrick

Signature of Responsible Party

Printed Name of Responsible Party

Receiver

09/16/2022

Title

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14978 |
| SILVER STATE BROADCASTING, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021          Petition Date: 10/19/2021

Months Pending: N/A          Industry Classification: 5 1 5 1

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

09/16/2022
_____
Date

W. Lawrence Patrick
_____
Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | ($358.87) | |
| b.   Total receipts (net of transfers between accounts) | $0 | $15,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $0 | $15,386.22 |
| d.   Cash balance end of month (a+b-c) | ($358.87) | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $10,575.47 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $6,000 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c.   Inventory   ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | Unknown | |
| d    Total current assets | Unknown | |
| e.   Total assets | Unknown | |
| f.   Postpetition payables (excluding taxes) | Unknown | |
| g.   Postpetition payables past due (excluding taxes) | Unknown | |
| h.   Postpetition taxes payable | Unknown | |
| i.   Postpetition taxes past due | Unknown | |
| j.   Total postpetition debt (f+h) | Unknown | |
| k.   Prepetition secured debt | Unknown | |
| l.   Prepetition priority debt | Unknown | |
| m.  Prepetition unsecured debt | Unknown | |
| n.   Total liabilities (debt) (j+k+l+m) | $45,000 | |
| o.   Ending equity/net worth (e-n) | Unknown | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | $15,013.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $0 | $15,386.22 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                        2

| Debtor's Name | | | Case No. | 21-14978 |
|---|---|---|---|---|

SILVER STATE BROADCASTING, LLC,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

| Part 7: Questionnaire - During this reporting period: | | |
|---|---|---|

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ⦿

c. Were any payments made to or on behalf of insiders?   Yes ○   No ⦿

d. Are you current on postpetition tax return filings?   Yes ⦿   No ○

e. Are you current on postpetition estimated tax payments?   Yes ⦿   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ⦿   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ⦿

i. Do you have:          Worker's compensation insurance?   Yes ○   No ⦿

          If yes, are your premiums current?   Yes ○   No ○   N/A ⦿   (if no, see Instructions)

          Casualty/property insurance?   Yes ○   No ⦿

          If yes, are your premiums current?   Yes ○   No ○   N/A ⦿   (if no, see Instructions)

          General liability insurance?   Yes ○   No ⦿

          If yes, are your premiums current?   Yes ○   No ○   N/A ⦿   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○   No ⦿

k. Has a disclosure statement been filed with the court?   Yes ○   No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○   No ⦿

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

SILVER STATE BROADCASTING, LLC,

Debtor(s)

§
§
§
§

Case No.  21-14978

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 1/31/2022

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:            Accrual Basis ◯            Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):        Unknown

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | ($358.87) | |
| b.   Total receipts (net of transfers between accounts) | $12,000 | $27,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $10,349 | $25,735.22 |
| d.   Cash balance end of month (a+b+c) | $1,292.13 | |
| e.   Disbursements made by third party for the benefit of the estate | $7,005 | $17,580.47 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory   ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $47,500 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $12,000 | $27,013.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $10,349 | $25,735.22 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

| Debtor's Name | | | | | | | | Case No. | 21-14978 |

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

| Part 7: Questionnaire - During this reporting period: |
|---|

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)        Yes ○    No ◉

b.   Were any payments made outside the ordinary course of business
     without court approval?  (if yes, see Instructions)                             Yes ○    No ◉

c.   Were any payments made to or on behalf of insiders?                            Yes ○    No ◉

d.   Are you current on postpetition tax return filings?                            Yes ◉    No ○

e.   Are you current on postpetition estimated tax payments?                        Yes ◉    No ○

f.   Were all trust fund taxes remitted on a current basis?                         Yes ◉    No ○

g.   Was there any postpetition borrowing, other than trade credit?                 Yes ○    No ◉
     (if yes, see Instructions)

h.   Were all payments made to or on behalf of professionals approved by            Yes ○    No ○    N/A ◉
     the court?

i.   Do you have:          Worker's compensation insurance?                         Yes ○    No ◉

                           If yes, are your premiums current?                       Yes ○    No ○    N/A ◉    (if no, see Instructions)

                           Casualty/property insurance?                             Yes ◉    No ○

                           If yes, are your premiums current?                       Yes ○    No ○    N/A ◉    (if no, see Instructions)

                           General liability insurance?                             Yes ◉    No ○

                           If yes, are your premiums current?                       Yes ○    No ○    N/A ◉    (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?                        Yes ○    No ◉

k.   Has a disclosure statement been filed with the court?                          Yes ○    No ◉

l.   Are you current with quarterly U.S. Trustee fees as                            Yes ○    No ◉
     set forth under 28 U.S.C. § 1930?

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

Receiver
_____
Title

W. Lawrence Patrick
_____
Printed Name of Responsible Party

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | |
|---|---|
| In Re.<br>   SILVER STATE BROADCASTING, LLC,<br>   —————————————————<br>            Debtor(s) | Case No.  21-14978<br><br>Lead Case No.  21-14978<br><br>☒ Jointly Administered |

§<br>§<br>§<br>§

## Monthly Operating Report
                                                                    Chapter 11

Reporting Period Ended: 2/28/2022                    Petition Date: 10/19/2021

Months Pending: N/A                    Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:            Accrual Basis ○            Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):            Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☐  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                    W. Lawrence Patrick
————————————————————            ————————————————————
Signature of Responsible Party                Printed Name of Responsible Party

09/16/2022
————————————————————
Date

                                                    6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                                    ————————————————————
                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,292.13 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $27,013.68 |
| c.  Total disbursements (net of transfers between accounts) | $1,292.13 | $27,027.35 |
| d.  Cash balance end of month (a+b-c) | $0 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $17,580.47 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ○   Market ○   Other ●   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $50,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | $27,013.68 |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | $0 | $25,735.22 |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○   No ⊙ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ⊙ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○   No ⊙ |
| d. | Are you current on postpetition tax return filings? | Yes ⊙   No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⊙   No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⊙   No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ⊙ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○   No ○   N/A ⊙ |
| i. | Do you have:          Worker's compensation insurance? | Yes ○   No ⊙ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ⊙   (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○   No ⊙ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ⊙   (if no, see Instructions) |
| | General liability insurance? | Yes ○   No ⊙ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ⊙   (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○   No ⊙ |
| k. | Has a disclosure statement been filed with the court? | Yes ○   No ⊙ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○   No ⊙ |

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

W. Lawrence Patrick

Signature of Responsible Party

Printed Name of Responsible Party

Receiver

09/16/2022

Title

Date

# Exhibit 2-B

(Golden State consolidated MORs)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

GOLDEN STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:              Accrual Basis ○              Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | SILVER STATE BROADCASTING, LLC, | Case No. | 21-14978 |
|---|---|---|---|

## Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $0 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. | Cash balance end of month (a+b-c) | $0 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

## Part 2:  Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | Unknown |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. | Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d | Total current assets | Unknown |
| e. | Total assets | Unknown |
| f. | Postpetition payables (excluding taxes) | Unknown |
| g. | Postpetition payables past due (excluding taxes) | Unknown |
| h. | Postpetition taxes payable | Unknown |
| i. | Postpetition taxes past due | Unknown |
| j. | Total postpetition debt (f+h) | Unknown |
| k. | Prepetition secured debt | Unknown |
| l. | Prepetition priority debt | Unknown |
| m. | Prepetition unsecured debt | Unknown |
| n. | Total liabilities (debt) (j+k+l+m) | $2,500 |
| o. | Ending equity/net worth (e-n) | Unknown |

## Part 3:  Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | Unknown |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | Unknown |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | Unknown |

## Part 4:  Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. | Gross profit (a-b) | Unknown | |
| d. | Selling expenses | Unknown | |
| e. | General and administrative expenses | Unknown | |
| f. | Other expenses | Unknown | |
| g. | Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. | Interest | Unknown | |
| i. | Taxes (local, state, and federal) | Unknown | |
| j. | Reorganization items | Unknown | |
| k. | Profit (loss) | Unknown | $0 |

UST Form 11-MOR (12/01/2021)                    2

| Debtor's Name | SILVER STATE BROADCASTING, LLC, | Case No. | 21-14978 |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c. Postpetition employer payroll taxes accrued | Unknown | $0 |
| d. Postpetition employer payroll taxes paid | Unknown | $0 |
| e. Postpetition property taxes paid | Unknown | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)   Yes ○  No ●
b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)   Yes ○  No ●
c. Were any payments made to or on behalf of insiders?   Yes ○  No ●
d. Are you current on postpetition tax return filings?   Yes ●  No ○
e. Are you current on postpetition estimated tax payments?   Yes ●  No ○
f. Were all trust fund taxes remitted on a current basis?   Yes ●  No ○
g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ●
h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ●
i. Do you have:  Worker's compensation insurance?   Yes ○  No ●
    If yes, are your premiums current?   Yes ○  No ○  N/A ●  (if no, see Instructions)
    Casualty/property insurance?   Yes ○  No ●
    If yes, are your premiums current?   Yes ○  No ○  N/A ●  (if no, see Instructions)
    General liability insurance?   Yes ○  No ●
    If yes, are your premiums current?   Yes ○  No ○  N/A ●  (if no, see Instructions)
j. Has a plan of reorganization been filed with the court?   Yes ○  No ●
k. Has a disclosure statement been filed with the court?   Yes ○  No ●
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○  No ●

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○   N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

GOLDEN STATE BROADCASTING, LLC,,

§
§
§
§

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                    Accrual Basis  ◯          Cash Basis  ◉

Debtor's Full-Time Employees (current):                              Unknown

Debtor's Full-Time Employees (as of date of order for relief):       Unknown

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                              1

| Debtor's Name | SILVER STATE BROADCASTING, LLC, | Case No. | 21-14978 |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $0 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $0 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    (Book ○  Market ○  Other ⦿  (attach explanation)) | Unknown |
| d  Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $5,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | Unknown |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | Unknown |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | Unknown |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | Unknown |

UST Form 11-MOR (12/01/2021)                                             2

Debtor's Name    SILVER STATE BROADCASTING, LLC,    Case No. 21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c.  Postpetition employer payroll taxes accrued | Unknown | $0 |
| d.  Postpetition employer payroll taxes paid | Unknown | $0 |
| e.  Postpetition property taxes paid | Unknown | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ●

c.  Were any payments made to or on behalf of insiders?    Yes ○  No ●

d.  Are you current on postpetition tax return filings?    Yes ●  No ○

e.  Are you current on postpetition estimated tax payments?    Yes ●  No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ●  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●

i.  Do you have:    Worker's compensation insurance?    Yes ○  No ●

   If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

   Casualty/property insurance?    Yes ○  No ●

   If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

   General liability insurance?    Yes ○  No ●

   If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○  No ●

k.  Has a disclosure statement been filed with the court?    Yes ○  No ●

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ●

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

GOLDEN STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                    Accrual Basis ◯        Cash Basis ◉

Debtor's Full-Time Employees (current):                              Unknown

Debtor's Full-Time Employees (as of date of order for relief):        Unknown

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| **Part 1: Cash Receipts and Disbursements** | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Cash balance beginning of month | $0 | |
| b. | Total receipts (net of transfers between accounts) | $1,666.67 | $1,666.67 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. | Cash balance end of month (a+b-c) | $1,666.67 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| **Part 2:  Asset and Liability Status**<br>(Not generally applicable to Individual Debtors. See Instructions.) | | **Current Month** | |
|---|---|---|---|
| a. | Accounts receivable (total net of allowance) | Unknown | |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c. | Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown | |
| d | Total current assets | Unknown | |
| e. | Total assets | Unknown | |
| f. | Postpetition payables (excluding taxes) | Unknown | |
| g. | Postpetition payables past due (excluding taxes) | Unknown | |
| h. | Postpetition taxes payable | Unknown | |
| i. | Postpetition taxes past due | Unknown | |
| j. | Total postpetition debt (f+h) | Unknown | |
| k. | Prepetition secured debt | Unknown | |
| l. | Prepetition priority debt | Unknown | |
| m. | Prepetition unsecured debt | Unknown | |
| n. | Total liabilities (debt) (j+k+l+m) | $7,500 | |
| o. | Ending equity/net worth (e-n) | Unknown | |

| **Part 3:  Assets Sold or Transferred** | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | Unknown |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | Unknown |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | Unknown |

| **Part 4:  Income Statement (Statement of Operations)**<br>(Not generally applicable to Individual Debtors. See Instructions.) | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $1,666.67 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. | Gross profit (a-b) | Unknown | |
| d. | Selling expenses | Unknown | |
| e. | General and administrative expenses | Unknown | |
| f. | Other expenses | Unknown | |
| g. | Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. | Interest | Unknown | |
| i. | Taxes (local, state, and federal) | Unknown | |
| j. | Reorganization items | Unknown | |
| k. | Profit (loss) | Unknown | Unknown |

