_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
November 21, 2022

_____

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 1463
NORMA GUARIGLIA, ESQ.
Nevada Bar No. 16244
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
Email: steve@harrislawreno.com
        norma@harrislawreno.com
Attorneys for Jointly Administered Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| IN RE:<br><br>SILVER STATE BROADCASTING, LLC,<br><br>☐ AFFECTS THIS DEBTOR<br>☐ AFFECTS GOLDEN STATE BROADCASTING, LLC<br>☐ AFFECTS MAJOR MARKET RADIO LLC<br>☒ AFFECTS ALL DEBTORS<br><br>_____/ | Case No. BK-21-14978-abl<br><br>Jointly Administered with:<br>Case No. BK-21-14979-abl<br>Case No. BK-21-14980-abl<br><br>(Chapter 11)<br><br>**ORDER APPROVING DEBTORS' DISCLOSURE STATEMENT AND FIXING TIME FOR FILING OBJECTIONS/ OPPOSITIONS TO PLAN, AS MAY BE AMENDED, <u>COMBINED WITH NOTICE THEREOF</u>**<br><br>Hearing Date: October 17, 2022<br>Hearing Time: 2:30 p.m. |

1

The DEBTORS' THIRD AMENDED DISCLOSURE STATEMENT [ECF No. 332] ("Disclosure Statement"), filed herein on September 27, 2022, referring to the DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION (ECF No. 336), filed herein on September 28, 2022, by SILVER STATE BROADCASTING, LLC, GOLDEN STATE BROADCASTING, LLC, and MAJOR MARKET RADIO LLC ("Debtors"), by and through their attorneys STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, came before the Court for an 11 U.S.C. §1125 approval after appropriate notice to creditors and parties in interest on October 17, 2022, at 2:30 p.m.; with Stephen R. Harris, Esq. of Harris Law Practice LLC, appearing telephonically on behalf of the Debtors and the Debtors' representative, Edward Stolz, also present by telephone; and the Court noting the appearances of other parties on the record; with the Court considering the oral presentation of counsel at the hearing, and it having been determined after hearing and notice that the Disclosure Statement contains adequate information as defined in 11 U.S.C. §1125; and good cause appearing;

**IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN THAT:**

A. The DEBTORS' THIRD AMENDED DISCLOSURE STATEMENT, filed by the Debtors on September 27, 2022 (ECF No. 332), is approved, pursuant to 11 U.S.C. §1125(a).

B. **January 19, 2023,** is fixed as the last day for serving written ballots accepting or rejecting the Debtors' Second Plan of Reorganization ("Plan"), as referred to above, as may be amended.

C. **February 2, 2023, at 9:30 a.m., February 3, 2023, at 9:30 a.m., and February 6, 2023, at 9:30 a.m.** are fixed for the hearing on the 11 U.S.C. §1129 confirmation request of the Plan, as may be amended.

D. **January 19, 2023,** is fixed as the last day for filing and serving, pursuant to Fed. R. Bankr. P. 3020(b)(1), written objections/oppositions to confirmation of the Plan, and **January 26, 2023,** is fixed as the last day for filing and serving written replies to any such objections/oppositions. The Ballot Summary is due to be filed by **January 27, 2023**.

E. Debtor shall serve the complete confirmation package, including the Debtors' Plan of Reorganization (and any amendments/supplements thereto), Debtors' Disclosure Statement (and

any amendments/supplements thereto), the Notice of Hearing on confirmation pursuant to 11 U.S.C. §1129, and ballots, if any, no later than December 22, 2022.

Submitted by:

HARRIS LAW PRACTICE LLC

/s/ Stephen R. Harris
_____
STEPHEN R. HARRIS, ESQ.
Attorneys for Debtors

Approved this 8th day of November 2022.

FOX ROTHSCHILD LLP

/s/ Nicholas A. Koffroth
_____
NICHOLAS A. KOFFROTH, ESQ.
Attorneys for W. Lawrence Patrick

Approved this 3rd day of November 2022

LEWIS ROCA ROTHBERGER CHRISTIE LLLP

/s/ Ogonna M. Brown
_____
OGONNA M. BROWN, ESQ.
Attorneys for VCY America, Inc.

Approved this 4th day of November 2022.

CARLYON CICA CHTD.

/s/ Candace C. Carlyon
_____
CANDACE C. CARLYON, ESQ.
Attorneys for C & E Haas Development Company, LLC

**CERTIFICATION RE: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| | |
|---|---|
| Nicholas A. Koffroth, Esq.<br>Fox Rothschild LLP<br>Attorneys for W. Lawrence Patrick | Approved |
| Ogonna M. Brown, Esq.<br>Lewis Roca Rothberger Christie LLP<br>Attorneys for VCY America, Inc. | Approved |
| Candace C. Carlyon, Esq.<br>Carlyon Cica Chtd.<br>Attorneys for C & E Haas Development Company, LLC | Approved |

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

Dated this 10th day of November 2022.

/s/ Stephen R. Harris
_____
Stephen R. Harris, Esq.
HARRIS LAW PRACTICE LLC
Attorneys for Debtors

###