STEPHEN R. HARRIS, ESQ. (NSB No. 1463)
NORMA GUARIGLIA, ESQ. (NSB No. 16244)
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
Email: steve@harrislawreno.com
          norma@harrislawreno.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

SILVER STATE BROADCASTING, LLC

    Debtor.

☐ AFFECTS THIS DEBTOR

☐ AFFECTS GOLDEN STATE BROADCASTING, LLC

☐ AFFECTS MAJOR MARKET RADIO LLC

☒ AFFECTS ALL DEBTORS

_____/

Case No. 21-14978-abl
(Chapter 11)

Jointly Administered with:

| 21-14979-abl | Golden State Broadcasting, LLC |
| 21-14980-abl | Major Market Radio LLC |

**AMENDED ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

Hearing Date:  n/a
Hearing Time:  n/a

As required by the Court under LR 9006, STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, attorney for the Jointly Administered Debtors in the above-captioned cases, SILVER STATE BROADCASTING, LLC, GOLDEN STATE BROADCASTING, LLC, and MAJOR MARKET RADIO (collectively, "Debtors"), provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time with respect to a hearing on HARRIS LAW PRACTICE LLC'S MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS (DE 366) filed on November 23, 2022, in each of the above-captioned cases. They agree or disagree to the time being shortened, as indicated below:

| NAME | HOW & WHEN | AGREE/DISAGREE |
|---|---|---|
| Justin Valencia, Esq.<br>Trial Attorney for<br>U.S. Trustee Tracey Hope Davis | November 25, 2022 - morning<br>Via email | Approved |
| Nicholas A. Koffroth, Esq.<br>Attorneys for W. Lawrence Patrick | November 25, 2022<br>Via email | Approved |

| | | |
|---|---|---|
| Ogonna M. Brown, Esq.<br>Attorneys for VCY America, Inc. | November 25, 2022- morning<br>Via email | Approved |
| Candace C. Carlyon, Esq.<br>Attorneys for C&E Haas | November 25, 2022- morning<br>Via email | Approved |
| Edward Stolz, Debtors'<br>Representative | November 25, 2022- morning<br>Via email | Disapproved November 28, 2022 via telephone |

DATED this 28th day of November 2022.

HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*

_____
STEPHEN R. HARRIS, ESQ.
Attorney for Debtors