David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Mincin Law, PLLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| Re: | Case No.: BK-S-21-14978-ABL |
|---|---|
| ☐ AFFECTS SILVER STATE BROADCASTING, LLC, | Chapter: 11 |
| | Joint Administration with |
| ☐ AFFECTS GOLDEN STATE BROADCASTING, LLC, | Case No.: BK-S-21-14979-ABL Golden State Broadcasting, LLC |
| ☐ AFFECTS MAJOR MARKET RADIO, LLC, | Case No.: BK-S-21-14980-ABL Major Market Radio LLC |
| ☒ AFFECTS ALL DEBTORS, | Hearing Date: March 1, 2023 Haring Time: 1:30 p.m. |
| Debtors. | |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a Motion For Appointment Of Chapter 11 Trustee was filed on the 27th day of January, 2023, by David Mincin, Esq., of Mincin Law, PLLC, attorney for Mincin Law, PLLC. The debtor makes this Motion to appoint a chapter 11 trustee  Any opposition or objections must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an Opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The Opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule

1  9014 (c).

2      If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

    If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

    -The court may *refuse to allow you to speak* at the scheduled hearing; and

    -The court may *rule against* you without formally calling the matter at the hearing.

    **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before Judge August B. Landis by telephonic appearance (Phone: 669-254-5252 / Meeting ID: 161 110 6049 / Passcode: 154251), on the 1st day of March, 2023 at the hour of 1:30 p.m.

    DATED this 27th day of January, 2023.

    MINCIN LAW, PLLC

    By:  /s/ David Mincin
    David Mincin, Esq.
    Nevada State Bar No. 5427
    7465 W. Lake Mead Boulevard, #100
    Las Vegas, Nevada 89128
    *Attorney for Mincin Law, PLLC*

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of Mincin Law, PLLC, and on the 27th day of January 2023, service of a true and correct copy of the NOTICE OF HEARING Re: Creditor Mincin Law, PLLC's Motion For Appointment Of Chapter 11 Trustee was made by:

[X]   ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

BRETT A. AXELROD on behalf of Other Prof. W. LAWRENCE PATRICK
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor VCY AMERICA, INC.
OBrown@lrrc.com, nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com

CANDACE C CARLYON on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com; nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

THOMAS H. FELL on behalf of Creditor CROWN CASTLE MU LLC
tfell@fclaw.com, clandis@fclaw.com;CourtFilings@fennemorelaw.com

STEPHEN R HARRIS on behalf of Debtor GOLDEN STATE BROADCASTING, LLC; MAJOR MARKET RADIO LLC; SILVER STATE BROADCASTING, LLC; Jnt Admin Debtor GOLDEN STATE BROADCASTING and MAJOR MARKET RADIO LLC
steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com

JOHN M NAYLOR on behalf of Creditor NAYLOR & BRASTER ATTORNEYS AT LAW PLLC JNAYLOR@NAYLORANDBRASTERLAW.COM, asharples@NAYLORANDBRASTERLAW.COM

STEVEN B. SCOW on behalf of Creditor BELLAIRE TOWER HOMEOWNERS ASSOCIATION sscow@kochscow.com, dscow@kochscow.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

TRACY M. O'STEEN on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC tosteen@carlyoncica.com, crobertson@carlyoncica.com; nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

/s/ Carol Burke
An Employee of Mincin Law, PLLC

Page 3 of 3

W:\2015 - DM\4097stoltz.gord\Chapter 11 Bankruptcies\Silver State Broadcasting 21-14978\NOH Re Motion To Appoint Chapter 11 Trustee...DMcb...1-27-2023.wpd January 27, 2023 (11:02am)