BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for W. Lawrence Patrick*

Electronically Filed February 13, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-21-14978-abl |
|---|---|
| SILVER STATE BROADCASTING, LLC, | Jointly Administered with:<br>Case No. BK-S-21-14979-abl<br>Case No. BK-S-21-14980-abl |
| ☐ Affects Silver State Broadcasting, LLC<br>☐ Affects Golden State Broadcasting, LLC<br>☐ Affects Major Market Radio, LLC<br>☒ Affects all Debtors | Chapter 11 |
| Debtor. | **W. LAWRENCE PATRICK'S JOINDER IN CREDITOR MINCIN LAW PLLC'S MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**<br><br>Hearing Date: March 1, 2023<br>Hearing Time: 1:30 p.m. |

142719221.1

1  W. Lawrence Patrick (the "Creditor" or "Mr. Patrick"), hereby files this joinder (the "Joinder") to the *Motion for Appointment of Chapter 11 Trustee* [Docket No. 393] (the "Motion") filed by creditor Mincin Law, PLLC, in the above-captioned jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Case") of Silver State Broadcasting, LLC (the "Debtor").

Dated this 13th day of February, 2023.

**FOX ROTHSCHILD LLP**

By: _____/s/Brett A. Axelrod_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for W. Lawrence Patrick*

142719221.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of February 2023, a true and correct copy of **W. LAWRENCE PATRICK'S JOINDER IN CREDITOR MINCIN LAW PLLC'S MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE** was served via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

BRETT A. AXELROD on behalf of Other Prof. W. LAWRENCE PATRICK
baxelrod@foxrothschild.com,pchlum@foxrothschild.com;
mwilson@foxrothschild.com; arcdocketing@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor VCY AMERICA, INC.
obrown@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,
dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

CANDACE C CARLYON on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

THOMAS H. FELL on behalf of Creditor CROWN CASTLE MU LLC
tfell@fennemorelaw.com,
clandis@fennemorelaw.com;CourtFilings@fennemorelaw.com

DAVID MINCIN on behalf of Creditor MINCIN LAW, PLLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Interested Party MINCIN LAW, PLLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

JOHN M NAYLOR on behalf of Creditor NAYLOR & BRASTER ATTORNEYS AT LAW PLLC JNAYLOR@NAYLORANDBRASTERLAW.COM,
asharples@NAYLORANDBRASTERLAW.COM

TRACY M. O'STEEN on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC tosteen@carlyoncica.com, crobertson@carlyoncica.com;
nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

142719221.1

STEVEN B. SCOW on behalf of Creditor BELLAIRE TOWER HOMEOWNERS ASSOCIATION sscow@kskdlaw.com, dscow@kochscow.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov

                                 */s/Patricia Chlum*
                               an employee of Fox Rothschild, LLP

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

142719221.1