_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 14, 2023

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
PHONE:  (702) 685-4444
FAX:     (725) 220-4360
Email:   Ccarlyon@CarlyonCica.com
         TOSteen@CarlyonCica.com

*Counsel for C & E Haas Development Company, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No.: 21-14978-abl |
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR. | **Jointly Administered with:** |
| | 21-14979-abl    Golden State Broadcasting, LLC |
| ☒ AFFECTS GOLDEN STATE BROADCASTING, LLC | 21-14980-abl    Major Market Radio LLC |
| ☐ AFFECTS MAJOR MARKET RADIO LLC | **ORDER DENYING DEBTOR'S MOTION TO DETERMINE THAT LICENSING AGREEMENT IS NOT AN EXECUTORY CONTRACT, OR ALTERNATIVELY, TO ASSUME EXECUTORY CONTRACT UNDER 11 U.S.C. § 365** |
| ☐ AFFECTS ALL DEBTORS. | |
| Debtors. | Hearing Date: December 7, 2022<br>Hearing Time: 1:30 p.m. |

The Court having held a hearing on *Debtor's Motion to Determine that Licensing Agreement*

*is not an Executory Contract, or Alternatively, to Assume Executory Contract Under 11 U.S.C. § 365* [ECF No. 347] at the above-captioned date and time (the "Motion Hearing"); and the Court having made its oral ruling on the Motion in open court on February 10, 2023 at 3:00 p.m. (the "Oral Ruling"); and the Court having stated its findings of fact and conclusions of law on the record at the Oral Ruling, which findings and conclusions of law are incorporated herein by this reference in accordance with Fed. R. Civ. P. 52, made applicable to this proceeding pursuant to Fed. R. Bankr. P. 9014; and with good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **DENIED** in its entirety.

**IT IS SO ORDERED.**

CARLYON CICA CHTD.

/s/ *Tracy M. O'Steen, Esq.*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107 Las Vegas, Nevada 89119
*Counsel for C&E Haas Development Company, LLC*

2

## LR 9021 CERTIFICATION

In accordance with LR 9021, an attorney submitting this document certifies as follows: (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____No party appeared at the hearing or filed an objection to the motion.

\_\_X\_\_I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:  **The Debtor's counsel withdrew on 12/7/2023 and there is no opposing counsel to circulate this order to for approval.**

_____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

3