**EXHIBIT 1**

**SILVER STATE BROADCASTING, LLC, CASE NO. 21-14978-ABL ("SS")**
**GOLDEN STATE BROADCASTING, LLC, CASE NO. 21-14979-ABL ("GS")**
**MAJOR MARKET RADIO, LLC, CASE NO. 21-14980-ABL ("MM")**

| Docket Number | Debtor | Month Ended | Due Date | Filing Date | Days Late | Cumulative Receipts | Cumulative Disbursements | Net Cash Flow** |
|---|---|---|---|---|---|---|---|---|
| 107 | SS | 11/30/2021 | 12/21/2021 | 1/21/2022 | 31 | | | |
| 108 | SS | 12/31/2021 | 1/21/2022 | 1/21/2022 | 0 | | | |
| 109 | GS | 11/30/2021 | 12/21/2021 | 1/21/2022 | 31 | | | |
| 110 | GS | 12/31/2021 | 1/21/2022 | 1/21/2022 | 0 | | | |
| 111 | MM | 11/30/2021 | 12/21/2021 | 1/21/2022 | 31 | | | |
| 112 | MM | 12/31/2021 | 1/21/2022 | 1/21/2022 | 0 | | | |
| 163 | SS | 1/31/2022 | 2/21/2022 | 5/3/2022 | 71 | | | |
| 164 | SS | 2/28/2022 | 3/21/2022 | 5/3/2022 | 43 | | | |
| 165 | SS | 3/31/2022 | 4/21/2022 | 5/3/2022 | 12 | | | |
| 166 | GS | 1/31/2022 | 2/21/2022 | 5/3/2022 | 71 | | | |
| 167 | GS | 2/28/2022 | 3/21/2022 | 5/3/2022 | 43 | | | |
| 168 | GS | 3/31/2022 | 4/21/2022 | 5/3/2022 | 12 | | | |
| 169 | MM | 1/31/2022 | 2/21/2022 | 5/3/2022 | 71 | | | |
| 170 | MM | 2/28/2022 | 3/21/2022 | 5/3/2022 | 43 | | | |
| 171 | MM | 3/31/2022 | 4/21/2022 | 5/3/2022 | 12 | | | |
| 196 | SS | 3/31/2022* | 4/21/2022 | 5/23/2022 | 32 | | | |
| 225 | SS | 4/30/2022 | 5/21/2022 | 6/10/2022 | 20 | | | |
| 226 | GS | 4/30/2022 | 5/21/2022 | 6/10/2022 | 20 | | | |
| 227 | MM | 4/30/2022 | 5/21/2022 | 6/10/2022 | 20 | | | |
| 244 | SS | 5/31/2022 | 6/21/2022 | 7/19/2022 | 28 | | | |
| 245 | GS | 5/31/2022 | 6/21/2022 | 7/19/2022 | 28 | | | |
| 246 | MM | 5/31/2022 | 6/21/2022 | 7/19/2022 | 28 | | | |
| 317 | SS | 6/30/2022 | 7/21/2022 | 9/13/2022 | 54 | | | |
| 318 | GS | 6/30/2022 | 7/21/2022 | 9/13/2022 | 54 | | | |
| 319 | MM | 6/30/2022 | 7/21/2022 | 9/13/2022 | 54 | | | |
| 320 | SS | 7/31/2022 | 8/21/2022 | 9/13/2022 | 23 | | | |
| 321 | GS | 7/31/2022 | 8/21/2022 | 9/13/2022 | 23 | | | |
| 322 | MM | 7/31/2022 | 8/21/2022 | 9/13/2022 | 23 | | | |
| 329 | SS | 8/31/2022 | 9/21/2022 | 9/22/2022 | 1 | | | |
| 330 | GS | 8/31/2022 | 9/21/2022 | 9/22/2022 | 1 | | | |
| 331 | MM | 8/31/2022 | 9/21/2022 | 9/22/2022 | 1 | | | |
| 363 | SS | 9/30/2022 | 10/21/2022 | 11/23/2022 | 33 | | | |
| 364 | GS | 9/30/2022 | 10/21/2022 | 11/23/2022 | 33 | | | |
| 365 | MM | 9/30/2022 | 10/21/2022 | 11/23/2022 | 33 | | | |
| 371 | SS | 10/31/2022 | 11/21/2022 | 11/30/2022 | 9 | $ 33,163.00 | $ 40,980.00 | $ (7,817.00) |
| 372 | GS | 10/31/2022 | 11/21/2022 | 11/30/2022 | 9 | $ 8,300.00 | $ 771.00 | $ 7,529.00 |
| 373 | MM | 10/31/2022 | 11/21/2022 | 11/30/2022 | 9 | $ 3,300.00 | $ 3,732.00 | $ (432.00) |
| | | **TOTAL NUMBER OF LATE MORS / TOTAL MORS** | | | 34/37 | | | |

\* Amended MOR

** Net Cash Flow equals Total Receipts (MOR, Part 1, line b) minus Total Disbursements (MOR, Part 1, line c). Net Cash Flow denoted in parantheses means negative net cash flow.