Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-21-14978-ABL |
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR | *Jointly administered with*: |
| ☐ AFFECTS GOLDEN STATE BROADCASTING, LLC | Golden State Broadcasting, LLC, Case No. 21-14979-ABL |
| ☐ AFFECTS MAJOR MARKET RADIO, LLC | Major Market Radio, LLC, Case No. 21-14980-ABL |
| ☒ AFFECTS ALL DEBTORS | Hearing Date: *OST Requested*<br>Hearing Time: *OST Requested*<br>Location: *OST Requested* |
| Debtor(s). | |

**DECLARATION OF JUSTIN C. VALENCIA IN SUPPORT OF THE
UNITED STATES TRUSTEE'S MOTION FOR ORDER SHORTENING TIME
ON THE UNITED STATES TRUSTEE'S MOTION TO APPOINT
CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE
ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7 PURSUANT
TO 11 U.S.C. § 1112(b); AND MEMORANDUM OF POINTS AND
<u>AUTHORITIES IN SUPPORT AND RESERVATION OF RIGHTS</u>**

///

1

I, Justin C. Valencia, declare as follows:

1.	I am a Trial Attorney for the United States Department of Justice, Las Vegas, Nevada Office of the United States Trustee, Region 17 ("UST").

2.	I make this Declaration in support of the *United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or, in the Alternative, to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b); and Memorandum of Points and Authorities in Support and Reservation of Right* ("Motion") filed in the above-captioned jointly administered chapter 11 cases.

3.	There are compelling reasons for scheduling an expedited hearing on the Motion. The above-named jointly administered Debtors have failed to comply with their fiduciary duties including the filing or the timely filing of MORs; the payment of UST fees; confirm a plan of reorganization within a reasonable amount of time and otherwise failing to prosecute these cases timely; have net operating losses; have failed to provide proof of insurance; and, are corporate debtors and do not currently have counsel of record.

4.	Attached as Exhibits "1" and "2" hereto are true and correct copies of the Motion and supporting Declaration as required by Local Bankruptcy Rule 9006(a).

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Las Vegas, Nevada on February 17, 2023.

> */s/ Justin C. Valencia*
> Justin C. Valencia
> Trial Attorney
> for the United States Trustee