*Mary A. Schott*
Mary A. Schott
Clerk of Court

Entered on Docket
March 22, 2023

---

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | CASE NO. BK-21-14978-ABL |
|---|---|
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR | *Jointly Administered with:* |
| ☐ AFFECTS GOLDEN STATE BROADCASTING, LLC | Golden State Broadcasting, LLC Case No. 21-14979-ABL |
| ☐ AFFECTS MAJOR MARKET RADIO, LLC | Major Market Radio, LLC Case No. 21-14980-ABL |
| ☒ AFFECTS ALL DEBTORS | |

**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF
EDWARD STOLZ PURSUANT TO BANKRUPTCY RULE 2004**

Upon the *Ex Parte Application for Examination of Edward Stolz Pursuant to Bankruptcy Rule 2004* (the "Ex Parte Application") filed by Michael Carmel, Chapter 11 Trustee (the "Trustee"), and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Edward Stolz shall appear for a Rule 2004 examination on a date after April 4, 2023 that is set forth in a subpoena issued to Mr. Stolz, or such other date as Mr. Stolz and the Trustee agree, pursuant to FED. R. BANKR. P. 2004, regarding matters that are within the permitted scope of Rule 2004, including without limitation the acts, conduct, property, liabilities, financial condition, and business dealings of the above-captioned debtors. The Trustee shall issue a separate subpoena pursuant to Fed. R. Bankr. P. 9016 for the production of documents.

**IT IS FURTHER ORDERED** that the examination may be continued from day to day until concluded and that the examination will be recorded by a certified court reporter by stenographic means and may also be videographically recorded.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By:     */s/ Gregory E. Garman*
         GREGORY E. GARMAN, ESQ.
         TALITHA GRAY KOZLOWSKI, ESQ.
         7251 Amigo Street, Suite 210
         Las Vegas, Nevada 89119
         [Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*