GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Proposed Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>SILVER STATE BROADCASTING, LLC,<br><br>☐ AFFECTS THIS DEBTOR<br>☐ AFFECTS GOLDEN STATE BROADCASTING, LLC<br>☐ AFFECTS MAJOR MARKET RADIO, LLC<br>☒ AFFECTS ALL DEBTORS | CASE NO. BK-21-14978-ABL<br><br>Chapter 11<br><br>*Jointly Administered with:*<br><br>Golden State Broadcasting, LLC<br>Case No. 21-14979-ABL<br><br>Major Market Radio, LLC<br>Case No. 21-14980-ABL<br><br><u>Hearing Date</u>:<br>Date: May 1, 2023<br>Time: 1:30 p.m. |
|---|---|

## MOTION REQUESTING STATUS CONFERENCE

Michael Carmel, as the Chapter 11 trustee ("<u>Trustee</u>") of the bankruptcy estates of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC (collectively, the "<u>Debtors</u>"), hereby requests this Court set a status conference in the Debtors' Chapter 11 Cases[1] ("<u>Status Conference</u>") pursuant to 11 U.S.C. § 105(d)(1). Section 105(d)(1)

---

[1] All references to "<u>ECF No.</u>" are to the numbers assigned to the documents filed in the lead jointly administered bankruptcy case, Bankr. D. Nev. Case No. 21-14978-ABL ("<u>Lead Case</u>") as they appear on the Lead Case docket ("<u>Docket</u>") maintained by the Clerk of Court of the United States Bankruptcy Court for the District of Nevada. The bankruptcy cases jointly administered under the Lead Case are referenced, collectively, as the "<u>Chapter 11 Cases</u>".

provides, "The court, on its own motion or on the request of a party in interest—(1) shall hold such status conferences as are necessary to further the expeditious and economical resolution of the case[.]" In light of the Trustee's recent appointment and because of the number of competing issues present in these Chapter 11 Cases, the Trustee believes holding a status conference is necessary to further the expeditious and economical resolution of these Chapter 11 Cases. In light of the pending contested matters already set for hearing on Monday May 1, 2023, at 1:30 p.m. prevailing Pacific Time, the Trustee requests that any such status conference be set for this same date and time, which promotes the interests of efficiency in these Chapter 11 Cases by holding a status conference the same date and time as other matters noticed for hearing before the Court.

Dated this 3rd day of April 2023.

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Proposed Attorneys for Michael Carmel, Chapter 11 Trustee*