GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Proposed Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>SILVER STATE BROADCASTING, LLC,<br><br>☐ AFFECTS THIS DEBTOR<br><br>☐ AFFECTS GOLDEN STATE BROADCASTING, LLC<br><br>☐ AFFECTS MAJOR MARKET RADIO, LLC<br><br>☒ AFFECTS ALL DEBTORS | CASE NO. BK-21-14978-ABL<br><br>Chapter 11<br><br>*Jointly Administered with:*<br><br>Golden State Broadcasting, LLC<br>Case No. 21-14979-ABL<br><br>Major Market Radio, LLC<br>Case No. 21-14980-ABL<br><br>**Hearing Date:**<br>Date:  May 1, 2023<br>Time: 1:30 p.m. |
|---|---|

### NOTICE OF HEARING ON MOTION REQUESTING STATUS CONFERENCE

NOTICE IS HEREBY GIVEN that the *Motion Requesting Status Conference* [ECF 450] (the "Motion")[1], was filed by Chapter 11 trustee, Michael Carmel (the "Trustee") in the above-captioned cases on April 3, 2023.  Through the Motion, the Trustee asks this Court to set a status conference in the Debtors' Chapter 11 Cases, as the Trustee has recently been appointed and believes holding a status conference is necessary to further the expeditious and economical

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Application.

resolution of these Chapter 11 Cases.

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that copies of the Motion and any supporting declarations are available by contacting Talitha Gray Kozlowski, Esq. at the email address set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101.

NOTICE IS FURTHER GIVEN that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **May 1, 2023, at the hour of 1:30 p.m. prevailing Pacific Time.** Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID (if applicable): 161 110 6049 and entering access code or passcode 154251#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code.

…

…

You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 3rd day of April, 2023.

>                     GARMAN TURNER GORDON LLP
>
> By: */s/ Mary Langsner*
>     GREGORY E. GARMAN, ESQ.
>     TALITHA GRAY KOZLOWSKI, ESQ.
>     MARY LANGSNER, Ph.D.
>     7251 Amigo Street, Suite 210
>     Las Vegas, Nevada 89119
>     *Proposed Attorneys for Michael Carmel,*
>     *Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000