UST Form 11-MOR (12/01/2021)                             2

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c. | Postpetition employer payroll taxes accrued | Unknown | $0 |
| d. | Postpetition employer payroll taxes paid | Unknown | $0 |
| e. | Postpetition property taxes paid | Unknown | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○   No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○   No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●   No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●   No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●   No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○   No ○   N/A ● |
| i. | Do you have:          Worker's compensation insurance? | Yes ○   No ● |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ●   (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○   No ● |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ●   (if no, see Instructions) |
| | General liability insurance? | Yes ○   No ● |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ●   (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○   No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○   No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○   No ● |

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

| Signature of Responsible Party | W. Lawrence Patrick |
|---|---|
| | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF __Nevada__

__Las Vegas Division__

| | | |
|---|---|---|
| In Re. | § | Case No.  __21-14979__ |
| **GOLDEN STATE BROADCASTING, LLC,** | § | |
| | § | Lead Case No.  __21-14978__ |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report                                    Chapter 11

Reporting Period Ended: __10/31/2020__          Petition Date: __10/19/2021__

Months Pending: __N/A__                    Industry Classification:  | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    __Unknown__

Debtor's Full-Time Employees (as of date of order for relief):          __Unknown__

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                    W. Lawrence Patrick
Signature of Responsible Party                Printed Name of Responsible Party

09/16/2022
Date

                                6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,666.67 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $10,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | $0 |

| Debtor's Name | | | | Case No. | 21-14978 | | |
|---|---|---|---|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | | | | | |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c.   Postpetition employer payroll taxes accrued | Unknown | $0 |
| d.   Postpetition employer payroll taxes paid | Unknown | $0 |
| e.   Postpetition property taxes paid | Unknown | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○   No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○   No ◉

c.   Were any payments made to or on behalf of insiders?    Yes ○   No ◉

d.   Are you current on postpetition tax return filings?    Yes ◉   No ○

e.   Are you current on postpetition estimated tax payments?    Yes ◉   No ○

f.   Were all trust fund taxes remitted on a current basis?    Yes ◉   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ○   No ○   N/A ◉

i.   Do you have:    Worker's compensation insurance?    Yes ○   No ◉

    If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

    Casualty/property insurance?    Yes ○   No ◉

    If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

    General liability insurance?    Yes ○   No ◉

    If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ○   No ◉

k.   Has a disclosure statement been filed with the court?    Yes ○   No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○   No ◉

Debtor's Name  SILVER STATE BROADCASTING, LLC,                    Case No.  21-14978

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick                                    W. Lawrence Patrick
_____                    _____
Signature of Responsible Party                            Printed Name of Responsible Party

Receiver                                                        09/16/2022
_____                    _____
Title                                                              Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

GOLDEN STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                              Unknown

Debtor's Full-Time Employees (as of date of order for relief):    Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☐   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,666.67 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | 1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ◯   Market ◯   Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $12,500 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | $0 |

UST Form 11-MOR (12/01/2021)                              2

| Debtor's Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | SILVER STATE BROADCASTING, LLC, | | | | Case No. 21-14978 | |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c.  Postpetition employer payroll taxes accrued | Unknown | $0 |
| d.  Postpetition employer payroll taxes paid | Unknown | $0 |
| e.  Postpetition property taxes paid | Unknown | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ◉

c.  Were any payments made to or on behalf of insiders?     Yes ○   No ◉

d.  Are you current on postpetition tax return filings?     Yes ◉   No ○

e.  Are you current on postpetition estimated tax payments?     Yes ◉   No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ◉   No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○   No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?     Yes ○   No ○   N/A ◉

i.  Do you have:     Worker's compensation insurance?     Yes ○   No ◉

    If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

    Casualty/property insurance?     Yes ○   No ◉

    If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

    General liability insurance?     Yes ○   No ◉

    If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○   No ◉

k.  Has a disclosure statement been filed with the court?     Yes ○   No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ○   No ◉

Debtor's Name
SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

W. Lawrence Patrick

Signature of Responsible Party

Printed Name of Responsible Party

Receiver

09/16/2022

Title

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

  GOLDEN STATE BROADCASTING, LLC,

_____

Debtor(s)

§
§
§
§

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☐  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer


/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

09/16/2022
_____
Date

W. Lawrence Patrick
_____
Printed Name of Responsible Party


6151 Lakeside Dr., Ste 2100, Reno, NV 89511
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,666.67 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory     ( Book ◯   Market ◯   Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $15,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

| Debtor's Name | | | Case No. | 21-14978 |
|---|---|---|---|---|

SILVER STATE BROADCASTING, LLC,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?    Yes ○  No ◉

d. Are you current on postpetition tax return filings?    Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?    Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ◉

i. Do you have:    Worker's compensation insurance?    Yes ○  No ◉

                         If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

                  Casualty/property insurance?    Yes ○  No ◉

                         If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

                  General liability insurance?    Yes ○  No ◉

                         If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○  No ◉

k. Has a disclosure statement been filed with the court?    Yes ○  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ◉

| Debtor's Name | Case No. | 21-14978 |
|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

GOLDEN STATE BROADCASTING, LLC,

Debtor(s)

§
§
§
§

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 1/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                    Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):                    Unknown

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☐    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,666.67 | |
| b. Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $1,666.67 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | Unknown |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    (Book ○  Market ○  Other ◉   (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $17,500 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name    SILVER STATE BROADCASTING, LLC,          Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. | Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. | Postpetition employer payroll taxes accrued | Unknown | |
| d. | Postpetition employer payroll taxes paid | Unknown | |
| e. | Postpetition property taxes paid | Unknown | |
| f. | Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. | Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯  No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ◯  No ◉

d.  Are you current on postpetition tax return filings?    Yes ◉  No ◯

e.  Are you current on postpetition estimated tax payments?    Yes ◉  No ◯

f.  Were all trust fund taxes remitted on a current basis?    Yes ◉  No ◯

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ◯  No ◯  N/A ◉

i.  Do you have:    Worker's compensation insurance?    Yes ◯  No ◉

If yes, are your premiums current?    Yes ◯  No ◯  N/A ◉  (if no, see Instructions)

Casualty/property insurance?    Yes ◯  No ◉

If yes, are your premiums current?    Yes ◯  No ◯  N/A ◉  (if no, see Instructions)

General liability insurance?    Yes ◯  No ◉

If yes, are your premiums current?    Yes ◯  No ◯  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ◯  No ◉

k.  Has a disclosure statement been filed with the court?    Yes ◯  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◯  No ◉

Debtor's Name    SILVER STATE BROADCASTING, LLC,    Case No. 21-14978

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

GOLDEN STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 2/28/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,666.67 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory   ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $20,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

Debtor's Name    SILVER STATE BROADCASTING, LLC,          Case No.  21-14978

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○   No ⦿

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○   No ⦿

c.   Were any payments made to or on behalf of insiders?    Yes ○   No ⦿

d.   Are you current on postpetition tax return filings?    Yes ⦿   No ○

e.   Are you current on postpetition estimated tax payments?    Yes ⦿   No ○

f.   Were all trust fund taxes remitted on a current basis?    Yes ⦿   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ⦿

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ○   No ○   N/A ⦿

i.   Do you have:    Worker's compensation insurance?    Yes ○   No ⦿

        If yes, are your premiums current?    Yes ○   No ○   N/A ⦿   (if no, see Instructions)

     Casualty/property insurance?    Yes ○   No ⦿

        If yes, are your premiums current?    Yes ○   No ○   N/A ⦿   (if no, see Instructions)

     General liability insurance?    Yes ○   No ⦿

        If yes, are your premiums current?    Yes ○   No ○   N/A ⦿   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ○   No ⦿

k.   Has a disclosure statement been filed with the court?    Yes ○   No ⦿

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○   No ⦿

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

Receiver
_____
Title

W. Lawrence Patrick
_____
Printed Name of Responsible Party

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Nevada

Las Vegas Division

In Re.

  GOLDEN STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.   21-14979

Lead Case No.   21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 3/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☐   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,666.67 | |
| b. Total receipts (net of transfers between accounts) | $347.01 | $2,013.68 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $2,013.68 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $1,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    ( Book ◯    Market ◯    Other ◉    (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $22,500 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

| Debtor's Name | SILVER STATE BROADCASTING, LLC, | | Case No. | 21-14978 |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

### Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ●

c.  Were any payments made to or on behalf of insiders?    Yes ○  No ●

d.  Are you current on postpetition tax return filings?    Yes ●  No ○

e.  Are you current on postpetition estimated tax payments?    Yes ●  No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ●  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●

i.  Do you have:    Worker's compensation insurance?    Yes ○  No ●

        If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

        Casualty/property insurance?    Yes ○  No ●

        If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

        General liability insurance?    Yes ○  No ●

        If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○  No ●

k.  Has a disclosure statement been filed with the court?    Yes ○  No ●

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ●

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

§
§
§
§

GOLDEN STATE BROADCASTING, LLC,

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 4/30/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                   Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,013.68 | |
| b. Total receipts (net of transfers between accounts) | $0 | $2,013.68 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $2,013.68 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $3,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory  (Book ○  Market ○  Other ⊙  (attach explanation)) | Unknown |
| d Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $25,000 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name SILVER STATE BROADCASTING, LLC,          Case No. 21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:      Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ● |

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

W. Lawrence Patrick

Printed Name of Responsible Party

Receiver

Title

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF ___Nevada___

Las Vegas Division

In Re.

    GOLDEN STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.   21-14979

Lead Case No.   21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 5/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:  Accrual Basis ○  Cash Basis ◉

Debtor's Full-Time Employees (current):  Unknown

Debtor's Full-Time Employees (as of date of order for relief):  Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| **Part 1: Cash Receipts and Disbursements** | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Cash balance beginning of month | $2,013.68 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $2,013.68 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. | Cash balance end of month (a+b-c) | $2,013.68 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| **Part 2:  Asset and Liability Status**<br>(Not generally applicable to Individual Debtors. See Instructions.) | | **Current Month** | |
|---|---|---|---|
| a. | Accounts receivable (total net of allowance) | $5,000 | |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c. | Inventory    ( Book ○    Market ○    Other ◉    (attach explanation)) | Unknown | |
| d | Total current assets | Unknown | |
| e. | Total assets | Unknown | |
| f. | Postpetition payables (excluding taxes) | Unknown | |
| g. | Postpetition payables past due (excluding taxes) | Unknown | |
| h. | Postpetition taxes payable | Unknown | |
| i. | Postpetition taxes past due | Unknown | |
| j. | Total postpetition debt (f+h) | Unknown | |
| k. | Prepetition secured debt | Unknown | |
| l. | Prepetition priority debt | Unknown | |
| m. | Prepetition unsecured debt | Unknown | |
| n. | Total liabilities (debt) (j+k+l+m) | $27,500 | |
| o. | Ending equity/net worth (e-n) | Unknown | |

| **Part 3:  Assets Sold or Transferred** | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| **Part 4:  Income Statement (Statement of Operations)**<br>(Not generally applicable to Individual Debtors. See Instructions.) | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. | Gross profit (a-b) | Unknown | |
| d. | Selling expenses | Unknown | |
| e. | General and administrative expenses | Unknown | |
| f. | Other expenses | Unknown | |
| g. | Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. | Interest | Unknown | |
| i. | Taxes (local, state, and federal) | Unknown | |
| j. | Reorganization items | Unknown | |
| k. | Profit (loss) | Unknown | |

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |
| i. | Do you have:    Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ |

| Debtor's Name | | Case No. 21-14978 |
|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

| | |
|---|---|
| Signature of Responsible Party | W. Lawrence Patrick |
| | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

§
§
§
§

GOLDEN STATE BROADCASTING, LLC,

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 6/30/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

09/16/2022
_____
Date

W. Lawrence Patrick
_____
Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $2,013.68 | |
| b.  Total receipts (net of transfers between accounts) | $7,000 | $9,013.68 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $9,013.68 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ○    Market ○    Other ◉    (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $30,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $7,000 | $9,013.68 |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

Debtor's Name       SILVER STATE BROADCASTING, LLC,                    Case No.  21-14978

|   | xcix | | | | | |
|---|------|---|---|---|---|---|
|   | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:       Worker's compensation insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ | |

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯   No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯   N/A ⦿ |

#### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

W. Lawrence Patrick

Signature of Responsible Party

Printed Name of Responsible Party

Receiver

09/16/2022

Title

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14979 Lead |
| GOLDEN STATE BROADCASTING, LLC, | § | |
| | § | Case No.  21-14978 |
| Debtor(s) | § | |
| | § | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 7/31/2021                    Petition Date: 10/19/2021

Months Pending: N/A                    Industry Classification:  5 | 1 | 5 | 1

Reporting Method:            Accrual Basis ○            Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):            Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☐   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                    W. Lawrence Patrick
Signature of Responsible Party                    Printed Name of Responsible Party

09/16/2022
Date

                    6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. 21-14978 |
|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $9,013.68 | |
| b. Total receipts (net of transfers between accounts) | $0 | $9,013.68 |
| c. Total disbursements (net of transfers between accounts) | $13.67 | $13.67 |
| d. Cash balance end of month (a+b-c) | $9,000.01 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $2,000 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c. Inventory    ( Book ◯   Market ◯   Other ◉   (attach explanation)) | Unknown | |
| d   Total current assets | Unknown | |
| e. Total assets | Unknown | |
| f. Postpetition payables (excluding taxes) | Unknown | |
| g. Postpetition payables past due (excluding taxes) | Unknown | |
| h. Postpetition taxes payable | Unknown | |
| i. Postpetition taxes past due | Unknown | |
| j. Total postpetition debt (f+h) | Unknown | |
| k. Prepetition secured debt | Unknown | |
| l. Prepetition priority debt | Unknown | |
| m. Prepetition unsecured debt | Unknown | |
| n. Total liabilities (debt) (j+k+l+m) | $32,500 | |
| o. Ending equity/net worth (e-n) | Unknown | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | $9,013.68 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | $13.67 | $13.67 |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ○  No ◉

d.  Are you current on postpetition tax return filings?    Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?    Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ◉

i.  Do you have:        Worker's compensation insurance?    Yes ○  No ◉

            If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

        Casualty/property insurance?    Yes ○  No ◉

            If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

        General liability insurance?    Yes ○  No ◉

            If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?    Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ◉

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

GOLDEN STATE BROADCASTING, LLC,

Debtor(s)

§
§
§
§

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 8/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                Accrual Basis ○            Cash Basis ◉

Debtor's Full-Time Employees (current):                          Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name    SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $9,000.01 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $9,013.68 |
| c.  Total disbursements (net of transfers between accounts) | $3,276.08 | $3,289.75 |
| d.  Cash balance end of month (a+b-c) | $5,723.93 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $4,000 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c.  Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown | |
| d   Total current assets | Unknown | |
| e.  Total assets | Unknown | |
| f.  Postpetition payables (excluding taxes) | Unknown | |
| g.  Postpetition payables past due (excluding taxes) | Unknown | |
| h.  Postpetition taxes payable | Unknown | |
| i.  Postpetition taxes past due | Unknown | |
| j.  Total postpetition debt (f+h) | Unknown | |
| k.  Prepetition secured debt | Unknown | |
| l.  Prepetition priority debt | Unknown | |
| m.  Prepetition unsecured debt | Unknown | |
| n.  Total liabilities (debt) (j+k+l+m) | $35,000 | |
| o.  Ending equity/net worth (e-n) | Unknown | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | $9,013.68 |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | $3,276.08 | $3,289.75 |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

Debtor's Name     SILVER STATE BROADCASTING, LLC,                     Case No.  21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ○  No ◉

d.  Are you current on postpetition tax return filings?    Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?    Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ◉

i.  Do you have:        Worker's compensation insurance?    Yes ○  No ◉

                If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

        Casualty/property insurance?    Yes ○  No ◉

                If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

        General liability insurance?    Yes ○  No ◉

                If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?    Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ◉

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14979 |
| GOLDEN STATE BROADCASTING, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 9/30/2021                    Petition Date: 10/19/2021

Months Pending: N/A                                  Industry Classification: 5 1 5 1

Reporting Method:              Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                              Unknown

Debtor's Full-Time Employees (as of date of order for relief):       Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                              W. Lawrence Patrick
Signature of Responsible Party                       Printed Name of Responsible Party

09/16/2022
Date

                                                     6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                                     Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $5,723.93 | |
| b.   Total receipts (net of transfers between accounts) | $6,000 | $15,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $7,041.66 | $10,331.41 |
| d.   Cash balance end of month (a+b-c) | $4,682.27 | |
| e.   Disbursements made by third party for the benefit of the estate | $7,033.33 | $7,033.33 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory    ( Book ◯   Market ◯   Other ◉   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $37,500 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $6,000 | $15,013.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $7,041.66 | $10,331.41 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name  SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c.   Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d.   Are you current on postpetition tax return filings?   Yes ◉   No ○

e.   Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f.   Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ◉

i.   Do you have:      Worker's compensation insurance?   Yes ○   No ◉

                      If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

                      Casualty/property insurance?   Yes ○   No ◉

                      If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

                      General liability insurance?   Yes ○   No ◉

                      If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k.   Has a disclosure statement been filed with the court?   Yes ○   No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○   No ◉

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

W. Lawrence Patrick

Signature of Responsible Party

Printed Name of Responsible Party

Receiver

09/16/2022

Title

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF    Nevada

Las Vegas Division

In Re.

§ §

GOLDEN STATE BROADCASTING, LLC,

§
§

Debtor(s)

§

Case No.    21-14979

Lead Case No.    21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ⊙

Debtor's Full-Time Employees (current):                          Unknown

Debtor's Full-Time Employees (as of date of order for relief):    Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                          1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $4,682.27 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $15,013.68 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $10,331.41 |
| d.  Cash balance end of month (a+b-c) | $4,682.27 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $7,033.33 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $2,000 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d.  Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $40,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | $15,013.68 |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | $0 | $10,331.41 |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

Debtor's Name  SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

| Part 7: Questionnaire - During this reporting period: | |
|---|---|

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)      Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)      Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?      Yes ○  No ◉

d.  Are you current on postpetition tax return filings?      Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?      Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?      Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)      Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?      Yes ○  No ○  N/A ◉

i.  Do you have:      Worker's compensation insurance?      Yes ○  No ◉

   If yes, are your premiums current?      Yes ○  No ○  N/A ◉  (if no, see Instructions)

   Casualty/property insurance?      Yes ○  No ◉

   If yes, are your premiums current?      Yes ○  No ○  N/A ◉  (if no, see Instructions)

   General liability insurance?      Yes ○  No ◉

   If yes, are your premiums current?      Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?      Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?      Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?      Yes ○  No ◉

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○   N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

Receiver
_____
Title

W. Lawrence Patrick
_____
Printed Name of Responsible Party

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re.<br>    GOLDEN STATE BROADCASTING, LLC,<br><br>            Debtor(s) | §<br>§<br>§<br>§ | Case No.  21-14979<br><br>Lead Case No.  21-14978<br><br>☒ Jointly Administered |

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 11/30/2021                    Petition Date: 10/19/2021

Months Pending: N/A                                           Industry Classification: 5 | 1 | 5 | 1

Reporting Method:                    Accrual Basis ○            Cash Basis ◉

Debtor's Full-Time Employees (current):                                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):        Unknown

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                                    W. Lawrence Patrick
Signature of Responsible Party                        Printed Name of Responsible Party

09/16/2022
Date

                                                                    6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $4,682.27 | |
| b.   Total receipts (net of transfers between accounts) | $0 | $15,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $12.67 | $10,344.08 |
| d.   Cash balance end of month (a+b-c) | $4,669.60 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $7,033.33 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $4,000 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $42,500 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | $15,013.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $12.67 | $10,344.08 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  SILVER STATE BROADCASTING, LLC,                    Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?  Yes ○  No ◉

d.  Are you current on postpetition tax return filings?  Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ◉

i.  Do you have:        Worker's compensation insurance?  Yes ○  No ◉

            If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

            Casualty/property insurance?  Yes ○  No ◉

            If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

            General liability insurance?  Yes ○  No ◉

            If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?  Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?  Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ○  No ◉

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

GOLDEN STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                          Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                                1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $4,669.60 | |
| b.   Total receipts (net of transfers between accounts) | $0 | $15,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $0 | $10,344.08 |
| d.   Cash balance end of month (a+b-c) | $4,669.60 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $7,033.33 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $6,000 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $45,000 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | $15,013.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $0 | $10,344.08 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                                    2

| Debtor's Name | | | Case No. | 21-14978 |
|---|---|---|---|---|

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○  No ●

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)     Yes ○  No ●

c.  Were any payments made to or on behalf of insiders?     Yes ○  No ●

d.  Are you current on postpetition tax return filings?     Yes ●  No ○

e.  Are you current on postpetition estimated tax payments?     Yes ●  No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ●  No ○

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)     Yes ○  No ●

h.  Were all payments made to or on behalf of professionals approved by
the court?     Yes ○  No ○  N/A ●

i.  Do you have:          Worker's compensation insurance?     Yes ○  No ●

                    If yes, are your premiums current?     Yes ○  No ○  N/A ●  (if no, see Instructions)

          Casualty/property insurance?     Yes ○  No ●

                    If yes, are your premiums current?     Yes ○  No ○  N/A ●  (if no, see Instructions)

          General liability insurance?     Yes ○  No ●

                    If yes, are your premiums current?     Yes ○  No ○  N/A ●  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○  No ●

k.  Has a disclosure statement been filed with the court?     Yes ○  No ●

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?     Yes ○  No ●

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

  GOLDEN STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 1/31/2022

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                    Accrual Basis ◯         Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):                    Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $4,669.60 | |
| b. Total receipts (net of transfers between accounts) | $12,000 | $27,013.68 |
| c. Total disbursements (net of transfers between accounts) | $10,349 | $20,693.08 |
| d. Cash balance end of month (a+b-c) | $6,320.60 | |
| e. Disbursements made by third party for the benefit of the estate | $7,005 | $14,038.33 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    ( Book ○   Market ○   Other ●   (attach explanation)) | Unknown |
| d Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $47,500 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $12,000 | $27,013.68 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | $10,349 | $20,693.08 |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)    2

Debtor's Name    SILVER STATE BROADCASTING, LLC,                    Case No.    21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

| Part 7: Questionnaire - During this reporting period: | | |
|---|---|---|

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯    No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯    No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ◯    No ◉

d.  Are you current on postpetition tax return filings?    Yes ◉    No ◯

e.  Are you current on postpetition estimated tax payments?    Yes ◉    No ◯

f.  Were all trust fund taxes remitted on a current basis?    Yes ◉    No ◯

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯    No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ◯    No ◯    N/A ◉

i.  Do you have:    Worker's compensation insurance?    Yes ◯    No ◉

                        If yes, are your premiums current?    Yes ◯    No ◯    N/A ◉    (if no, see Instructions)

                    Casualty/property insurance?    Yes ◯    No ◉

                        If yes, are your premiums current?    Yes ◯    No ◯    N/A ◉    (if no, see Instructions)

                    General liability insurance?    Yes ◯    No ◉

                        If yes, are your premiums current?    Yes ◯    No ◯    N/A ◉    (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ◯    No ◉

k.  Has a disclosure statement been filed with the court?    Yes ◯    No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◯    No ◉

Debtor's Name  SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    GOLDEN STATE BROADCASTING, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14979

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 2/28/2022

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: 5 1 5 1

Reporting Method:  Accrual Basis ○  Cash Basis ◉

Debtor's Full-Time Employees (current):  Unknown

Debtor's Full-Time Employees (as of date of order for relief):  Unknown

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)        1

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $6,320.60 | |
| b.   Total receipts (net of transfers between accounts) | $0 | $27,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $6,320.60 | $20,693.08 |
| d.   Cash balance end of month (a+b-c) | $0 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $17,580.47 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory     ( Book ○   Market ○   Other ⦿   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $50,000 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | $27,013.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $0 | $20,693.08 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  SILVER STATE BROADCASTING, LLC,                     Case No.  21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

| **Part 7: Questionnaire - During this reporting period:** |
|---|

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● | |
| i. | Do you have:    Worker's compensation insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ● | |

| Debtor's Name | | Case No. 21-14978 |
|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# Exhibit 2-C

(Major Market consolidated MORs)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14980 |
| MAJOR MARKET RADIO, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | § | ☒ Jointly Administered |

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 07/31/2020          Petition Date: 10/19/2021

Months Pending: N/A          Industry Classification:  5 | 1 | 5 | 1

Reporting Method:          Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):          Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown


**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ W. Lawrence Patrick                    W. Lawrence Patrick
Signature of Responsible Party            Printed Name of Responsible Party

09/16/2022
Date

                                          6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                          Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | Unknown |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    ( Book ○    Market ○    Other ◉    (attach explanation)) | Unknown |
| d Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $2,500 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | Unknown |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | Unknown |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | Unknown |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                                  2

Debtor's Name  SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:    Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ● |

Debtor's Name    SILVER STATE BROADCASTING, LLC,        Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

Receiver
_____
Title

W. Lawrence Patrick
_____
Printed Name of Responsible Party

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

MAJOR MARKET RADIO, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                    Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):                    Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☐  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $0 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $0 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    (Book ○  Market ○  Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $5,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | Unknown |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | Unknown |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | Unknown |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

| Debtor's Name | | | | | Case No. | 21-14978 |
|---|---|---|---|---|---|---|

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● | |
| i. | Do you have:        Worker's compensation insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ● | |

Debtor's Name
SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

  MAJOR MARKET RADIO, LLC,

——————————————————
  Debtor(s)

§
§
§
§

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification:  | 5 | 1 | 5 | 1 |

Reporting Method:                    Accrual Basis ○            Cash Basis ◉

Debtor's Full-Time Employees (current):                           Unknown

Debtor's Full-Time Employees (as of date of order for relief):           Unknown

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick
——————————————————
Signature of Responsible Party

09/16/2022
——————————————————
Date

W. Lawrence Patrick
——————————————————
Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511
——————————————————
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $0 | |
| b.  Total receipts (net of transfers between accounts) | $1,666.67 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c.  Inventory   (Book ○  Market ○  Other ◉  (attach explanation)) | Unknown | |
| d   Total current assets | Unknown | |
| e.  Total assets | Unknown | |
| f.  Postpetition payables (excluding taxes) | Unknown | |
| g.  Postpetition payables past due (excluding taxes) | Unknown | |
| h.  Postpetition taxes payable | Unknown | |
| i.  Postpetition taxes past due | Unknown | |
| j.  Total postpetition debt (f+h) | Unknown | |
| k.  Prepetition secured debt | Unknown | |
| l.  Prepetition priority debt | Unknown | |
| m.  Prepetition unsecured debt | Unknown | |
| n.  Total liabilities (debt) (j+k+l+m) | $7,500 | |
| o.  Ending equity/net worth (e-n) | Unknown | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | Unknown |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | Unknown |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | Unknown |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $1,666.67 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | Unknown |

Debtor's Name          SILVER STATE BROADCASTING, LLC,          Case No.  21-14978

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c.  Postpetition employer payroll taxes accrued | Unknown | $0 |
| d.  Postpetition employer payroll taxes paid | Unknown | $0 |
| e.  Postpetition property taxes paid | Unknown | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○  No ⦿

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○  No ⦿

c.  Were any payments made to or on behalf of insiders?     Yes ○  No ⦿

d.  Are you current on postpetition tax return filings?     Yes ⦿  No ○

e.  Are you current on postpetition estimated tax payments?     Yes ⦿  No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ⦿  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○  No ⦿

h.  Were all payments made to or on behalf of professionals approved by the court?     Yes ○  No ○  N/A ⦿

i.  Do you have:          Worker's compensation insurance?     Yes ○  No ⦿

　　　　　　　　　　If yes, are your premiums current?     Yes ○  No ○  N/A ⦿  (if no, see Instructions)

　　　　　　　　Casualty/property insurance?     Yes ○  No ⦿

　　　　　　　　　　If yes, are your premiums current?     Yes ○  No ○  N/A ⦿  (if no, see Instructions)

　　　　　　　　General liability insurance?     Yes ○  No ⦿

　　　　　　　　　　If yes, are your premiums current?     Yes ○  No ○  N/A ⦿  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○  No ⦿

k.  Has a disclosure statement been filed with the court?     Yes ○  No ⦿

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ○  No ⦿

| Debtor's Name | | Case No. | 21-14978 |
| --- | --- | --- | --- |
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
| --- | --- | --- |
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
| --- | --- |
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    MAJOR MARKET RADIO, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: 5 1 5 1

Reporting Method:    Accrual Basis ○    Cash Basis ◉

Debtor's Full-Time Employees (current):     Unknown

Debtor's Full-Time Employees (as of date of order for relief):     Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,666.67 | |
| b. Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $1,666.67 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | Unknown |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    ( Book ⊙    Market ⊙    Other ⦿   (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $10,000 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | $0 |

UST Form 11-MOR (12/01/2021)                                          2

| Debtor's Name | | | | | | | Case No. 21-14978 |
|---|---|---|---|---|---|---|---|

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c. Postpetition employer payroll taxes accrued | Unknown | $0 |
| d. Postpetition employer payroll taxes paid | Unknown | $0 |
| e. Postpetition property taxes paid | Unknown | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◯  No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ◯  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ◯ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ◯ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ◯ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯  No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯  No ◯  N/A ⦿ | |
| i. | Do you have:    Worker's compensation insurance? | Yes ◯  No ⦿ | |
| | If yes, are your premiums current? | Yes ◯  No ◯  N/A ⦿ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◯  No ⦿ | |
| | If yes, are your premiums current? | Yes ◯  No ◯  N/A ⦿ | (if no, see Instructions) |
| | General liability insurance? | Yes ◯  No ⦿ | |
| | If yes, are your premiums current? | Yes ◯  No ◯  N/A ⦿ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯  No ⦿ | |
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ⦿ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◯  No ⦿ | |

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

§  
MAJOR MARKET RADIO, LLC, §  
§  
Debtor(s) §  
§

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

W. Lawrence Patrick

Signature of Responsible Party

Printed Name of Responsible Party

09/16/2022

Date

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,666.67 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | 1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ◯   Market ◯   Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $12,500 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | $0 |

UST Form 11-MOR (12/01/2021)                2

Debtor's Name    SILVER STATE BROADCASTING, LLC,                    Case No.  21-14978

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.    Postpetition income taxes accrued (local, state, and federal) | Unknown | $0 |
| b.    Postpetition income taxes paid (local, state, and federal) | Unknown | $0 |
| c.    Postpetition employer payroll taxes accrued | Unknown | $0 |
| d.    Postpetition employer payroll taxes paid | Unknown | $0 |
| e.    Postpetition property taxes paid | Unknown | $0 |
| f.    Postpetition other taxes accrued (local, state, and federal) | Unknown | $0 |
| g.    Postpetition other taxes paid (local, state, and federal) | Unknown | $0 |

**Part 7: Questionnaire - During this reporting period:**

| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
|---|---|---|
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:          Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ● |

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    MAJOR MARKET RADIO, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2020

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:           Accrual Basis ○      Cash Basis ◉

Debtor's Full-Time Employees (current):         Unknown

Debtor's Full-Time Employees (as of date of order for relief):    Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,666.67 | |
| b. Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $1,666.67 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | Unknown | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c. Inventory   ( Book ⚪   Market ⚪   Other ⦿   (attach explanation)) | Unknown | |
| d. Total current assets | Unknown | |
| e. Total assets | Unknown | |
| f. Postpetition payables (excluding taxes) | Unknown | |
| g. Postpetition payables past due (excluding taxes) | Unknown | |
| h. Postpetition taxes payable | Unknown | |
| i. Postpetition taxes past due | Unknown | |
| j. Total postpetition debt (f+h) | Unknown | |
| k. Prepetition secured debt | Unknown | |
| l. Prepetition priority debt | Unknown | |
| m. Prepetition unsecured debt | Unknown | |
| n. Total liabilities (debt) (j+k+l+m) | $15,000 | |
| o. Ending equity/net worth (e-n) | Unknown | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | Unknown | |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○  No ⊙

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○  No ⊙

c.  Were any payments made to or on behalf of insiders?     Yes ○  No ⊙

d.  Are you current on postpetition tax return filings?     Yes ⊙  No ○

e.  Are you current on postpetition estimated tax payments?     Yes ⊙  No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ⊙  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○  No ⊙

h.  Were all payments made to or on behalf of professionals approved by the court?     Yes ○  No ○  N/A ⊙

i.  Do you have:     Worker's compensation insurance?     Yes ○  No ⊙

   If yes, are your premiums current?     Yes ○  No ○  N/A ⊙  (if no, see Instructions)

   Casualty/property insurance?     Yes ⊙  No ○

   If yes, are your premiums current?     Yes ○  No ○  N/A ⊙  (if no, see Instructions)

   General liability insurance?     Yes ○  No ⊙

   If yes, are your premiums current?     Yes ○  No ○  N/A ⊙  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○  No ⊙

k.  Has a disclosure statement been filed with the court?     Yes ○  No ⊙

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ○  No ⊙

| Debtor's Name | | Case No. | 21-14978 |
| --- | --- | --- | --- |
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
| --- | --- | --- |
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
| --- | --- |
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14980 |
| MAJOR MARKET RADIO, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 1/31/2021                    Petition Date: 10/19/2021

Months Pending: N/A                            Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                Accrual Basis ◯        Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):        Unknown


**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ W. Lawrence Patrick                    W. Lawrence Patrick

Signature of Responsible Party                Printed Name of Responsible Party

09/16/2022

Date

                                6151 Lakeside Dr., Ste 2100, Reno, NV 89511

                                Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,666.67 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory     ( Book ○   Market ○   Other ⦿   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $17,500 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

Debtor's Name
SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ●

c. Were any payments made to or on behalf of insiders?    Yes ○  No ●

d. Are you current on postpetition tax return filings?    Yes ●  No ○

e. Are you current on postpetition estimated tax payments?    Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●

i. Do you have:    Worker's compensation insurance?    Yes ○  No ●

    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

    Casualty/property insurance?    Yes ○  No ●

    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

    General liability insurance?    Yes ○  No ●

    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○  No ●

k. Has a disclosure statement been filed with the court?    Yes ○  No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ●

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14980 |
| MAJOR MARKET RADIO, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | § | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 2/28/2021                    Petition Date: 10/19/2021

Months Pending: N/A                    Industry Classification:  5  1  5  1

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                                    W. Lawrence Patrick
Signature of Responsible Party                           Printed Name of Responsible Party

09/16/2022
Date

                                                         6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,666.67 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $1,666.67 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $1,666.67 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $20,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?    Yes ○  No ◉

d. Are you current on postpetition tax return filings?    Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?    Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ◉

i. Do you have:    Worker's compensation insurance?    Yes ○  No ◉

   If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

   Casualty/property insurance?    Yes ○  No ◉

   If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

   General liability insurance?    Yes ○  No ◉

   If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○  No ◉

k. Has a disclosure statement been filed with the court?    Yes ○  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ◉

Debtor's Name    SILVER STATE BROADCASTING, LLC,    Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick                                    W. Lawrence Patrick
Signature of Responsible Party                           Printed Name of Responsible Party

Receiver                                                 09/16/2022
Title                                                    Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    MAJOR MARKET RADIO, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 3/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:  Accrual Basis ◯    Cash Basis ⦿

Debtor's Full-Time Employees (current):  Unknown

Debtor's Full-Time Employees (as of date of order for relief):  Unknown

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $1,666.67 | |
| b.   Total receipts (net of transfers between accounts) | $347.01 | $2,013.68 |
| c.   Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.   Cash balance end of month (a+b+c) | $2,013.68 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $500 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory    ( Book ◯   Market ◯   Other ◉   (attach explanation)) | Unknown |
| d    Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $22,500 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | Unknown | |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

Debtor's Name SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |
| i. | Do you have:      Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ |

| Debtor's Name | | Case No. 21-14978 |
|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

   MAJOR MARKET RADIO, LLC,

   _____
   Debtor(s)

§
§
§
§

Case No.   21-14980

Lead Case No.   21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 4/30/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification:  | 5 | 1 | 5 | 1 |

Reporting Method:                      Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                        Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☐    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

09/16/2022
_____
Date

W. Lawrence Patrick
_____
Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $2,013.68 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $2,013.68 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $2,013.68 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $1,500 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $25,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

| Debtor's Name | | | | | | | | Case No. | 21-14978 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
| --- | --- | --- |
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
| --- | --- | --- | --- |
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◯ No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ◯ No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯ No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉ No ◯ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ No ◯ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ No ◯ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯ No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯ No ◯ N/A ◉ | |
| i. | Do you have:      Worker's compensation insurance? | Yes ◯ No ◉ | |
| | If yes, are your premiums current? | Yes ◯ No ◯ N/A ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◯ No ◉ | |
| | If yes, are your premiums current? | Yes ◯ No ◯ N/A ◉ | (if no, see Instructions) |
| | General liability insurance? | Yes ◯ No ◉ | |
| | If yes, are your premiums current? | Yes ◯ No ◯ N/A ◉ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯ No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ◯ No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◯ No ◉ | |

Debtor's Name    SILVER STATE BROADCASTING, LLC,                    Case No.  21-14978

| **Part 8: Individual Chapter 11 Debtors (Only)** |
|---|

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick                              W. Lawrence Patrick
_____                          _____
Signature of Responsible Party                       Printed Name of Responsible Party

Receiver                                             09/16/2022
_____                          _____
Title                                                Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    MAJOR MARKET RADIO, LLC,                    §
                                                §
    _____                 §
              Debtor(s)                          §

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 5/31/2021                Petition Date: 10/19/2021

Months Pending: N/A                              Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:            Accrual Basis ◯        Cash Basis ◉

Debtor's Full-Time Employees (current):                          Unknown

Debtor's Full-Time Employees (as of date of order for relief):   Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☐   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer


/s/ W. Lawrence Patrick                          W. Lawrence Patrick
Signature of Responsible Party                   Printed Name of Responsible Party

09/16/2022
Date

                                                 6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                                 Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $2,013.68 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $2,013.68 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $2,013.68 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $2,500 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    (Book ○  Market ○  Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $27,500 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | Unknown | |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

Debtor's Name
SILVER STATE BROADCASTING, LLC,                    Case No. 21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○    No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○    No ●

c. Were any payments made to or on behalf of insiders?    Yes ○    No ●

d. Are you current on postpetition tax return filings?    Yes ●    No ○

e. Are you current on postpetition estimated tax payments?    Yes ●    No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ●    No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○    No ●

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○    No ○    N/A ●

i. Do you have:    Worker's compensation insurance?    Yes ○    No ●

If yes, are your premiums current?    Yes ○    No ○    N/A ●    (if no, see Instructions)

Casualty/property insurance?    Yes ○    No ●

If yes, are your premiums current?    Yes ○    No ○    N/A ●    (if no, see Instructions)

General liability insurance?    Yes ○    No ●

If yes, are your premiums current?    Yes ○    No ○    N/A ●    (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○    No ●

k. Has a disclosure statement been filed with the court?    Yes ○    No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○    No ●

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⬤ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

W. Lawrence Patrick

Signature of Responsible Party

Printed Name of Responsible Party

Receiver

09/16/2022

Title

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    MAJOR MARKET RADIO, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 6/30/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):        Unknown

Debtor's Full-Time Employees (as of date of order for relief):    Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☐    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name    SILVER STATE BROADCASTING, LLC,                   Case No.  21-14978

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $2,013.68 | |
| b.  Total receipts (net of transfers between accounts) | $3,500 | $5,513.68 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $1,500 |
| d.  Cash balance end of month (a+b-c) | $5,513.68 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | Unknown |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $30,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $3,500 | $5,513.68 |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | $0 | $0 |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                                2

Debtor's Name    SILVER STATE BROADCASTING, LLC,                     Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◯    No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ◯    No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯    No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿    No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿    No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿    No ◯ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯    No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯    No ◯    N/A ⦿ |
| i. | Do you have:        Worker's compensation insurance? | Yes ◯    No ⦿ |
| | If yes, are your premiums current? | Yes ◯    No ◯    N/A ⦿    (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◯    No ⦿ |
| | If yes, are your premiums current? | Yes ◯    No ◯    N/A ⦿    (if no, see Instructions) |
| | General liability insurance? | Yes ◯    No ⦿ |
| | If yes, are your premiums current? | Yes ◯    No ◯    N/A ⦿    (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯    No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ◯    No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◯    No ⦿ |

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

Receiver
_____
Title

W. Lawrence Patrick
_____
Printed Name of Responsible Party

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    MAJOR MARKET RADIO, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 7/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:　　　　　　Accrual Basis ○　　　Cash Basis ◉

Debtor's Full-Time Employees (current):　　　　　　Unknown

Debtor's Full-Time Employees (as of date of order for relief):　　　　　　Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐　Statement of cash receipts and disbursements
☐　Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐　Statement of operations (profit or loss statement)
☐　Accounts receivable aging
☐　Postpetition liabilities aging
☐　Statement of capital assets
☐　Schedule of payments to professionals
☐　Schedule of payments to insiders
☐　All bank statements and bank reconciliations for the reporting period
☐　Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)　　　　　　　　1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $5,513.68 | |
| b. Total receipts (net of transfers between accounts) | $0 | $5,513.68 |
| c. Total disbursements (net of transfers between accounts) | $13.67 | $13.67 |
| d. Cash balance end of month (a+b-c) | $5,000.01 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $1,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $32,500 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | $5,513.68 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | $13.67 | $13.67 |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name    SILVER STATE BROADCASTING, LLC,    Case No.  21-14978

|   | xcix | | | | | | |
|---|------|---|---|---|---|---|---|
|   | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.    Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.    Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.    Postpetition employer payroll taxes accrued | Unknown | |
| d.    Postpetition employer payroll taxes paid | Unknown | |
| e.    Postpetition property taxes paid | Unknown | |
| f.    Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.    Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ◉

c.   Were any payments made to or on behalf of insiders?    Yes ○  No ◉

d.   Are you current on postpetition tax return filings?    Yes ◉  No ○

e.   Are you current on postpetition estimated tax payments?    Yes ◉  No ○

f.   Were all trust fund taxes remitted on a current basis?    Yes ◉  No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ◉

i.   Do you have:    Worker's compensation insurance?    Yes ○  No ◉

    If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

    Casualty/property insurance?    Yes ○  No ◉

    If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

    General liability insurance?    Yes ○  No ◉

    If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ○  No ◉

k.   Has a disclosure statement been filed with the court?    Yes ○  No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ◉

| Debtor's Name | Case No. | 21-14978 |
|---|---|---|
| SILVER STATE BROADCASTING, LLC, | | |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14980 |
| MAJOR MARKET RADIO, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | § | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 8/31/2021                    Petition Date: 10/19/2021

Months Pending: N/A                    Industry Classification: 5 1 5 1

Reporting Method:            Accrual Basis ○            Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):                    Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                    W. Lawrence Patrick

Signature of Responsible Party                    Printed Name of Responsible Party

09/16/2022

Date

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $5,000.01 | |
| b. Total receipts (net of transfers between accounts) | $0 | $5,513.68 |
| c. Total disbursements (net of transfers between accounts) | $3,276.08 | $3,289.75 |
| d. Cash balance end of month (a+b-c) | $1,723.93 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $2,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    ( Book ○   Market ○   Other ●   (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $35,000 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | $5,513.68 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | $3,276.08 | $3,289.75 |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name   SILVER STATE BROADCASTING, LLC,                    Case No.  21-14978

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ●

c.  Were any payments made to or on behalf of insiders?    Yes ○  No ●

d.  Are you current on postpetition tax return filings?    Yes ●  No ○

e.  Are you current on postpetition estimated tax payments?    Yes ●  No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ●  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●

i.  Do you have:        Worker's compensation insurance?    Yes ○  No ●

                    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

            Casualty/property insurance?    Yes ○  No ●

                    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

            General liability insurance?    Yes ○  No ●

                    If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○  No ●

k.  Has a disclosure statement been filed with the court?    Yes ○  No ●

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○  No ●

| Debtor's Name | Case No. 21-14978 |
|---|---|
| SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.                                                    §        Case No.  21-14980
    MAJOR MARKET RADIO, LLC,        §
                      §        Lead Case No.  21-14978
          Debtor(s)                   §
                      §        ☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 9/30/2021                 Petition Date: 10/19/2021

Months Pending: N/A                                Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:              Accrual Basis ○       Cash Basis ◉

Debtor's Full-Time Employees (current):                        Unknown

Debtor's Full-Time Employees (as of date of order for relief):    Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐  Statement of cash receipts and disbursements
- ☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐  Statement of operations (profit or loss statement)
- ☐  Accounts receivable aging
- ☐  Postpetition liabilities aging
- ☐  Statement of capital assets
- ☐  Schedule of payments to professionals
- ☐  Schedule of payments to insiders
- ☐  All bank statements and bank reconciliations for the reporting period
- ☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                              W. Lawrence Patrick
Signature of Responsible Party                       Printed Name of Responsible Party

09/16/2022
Date

                                     6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                     Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $1,723.93 | |
| b.   Total receipts (net of transfers between accounts) | $3,000 | $8,513.68 |
| c.   Total disbursements (net of transfers between accounts) | $7,041.66 | $10,331.41 |
| d.   Cash balance end of month (a+b-c) | ($2,317.73) | |
| e.   Disbursements made by third party for the benefit of the estate | $7,033.33 | $7,033.33 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.   Inventory   ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.   Total assets | Unknown |
| f.   Postpetition payables (excluding taxes) | Unknown |
| g.   Postpetition payables past due (excluding taxes) | Unknown |
| h.   Postpetition taxes payable | Unknown |
| i.   Postpetition taxes past due | Unknown |
| j.   Total postpetition debt (f+h) | Unknown |
| k.   Prepetition secured debt | Unknown |
| l.   Prepetition priority debt | Unknown |
| m.   Prepetition unsecured debt | Unknown |
| n.   Total liabilities (debt) (j+k+l+m) | $37,500 |
| o.   Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $3,000 | $8,513.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $7,041.66 | $10,331.41 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                                    2

| Debtor's Name | | | | | Case No. | 21-14978 | |
|---|---|---|---|---|---|---|---|

SILVER STATE BROADCASTING, LLC,

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

---

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.    Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.    Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.    Postpetition employer payroll taxes accrued | Unknown | |
| d.    Postpetition employer payroll taxes paid | Unknown | |
| e.    Postpetition property taxes paid | Unknown | |
| f.    Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.    Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ◉

c.   Were any payments made to or on behalf of insiders?     Yes ○   No ◉

d.   Are you current on postpetition tax return filings?     Yes ◉   No ○

e.   Are you current on postpetition estimated tax payments?     Yes ◉   No ○

f.   Were all trust fund taxes remitted on a current basis?     Yes ◉   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○   No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?     Yes ○   No ○   N/A ◉

i.   Do you have:        Worker's compensation insurance?     Yes ○   No ◉

　　　　　　　　　　If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

　　　　　　　Casualty/property insurance?     Yes ○   No ◉

　　　　　　　　　　If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

　　　　　　　General liability insurance?     Yes ○   No ◉

　　　　　　　　　　If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?     Yes ○   No ◉

k.   Has a disclosure statement been filed with the court?     Yes ○   No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ○   No ◉

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14980 |
| MAJOR MARKET RADIO, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2021          Petition Date: 10/19/2021

Months Pending: N/A          Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):          Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☐  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                          W. Lawrence Patrick
Signature of Responsible Party                   Printed Name of Responsible Party

09/16/2022
Date

                                                 6151 Lakeside Dr., Ste 2100, Reno, NV 89511
                                                 Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name                                                        Case No.  21-14978

SILVER STATE BROADCASTING, LLC,

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | ($2,317.73) | |
| b. Total receipts (net of transfers between accounts) | $0 | $8,513.68 |
| c. Total disbursements (net of transfers between accounts) | $0 | $10,331.41 |
| d. Cash balance end of month (a+b-c) | ($2,317.73) | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $7,033.33 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $1,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | Unknown |
| d. Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $40,000 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | $8,513.68 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | $0 | $10,331.41 |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  SILVER STATE BROADCASTING, LLC,                    Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |
| i. | Do you have:     Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ |

Debtor's Name    SILVER STATE BROADCASTING, LLC,    Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick
_____
Signature of Responsible Party

Receiver
_____
Title

W. Lawrence Patrick
_____
Printed Name of Responsible Party

09/16/2022
_____
Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

| | | |
|---|---|---|
| In Re. | § | Case No.  21-14980 |
| MAJOR MARKET RADIO, LLC, | § | |
| | § | Lead Case No.  21-14978 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2021                Petition Date: 10/19/2021

Months Pending: N/A                     Industry Classification:  5  1  5  1

Reporting Method:          Accrual Basis ◯      Cash Basis ◉

Debtor's Full-Time Employees (current):                Unknown

Debtor's Full-Time Employees (as of date of order for relief):        Unknown

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☐  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick                    W. Lawrence Patrick

Signature of Responsible Party                Printed Name of Responsible Party

09/16/2022

Date

                            6151 Lakeside Dr., Ste 2100, Reno, NV 89511

                            Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)            1

| Debtor's Name | | Case No. | 21-14978 |
|---|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | ($2,317.73) | |
| b. Total receipts (net of transfers between accounts) | $0 | $8,513.68 |
| c. Total disbursements (net of transfers between accounts) | $12.67 | $10,344.08 |
| d. Cash balance end of month (a+b-c) | ($2,330.40) | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $7,033.33 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $2,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory  ( Book ◯  Market ◯  Other ◉  (attach explanation)) | Unknown |
| d Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $42,500 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | $8,513.68 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | $12.67 | $10,344.08 |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name     SILVER STATE BROADCASTING, LLC,      Case No.   21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.   Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.   Postpetition employer payroll taxes accrued | Unknown | |
| d.   Postpetition employer payroll taxes paid | Unknown | |
| e.   Postpetition property taxes paid | Unknown | |
| f.   Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.   Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt? (if yes, see Instructions)    Yes ○   No ◉

b.   Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)    Yes ○   No ◉

c.   Were any payments made to or on behalf of insiders?    Yes ○   No ◉

d.   Are you current on postpetition tax return filings?    Yes ◉   No ○

e.   Are you current on postpetition estimated tax payments?    Yes ◉   No ○

f.   Were all trust fund taxes remitted on a current basis?    Yes ◉   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ○   No ○   N/A ◉

i.   Do you have:     Worker's compensation insurance?    Yes ○   No ◉

            If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

            Casualty/property insurance?    Yes ◉   No ○

            If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

            General liability insurance?    Yes ○   No ◉

            If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ○   No ◉

k.   Has a disclosure statement been filed with the court?    Yes ○   No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○   No ◉

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

W. Lawrence Patrick

Signature of Responsible Party

Printed Name of Responsible Party

Receiver

09/16/2022

Title

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    MAJOR MARKET RADIO, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: 5 1 5 1

Reporting Method:                Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                          Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- [ ] Statement of cash receipts and disbursements
- [ ] Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- [ ] Statement of operations (profit or loss statement)
- [ ] Accounts receivable aging
- [ ] Postpetition liabilities aging
- [ ] Statement of capital assets
- [ ] Schedule of payments to professionals
- [ ] Schedule of payments to insiders
- [ ] All bank statements and bank reconciliations for the reporting period
- [ ] Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name    SILVER STATE BROADCASTING, LLC,

Case No.   21-14978

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | ($2,330.40) | |
| b.   Total receipts (net of transfers between accounts) | $0 | $8,513.68 |
| c.   Total disbursements (net of transfers between accounts) | $0 | $10,344.08 |
| d.   Cash balance end of month (a+b-c) | ($2,330.40) | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $7,033.33 |
| f.   Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $3,000 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | Unknown | |
| c.   Inventory    ( Book ◯   Market ◯   Other ◉   (attach explanation)) | Unknown | |
| d    Total current assets | Unknown | |
| e.   Total assets | Unknown | |
| f.   Postpetition payables (excluding taxes) | Unknown | |
| g.   Postpetition payables past due (excluding taxes) | Unknown | |
| h.   Postpetition taxes payable | Unknown | |
| i.   Postpetition taxes past due | Unknown | |
| j.   Total postpetition debt (f+h) | Unknown | |
| k.   Prepetition secured debt | Unknown | |
| l.   Prepetition priority debt | Unknown | |
| m.   Prepetition unsecured debt | Unknown | |
| n.   Total liabilities (debt) (j+k+l+m) | $45,000 | |
| o.   Ending equity/net worth (e-n) | Unknown | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | $8,513.68 |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.   Gross profit (a-b) | Unknown | |
| d.   Selling expenses | Unknown | |
| e.   General and administrative expenses | $0 | $10,344.08 |
| f.   Other expenses | Unknown | |
| g.   Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.   Interest | Unknown | |
| i.   Taxes (local, state, and federal) | Unknown | |
| j.   Reorganization items | Unknown | |
| k.   Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)

2

Debtor's Name  SILVER STATE BROADCASTING, LLC,                     Case No.  21-14978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

| Part 7: Questionnaire - During this reporting period: | | |
|---|---|---|

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ⦿

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ⦿

c.  Were any payments made to or on behalf of insiders?     Yes ○   No ⦿

d.  Are you current on postpetition tax return filings?     Yes ⦿   No ○

e.  Are you current on postpetition estimated tax payments?     Yes ⦿   No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ⦿   No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○   No ⦿

h.  Were all payments made to or on behalf of professionals approved by the court?     Yes ○   No ○   N/A ⦿

i.  Do you have:          Worker's compensation insurance?     Yes ○   No ⦿

                If yes, are your premiums current?     Yes ○   No ○   N/A ⦿   (if no, see Instructions)

                Casualty/property insurance?     Yes ○   No ⦿

                If yes, are your premiums current?     Yes ○   No ○   N/A ⦿   (if no, see Instructions)

                General liability insurance?     Yes ○   No ⦿

                If yes, are your premiums current?     Yes ○   No ○   N/A ⦿   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○   No ⦿

k.  Has a disclosure statement been filed with the court?     Yes ○   No ⦿

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ○   No ⦿

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No. 21-14978

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ W. Lawrence Patrick

Signature of Responsible Party

Receiver

Title

W. Lawrence Patrick

Printed Name of Responsible Party

09/16/2022

Date

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

    MAJOR MARKET RADIO, LLC,

§
§
§
§

Debtor(s)

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 1/31/2022

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:                    Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):                              Unknown

Debtor's Full-Time Employees (as of date of order for relief):        Unknown

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | ($2,330.40) | |
| b. Total receipts (net of transfers between accounts) | $6,000 | $14,513.68 |
| c. Total disbursements (net of transfers between accounts) | $10,349 | $20,693.08 |
| d. Cash balance end of month (a+b-c) | ($6,679.40) | |
| e. Disbursements made by third party for the benefit of the estate | $7,005 | $14,038.33 |
| f. Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c. Inventory    ( Book ○  Market ○  Other ◉  (attach explanation)) | Unknown |
| d Total current assets | Unknown |
| e. Total assets | Unknown |
| f. Postpetition payables (excluding taxes) | Unknown |
| g. Postpetition payables past due (excluding taxes) | Unknown |
| h. Postpetition taxes payable | Unknown |
| i. Postpetition taxes past due | Unknown |
| j. Total postpetition debt (f+h) | Unknown |
| k. Prepetition secured debt | Unknown |
| l. Prepetition priority debt | Unknown |
| m. Prepetition unsecured debt | Unknown |
| n. Total liabilities (debt) (j+k+l+m) | $47,500 |
| o. Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $6,000 | $14,513.68 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c. Gross profit (a-b) | Unknown | |
| d. Selling expenses | Unknown | |
| e. General and administrative expenses | $10,349 | $20,693.08 |
| f. Other expenses | Unknown | |
| g. Depreciation and/or amortization (not included in 4b) | Unknown | |
| h. Interest | Unknown | |
| i. Taxes (local, state, and federal) | Unknown | |
| j. Reorganization items | Unknown | |
| k. Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name

SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b.  Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c.  Postpetition employer payroll taxes accrued | Unknown | |
| d.  Postpetition employer payroll taxes paid | Unknown | |
| e.  Postpetition property taxes paid | Unknown | |
| f.  Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g.  Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)          Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)          Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?          Yes ○  No ◉

d.  Are you current on postpetition tax return filings?          Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?          Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?          Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)          Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?          Yes ○  No ○  N/A ◉

i.  Do you have:          Worker's compensation insurance?          Yes ○  No ◉

          If yes, are your premiums current?          Yes ○  No ○  N/A ◉  (if no, see Instructions)

          Casualty/property insurance?          Yes ○  No ◉

          If yes, are your premiums current?          Yes ○  No ○  N/A ◉  (if no, see Instructions)

          General liability insurance?          Yes ○  No ◉

          If yes, are your premiums current?          Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?          Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?          Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?          Yes ○  No ◉

| Debtor's Name | | Case No. 21-14978 |
|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

#### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

Las Vegas Division

In Re.

MAJOR MARKET RADIO, LLC,

Debtor(s)

§
§
§
§

Case No.  21-14980

Lead Case No.  21-14978

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 2/28/2022

Petition Date: 10/19/2021

Months Pending: N/A

Industry Classification:  5 | 1 | 5 | 1

Reporting Method:                    Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    Unknown

Debtor's Full-Time Employees (as of date of order for relief):          Unknown

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☐  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ W. Lawrence Patrick

Signature of Responsible Party

09/16/2022

Date

W. Lawrence Patrick

Printed Name of Responsible Party

6151 Lakeside Dr., Ste 2100, Reno, NV 89511

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  SILVER STATE BROADCASTING, LLC,

Case No.  21-14978

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | ($6,679.40) | |
| b.  Total receipts (net of transfers between accounts) | $0 | $14,513.68 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $20,693.08 |
| d.  Cash balance end of month (a+b-c) | ($6,679.40) | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $14,038.33 |
| f.  Total disbursements for quarterly fee calculation (c+e) | N/A | N/A |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | Unknown |
| c.  Inventory    ( Book ○    Market ○    Other ◉    (attach explanation)) | Unknown |
| d   Total current assets | Unknown |
| e.  Total assets | Unknown |
| f.  Postpetition payables (excluding taxes) | Unknown |
| g.  Postpetition payables past due (excluding taxes) | Unknown |
| h.  Postpetition taxes payable | Unknown |
| i.  Postpetition taxes past due | Unknown |
| j.  Total postpetition debt (f+h) | Unknown |
| k.  Prepetition secured debt | Unknown |
| l.  Prepetition priority debt | Unknown |
| m.  Prepetition unsecured debt | Unknown |
| n.  Total liabilities (debt) (j+k+l+m) | $50,000 |
| o.  Ending equity/net worth (e-n) | Unknown |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | Unknown | |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | Unknown | |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | Unknown | |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | $14,513.68 |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | Unknown | |
| c.  Gross profit (a-b) | Unknown | |
| d.  Selling expenses | Unknown | |
| e.  General and administrative expenses | $0 | $20,693.08 |
| f.  Other expenses | Unknown | |
| g.  Depreciation and/or amortization (not included in 4b) | Unknown | |
| h.  Interest | Unknown | |
| i.  Taxes (local, state, and federal) | Unknown | |
| j.  Reorganization items | Unknown | |
| k.  Profit (loss) | Unknown | |

UST Form 11-MOR (12/01/2021)                    2

| Debtor's Name | | SILVER STATE BROADCASTING, LLC, | | Case No. | 21-14978 | |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | Unknown | |
| b. Postpetition income taxes paid (local, state, and federal) | Unknown | |
| c. Postpetition employer payroll taxes accrued | Unknown | |
| d. Postpetition employer payroll taxes paid | Unknown | |
| e. Postpetition property taxes paid | Unknown | |
| f. Postpetition other taxes accrued (local, state, and federal) | Unknown | |
| g. Postpetition other taxes paid (local, state, and federal) | Unknown | |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?     Yes ○   No ◉

d. Are you current on postpetition tax return filings?     Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?     Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?     Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ○   No ○   N/A ◉

i. Do you have:     Worker's compensation insurance?     Yes ○   No ◉

        If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

        Casualty/property insurance?     Yes ○   No ◉

        If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

        General liability insurance?     Yes ○   No ◉

        If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ○   No ◉

k. Has a disclosure statement been filed with the court?     Yes ○   No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ○   No ◉

| Debtor's Name | | Case No. 21-14978 |
|---|---|---|
| | SILVER STATE BROADCASTING, LLC, | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ W. Lawrence Patrick | W. Lawrence Patrick |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Receiver | 09/16/2022 |
| Title | Date |

# Exhibit 3

## (the LMA)

**EXECUTION VERSION**

## LOCAL PROGRAMMING AND MARKETING AGREEMENT

THIS LOCAL PROGRAMMING AND MARKETING AGREEMENT (this "_Agreement_") is made as of March 15, 2021 by and between **W. LAWRENCE PATRICK** ("_Licensee_"), solely in his capacity as court-appointed receiver for certain radio station-related assets previously owned and operated by Silver State Broadcasting LLC, Golden State Broadcasting LLC and Major Market Radio LLC (collectively, the "Prior Owners"), and **VCY AMERICA, INC.**, Wisconsin non-profit corporation ("_Programmer_").

RECITALS

WHEREAS, Licensee was appointed as receiver for certain radio station-related assets previously owned and operated by the Prior Owners pursuant to the Order Appointing W. Lawrence Patrick as Receiver in Aid of Post-Judgment Execution entered into on July 6, 2020 and issued by the United States District Court Central District of California (the "Court") in _WB Music Corp., et al., v. Royce International Broadcasting Corp., et. al._, Case No: 5:16-cv-00600-JGB (SPx) (the "Receivership Order").

WHEREAS, subject to the Receivership Order, Licensee holds the licenses and authorizations issued by the Federal Communications Commission ("_FCC_") for the operation of the following radio broadcast stations (collectively, the "Stations"):

KRCK-FM, Mecca, California (FCC Facility ID No. 52808)<br/>KREV(FM), Alameda, California (FCC Facility ID No. 36029)<br/>KFRH(FM), North Las Vegas, Nevada (FCC Facility ID No. 19062);

WHEREAS, Programmer is the licensee of numerous radio stations, including KVCC(FM), Tucson, AZ (FCC Facility ID No. 81952) and KVCP(FM), Phoenix, AZ (FCC Facility ID No. 47667);

WHEREAS, Licensee and Programmer have entered into that certain Asset Purchase Agreement, on December 28, 2020, in which Licensee agreed to sell to Programmer, and Programmer agreed to purchase from Licensee, the assets used or held for use in the operations of the Stations (the "_APA_") subject to the approval of the Federal Communications Commission ("_FCC_"); and

Licensee desires to obtain programming for the Stations, and Programmer desires to provide programming for broadcast on the Stations, on the terms and conditions set forth in herein.

AGREEMENT

NOW, THEREFORE, taking the foregoing recitals into account, and in consideration of the mutual covenants and agreements contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, hereby agree as follows:

1.      Term.  The term of this Agreement (the "*Term*") will begin as of the date hereof (the "*Commencement Date*") and will continue for a period of twelve (12) months thereafter, unless earlier terminated in accordance with the terms of Section 12 of this Agreement (or extended by mutual written agreement) or extended by mutual written agreement of the parties.

2.      Programming.  During the Term, Licensee shall make available to Programmer all of the airtime on the Stations (including the primary and all secondary program streams and ancillary uses) for programming provided by Programmer (the "*Programs*") for broadcast twenty-four (24) hours per day, seven (7) days per week, excluding at Licensee's option the period from 6:00 a.m. to 8:00 a.m. each Sunday morning (the "*Broadcasting Period*").  During the Term, Programmer will transmit the Programs to the Stations' transmitting facilities and Licensee shall broadcast the Programs on the Stations, subject to the provisions of Section 5 below.

3.      Advertising; Collection of Accounts Receivable.  During the Term, Programmer will be exclusively responsible for the sale of advertising on the Stations and for the collection of accounts receivable ("*Receivables*") arising therefrom, and shall be entitled to all such Receivables of the Stations.  Any Receivables or other revenues accrued prior to the Commencement Date, regardless of when paid or collected, shall belong to the Licensee ("*Pre-LMA Revenues*").  Programmer shall collect any Pre-LMA Revenues received at the Stations on behalf of Seller without commission or compensation, and remit to Seller such Revenues beginning on the tenth (10th) day of the calendar month following the Commencement Date, and continuing on the 10th day of each month thereafter for the remainder of the Term.

4.      Payments.  For the broadcast of the Programs and the other benefits made available to Programmer pursuant to this Agreement, during the Term, Programmer will pay Licensee in accordance with the terms set forth on **Schedule A** attached hereto.  To the extent reasonably necessary to perform this Agreement, during the Term, Licensee shall provide Programmer with the benefits of any of the Stations' contracts and agreements and Programmer shall perform the obligations of Licensee thereunder, to the extent of the benefits received.

5.      Control.

5.1      Notwithstanding anything to the contrary in this Agreement, Licensee shall have full authority, power and control over the policies, programming and operation of the Stations and over all persons working at the Stations during the Term.  Licensee shall bear responsibility for the Stations' compliance with all applicable provisions of the Communications Act of 1934, as amended, the rules, regulations and policies of the FCC (the "*FCC Rules*") and all other applicable laws.  Without limiting the generality of the foregoing, Licensee will employ a full-time manager, who will report to Licensee and will direct the day-to-day operations of the Stations, and who shall have no employment, consulting, or other relationship with Programmer.

5.2      Nothing contained herein shall prevent Licensee from (a) rejecting or refusing programs which Licensee believes to be contrary to the public interest, or (b) substituting programs which Licensee believes to be of greater local or national importance or which are designed to address the problems, needs and interests of the local communities.

Licensee reserves the right to (i) refuse to broadcast any Program containing matter which violates any right of any third party, which constitutes a personal attack, or which does not meet FCC Rules, (ii) preempt any Program in the event of a local, state, or national emergency, or (iii) delete any commercial announcements that do not comply with the requirements of the FCC's sponsorship identification policy.  If Licensee preempts, rejects or otherwise refuses to broadcast any Program, then Licensee shall broadcast substitute programming of equal or greater value to Programmer.

5.3     Programmer shall cooperate with Licensee to ensure that EAS transmissions are properly performed in accordance with Licensee's instructions and Part 11 of the FCC's Rules.  Each party shall deliver to the other a copy of any letters of complaint it receives with respect to any of the Stations.

6.    <u>Programs</u>.

6.1     Licensee acknowledges that (a) it is familiar with the type of programming Programmer currently produces or licenses and has determined that the broadcast of such programming on the Stations would serve the public interest and (b) Programmer will operate the Stations as non-commercial educational stations.  Programmer shall ensure that the contents of the Programs conform to all FCC Rules in all material respects.  Programmer shall consult with Licensee in the selection of the Programs to ensure that the Programs' content contains matters responsive to issues of public concern in the local communities, as those issues are made known to Programmer by Licensee.  Licensee acknowledges that its right to broadcast the Programs is non-exclusive and that ownership of or license rights in the Programs shall be and remain vested in Programmer.

6.2     During the Term, Licensee and Programmer will maintain music licenses with respect to the Stations and the Programs, as appropriate.

7.    <u>Expenses</u>.  During the Term, Programmer will be responsible for (a) the salaries, taxes, insurance and related costs for all personnel used in the production of the Programs supplied to Licensee, and (b) the costs of delivering the Programs to Licensee.  Licensee will pay for the maintenance of all studio and transmitter equipment and all other operating costs required to be paid to maintain the Stations' broadcast operations in accordance with FCC Rules, policies and applicable law.  Licensee will also pay for all utilities supplied to its main studio and transmitter site.  Licensee will provide all personnel necessary for the broadcast transmission of the Programs (once received at its transmitter site) and will be responsible for the salaries, taxes, insurance and related costs for all such personnel.  Licensee will maintain throughout the Term appropriate liability, fire and extended coverage insurance on the Stations' main studio and transmitting sites in such amounts as it reasonably deems appropriate.

8.    <u>Call Signs</u>.  During the Term, Licensee will retain all rights to the call letters of the Stations or any other call letters that may be assigned by the FCC for use by the Stations, and will ensure that proper station identification announcements are made with such call letters in accordance with FCC Rules and regulations.  Programmer shall include in the Programs an announcement at the beginning of each hour of such Programs to identify such call letters, as

3

well as any other announcements required by the rules and regulations of the FCC.  Programmer is authorized to use such call letters in its Programs and in any promotional material in any media used in connection with the Programs.

9.      Maintenance.  During the Term, Licensee shall maintain the operating power of the Stations at the operating power of the Stations as authorized by the FCC for the Stations and shall repair and maintain the Stations' tower and transmitter site and equipment in good operating condition.  Licensee shall use commercially reasonable efforts to provide at least forty-eight (48) hours prior notice to Programmer in advance of any maintenance work affecting the operation of the Stations and to schedule any such maintenance work at hours other than from 6:00 A.M. to 12:00 midnight (Monday to Sunday).  If any of the Stations suffers any loss or damage of any nature to its transmission facilities which results in the interruption of service or the inability of any Station to operate, Licensee shall immediately notify Programmer and shall undertake such repairs as are necessary to restore full-time operation of the applicable Station within seven (7) days from the occurrence of any such loss or damage.  In the event of any such interruption of service, other than for routine, scheduled maintenance, the parties agree that the Fee will be reduced by the number obtained by multiplying the Fee by a fraction, the numerator of which is the number of hours during which service was interrupted, and the denominator of which is the total number of hours in the month  in question.

10.     Facilities.  During the Term, Licensee shall provide Programmer access to and use of Licensee's studio and office facilities located in the Stations' market (for purposes of providing the Programs).  When on Licensee's premises, Programmer shall not (a) act contrary to the terms of any lease for such premises, (b) permit to exist any lien, claim or encumbrance on the premises or (c) interfere with the business and operation of Licensee's other stations or Licensee's use of such premises.

11.     Representations.  Programmer and Licensee each represent and warrant to the other that (a) it has the power and authority to enter into this Agreement and to consummate the transactions contemplated hereby, (b) it has duly authorized this Agreement, and this Agreement is binding upon it, and (c) the execution, delivery, and performance by it of this Agreement does not conflict with, result in a breach of, or constitute a default or ground for termination under any agreement to which it is a party or by which it is bound.

12.     Termination.  This Agreement shall terminate: (a) upon the closing of the transactions contemplated in the APA; (b) by either party in the event of the expiration or termination of the APA, including without limitation due to the failure of the FCC to approve Programmer's acquisition of the Stations, (c) by one party in an event of default as set forth in Section 13 below by the other party; or (d) at any time by mutual agreement of the parties.  If this Agreement is terminated for any reason, the parties agree to cooperate with one another and to take all actions necessary to rescind this Agreement and return the parties to the *status quo ante.*

4

13.    Events of Default.

13.1    The occurrence of any of the following will be deemed an Event of Default by Programmer under this Agreement: (a) Programmer fails to observe or perform any obligation contained in this Agreement in any material respect; or (b) Programmer breaches any representation or warranty made by it under this Agreement in any material respect.

13.2    The occurrence of the following will be deemed an Event of Default by Licensee under this Agreement: (a) Licensee fails to observe or perform any obligation contained in this Agreement in any material respect; or (b) Licensee breaches any representation or warranty made by it under this Agreement in any material respect.

13.3    Notwithstanding the foregoing, an Event of Default will not be deemed to have occurred until fifteen (15) calendar days after the non-defaulting party has provided the defaulting party with written notice specifying the Event of Default and such Event of Default remains uncured.  Upon the occurrence of an Event of Default, and in the absence of a timely cure pursuant to this Section, the non-defaulting party may terminate this Agreement, effective immediately upon written notice to the defaulting party.

14.    Remedies Upon Default.

14.1    Upon termination by Licensee in the Event of Default by Programmer, Licensee shall have no further obligation to Programmer, including without limitation, (a) no obligation to return any amounts paid by Programmer under this Agreement and no obligation to make available to Programmer any further broadcast time or broadcast transmission facilities at the Stations, and (b) the right to declare immediately due and payable all amounts accrued or payable to Licensee by Programmer but not yet paid in full under this Agreement up to the termination date, *plus* all of Licensee's costs of collection, including without limitation, Licensee's reasonable, documented, out-of-pocket attorneys' fees and expenses.

14.2    Upon termination by Programmer in the Event of Default by Licensee, Programmer shall have no further obligation to make payments under this Agreement except for amounts due and owing for obligations or liabilities incurred prior to the date of Programmer's notice of termination.

15.    Indemnification.

15.1    Programmer shall indemnify and hold Licensee harmless against any and all liability arising from the broadcast of the Programs on the Stations, including without limitation all liability for indecency, libel, slander, illegal competition or trade practice, infringement of trademarks, trade names, or program titles, violation of rights of privacy, and infringement of copyrights and proprietary rights or any other violation of third-party rights or FCC rules or other applicable law.

15.2    Licensee shall indemnify and hold Programmer harmless against any and all liability arising from the broadcast of Licensee's programming on the Stations, including

5

without limitation all liability for indecency, libel, slander, illegal competition or trade practice, infringement of trademarks, trade names, or program titles, violation of rights of privacy, and infringement of copyrights and proprietary rights or any other violation of third-party rights or FCC rules or other applicable law.

15.3    The indemnified party shall give prompt written notice to the indemnifying party of any demand, suit, claim or assertion of liability by third parties or other circumstances that could give rise to an indemnification obligation hereunder against the indemnifying party (a "*Claim*"), but a failure to give or a delay in giving such notice shall not affect the indemnified party's right to indemnification and the indemnifying party's obligation to indemnify as set forth in this Agreement, except to the extent the indemnifying party's ability to remedy, contest, defend or settle with respect to such Claim is thereby materially prejudiced. The obligations and liabilities of the parties with respect to any Claim shall be subject to the following additional terms and conditions:

(a)    The indemnifying party shall have the right to undertake, by counsel or other representatives of its own choosing, the defense or opposition to such Claim.

(b)    In the event that the indemnifying party shall elect not to undertake such defense or opposition, or, within twenty (20) days after written notice (which shall include sufficient description of background information explaining the basis for such Claim) of any such Claim from the indemnified party, the indemnifying party shall fail to undertake to defend or oppose, the indemnified party (upon further written notice to the indemnifying party) shall have the right to undertake the defense, opposition, compromise or settlement of such Claim, by counsel or other representatives of its own choosing, on behalf of and for the account and risk of the indemnifying party (subject to the right of the indemnifying party to assume defense of or opposition to such Claim at any time prior to settlement, compromise or final determination thereof).

(c)    Anything herein to the contrary notwithstanding (i) the indemnified party shall have the right, at its own cost and expense, to participate in the defense, opposition, compromise or settlement of the Claim, (ii) the indemnifying party shall not, without the indemnified party's written consent, settle or compromise any Claim or consent to entry of any judgment, unless (y) the indemnifying party pays all amounts in full and (z) such judgment, settlement or compromise includes the giving by the claimant to the indemnified party of a release from all liability in respect of such Claim, and (iii) in the event that the indemnifying party undertakes defense of or opposition to any Claim, the indemnified party, by counsel or other representative of its own choosing and at its sole cost and expense, shall have the right to consult with the indemnifying party and its counsel or other representatives concerning such Claim and the indemnifying party and the indemnified party and their respective counsel or other representatives shall cooperate in good faith with respect to such Claim.

15.4    The obligations under this Section shall survive any termination of this Agreement.

16.    Assignment.  Neither party may assign this Agreement without the prior written consent of the other party hereto.  The terms of this Agreement shall bind and inure to the benefit of the parties' respective successors and any permitted assigns, and no assignment shall relieve any party of any obligation or liability under this Agreement.  Nothing in this Agreement expressed or implied is intended or shall be construed to give any rights to any person or entity other than the parties hereto and their successors and permitted assigns.

17.    Severability.  If any court or governmental authority holds any provision in this Agreement invalid, illegal, or unenforceable under any applicable law, then so long as no party is deprived of the benefits of this Agreement in any material respect, this Agreement shall be construed with the invalid, illegal or unenforceable provision deleted and the validity, legality and enforceability of the remaining provisions contained herein shall not be affected or impaired thereby.  The obligations of the parties under this Agreement are subject to FCC Rules and all other applicable laws.  The parties agree that Licensee may file a copy of this Agreement with the FCC, and that Licensee shall place a copy of this Agreement in each Station's public inspection file.

18.    Notices.  Any notice pursuant to this Agreement shall be in writing and shall be deemed delivered on the date of personal delivery or confirmed email transmission or confirmed delivery by a nationally recognized overnight courier service, or on the third day after prepaid mailing by certified U.S. mail, return receipt requested, and shall be addressed as follows (or to such other address as any party may request by written notice in accordance with the terms of this Section 18):

If to Licensee:                      W. Lawrence Patrick, Receiver
                                     199 Carter View Drive
                                     Cody, WY  82414
                                     Email: larry@patcomm.com


With a copy (which shall not
   constitute notice) to:            Sciarrino & Shubert, PLLC
                                     330 Franklin Road
                                     Ste. 135A-133
                                     Brentwood, TN 37027-3280
                                     Attn:  Dawn M. Sciarrino, Esq.
                                     Email: dawn@sciarrinolaw.com

If to Programmer:                    VCY America, Inc.
                                     3434 W. Kilbourn Ave.
                                     Milwaukee, WI 53208
                                     Attention:  James R. Schneider, Executive Director
                                     Email: jims@vcyamerica.org

With a copy (which shall not
  constitute notice) to:          Wiley Rein LLP
                           1776 K Street, N.W.
                           Washington, DC  20006
                           Attention:  Wayne Johnsen and K. Dickerson
                           Email: WJohnsen@wiley.law and
                           KDickerson@wiley.law

      19.   <u>Miscellaneous</u>.  This Agreement may be executed in separate counterparts, each of which will be deemed an original and all of which together will constitute one and the same agreement.  No amendment, modification or waiver of compliance with any provision hereof or consent pursuant to this Agreement shall be effective unless evidenced by an instrument in writing signed by the party against whom enforcement of such amendment, waiver, or consent is sought.  This Agreement is not intended to be, and shall not be construed as, an agreement to form a partnership, agency relationship, or joint venture between the parties.  Neither party shall be authorized to act as an agent of or otherwise to represent the other party.  The construction and performance of this Agreement shall be governed by the laws of the state of California without giving effect to the choice of law provisions thereof.  This Agreement (including the Schedule hereto) constitutes the entire agreement and understanding among the parties hereto with respect to the subject matter hereof, and supersedes all prior agreements and understandings with respect to the subject matter hereof.

      20.   <u>Certifications</u>.  Licensee certifies that it maintains ultimate control over the Stations' facilities including, specifically, control over the Stations' finances, personnel and programming.  Programmer certifies that this Agreement complies with the provisions of 47 C.F.R. Sections 73.3555(a) and (c).

[SIGNATURE PAGE TO FOLLOW]

4827-4772-6543.4

<u>SIGNATURE PAGE TO LOCAL PROGRAMMING AND MARKETING AGREEMENT</u>

IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the date first set forth above.

**LICENSEE:**

_W. Lawrence Patrick_

W. Lawrence Patrick, solely in his capacity as court-appointed receiver for Silver State Broadcasting LLC, Golden State Broadcasting LLC and Major Market Radio LLC

**PROGRAMMER:**

VCY AMERICA, INC.

_____

James R. Schneider
Executive Director

<u>SIGNATURE PAGE TO LOCAL PROGRAMMING AND MARKETING AGREEMENT</u>

IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the date first set forth above.

**LICENSEE:**

_____

W. Lawrence Patrick, solely in his capacity as court-appointed receiver for Silver State Broadcasting LLC, Golden State Broadcasting LLC and Major Market Radio LLC

**PROGRAMMER:**

VCY AMERICA, INC.

James R. Schneider
Executive Director

SCHEDULE A

Programmer shall pay Licensee the sum of Five Thousand Dollars ($5,000.00) per month during the Term (the "*Fee*").  The Fees due to Licensee during the Term shall be paid monthly beginning on the tenth (10th) business day of the month following the Commencement Date, with any partial month prorated accordingly, and on the tenth (10th) business day of every month thereafter for the remainder of the Term.  In the event the FCC denies the application for the assignment of the Stations' licenses by Licensee to Programmer (the "*Assignment Application*"), all accrued Fees under this Agreement shall be due and payable within fifteen (15) days of the FCC's order denying the Assignment Application.  In the event this Agreement is terminated by either party upon the expiration or termination of the APA for a reason other than the FCC's denial of the Assignment Application, all accrued Fees under this Agreement shall be due and payable within fifteen (15) days of the termination of this Agreement (subject to the conditions of Section 13 above).

In addition to the Fee, during the Term, Programmer shall reimburse Licensee on a monthly basis in arrears for all reasonable operating expenses of the Stations incurred by Licensee in the ordinary course of business and consistent with industry custom (taking into account this Agreement, the services provided hereunder, and the Stations' expenses paid directly by Programmer in performing this Agreement) ("*Reimbursable Expenses*").  Licensee shall submit to Programmer a written reimbursement request supported by appropriate documentation of expenses ("*Reimbursement Request*") on the first (1st) business day of each month.  Programmer shall reimburse Licensee on a monthly basis on the tenth (10th) business day of the month, following receipt of a Reimbursement Request from Licensee, beginning with the first (1st) month following the Commencement Date, and continuing for the remainder of the Term.

Such Reimbursable Expenses shall include, without limitation:

(a)    all maintenance, power, electric and other utility bills (*i.e.*, for gas and water) associated with the operation of the Stations' transmission and tower facilities;

(b)    income, gross receipts, excise, real estate, personal property and sales taxes related to the ownership of the assets used in connection with the operation of  the Stations; and

(c)    all music licensing fees, including the fees of ASCAP, BMI and SESAC.

Programmer's payment to Licensee for the Reimbursable Expenses shall coincide with payment of the Fee (monthly, on the tenth (10th) business day of every month).

Notwithstanding anything set forth herein to the contrary, Licensee shall be responsible for any capital expenses or other expenses incurred by Licensee to bring the Stations into compliance with FCC Rules, and Programmer shall have no obligation to reimburse such costs.