# EXHIBIT 12

# EXHIBIT 12

## MAJOR MARKET RADIO LLC
## COMMENTS, NOV 2022 – DEC 2022 – JAN 2023

"Shah Fam Trust"            Rents
"Hwy 50 GPRV 13 LLC"        Rents


**BANK OF THE WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830

MAJOR MARKET RADIO LLC
DEBTOR-IN-POSSESSION
PO BOX 1300
FAIR OAKS CA 95628-1300

# Account Statement

January 1, 2023 - January 31, 2023

Page 1 of 4

### At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

## ANY DEPOSIT CHKG FOR BUSINESS ▮▮▮▮ 5746

MAJOR MARKET RADIO LLC
DEBTOR-IN-POSSESSION

### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$780.76** |
| 0 Credits | 0.00 |
| 0 Deposits | 0.00 |
| 2 Withdrawals | -13.00 |
| 0 Checks | 0.00 |
| **Ending Balance** | **$767.76** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Interest credited prior year | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $780.76 |



**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 Member FDIC

 EQUAL HOUSING LENDER



# Account Statement

January 1, 2023 - January 31, 2023

Page 2 of 4

## ANY DEPOSIT CHKG FOR BUSINESS xxx-xx5746 *(continued)*

ACCOUNT DETAIL

### Withdrawals

| Date  | Amount  | Description |
|-------|---------|-------------|
| 01/31 | $10.00  | SERVICE CHARGE |
| 01/31 | 3.00    | PAPER STATEMENT FEE |

**2 withdrawals for a total of $13.00**

# BANK OF THE WEST — BNP PARIBAS

# Account Statement

January 1, 2023 - January 31, 2023

Page 3 of 4

## IMPORTANT INFORMATION

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

When you receive your statement for checking, savings and money market accounts you will notice the "average monthly balance" and "annual percentage yield earned" on the statement. Every financial institution is required by federal regulation to disclose the "annual percentage yield earned" on the periodic statement. The annual percentage yield earned (APYE) is not to be confused with the annual percentage yield (APY) that was disclosed to you at account opening. APY and APYE use different calculations.

The APYE is calculated using the amount of interest paid to the account and the average monthly balance in your account over the statement period. The number of days would be the number of days in the statement cycle period. The APY, on the other hand, is an annualized rate (over 365/366 days) and calculated using the opening deposit amount and the interest rate in effect at account opening and compounding frequency. The APY calculation assumes there are: (1) no deposits (excluding interest postings) to or withdrawals from the account and (2) no interest rate changes for the 365/366 days.

For help in reconciling your checking account, please go to www.bankofthewest.com/recon-page and download our reconciliation form.



*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com     1-800-488-2265     1-800-659-5495 TTY



Account Statement

January 1, 2023 - January 31, 2023

Page 4 of 4

This space intentionally left blank.



**BANK OF THE WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

December 1, 2022 - December 31, 2022

Page **1** of **4**

MAJOR MARKET RADIO LLC
DEBTOR-IN-POSSESSION
PO BOX 1300
FAIR OAKS CA  95628-1300

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

## We Appreciate You

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## ANY DEPOSIT CHKG FOR BUSINESS ▮5746

MAJOR MARKET RADIO LLC
DEBTOR-IN-POSSESSION

### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$601.85** |
| 0 Credits | 0.00 |
| 1 Deposits | 5,000.00 |
| 1 Withdrawals | -3.00 |
| 2 Checks | -4,818.09 |
| **Ending Balance** | **$780.76** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $916.56 |



**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 



# Account Statement

December 1, 2022 - December 31, 2022

Page 2 of 4

## ANY DEPOSIT CHKG FOR BUSINESS xxx-xx5746 (continued)

### ACCOUNT DETAIL

**Deposits**

| Date | Amount |
|---|---|
| 12/09 | $5,000.00 |

1 deposit for a total of $5,000.00

**Withdrawals**

| Date | Amount | Description |
|---|---|---|
| 12/30 | $3.00 | PAPER STATEMENT FEE |

1 withdrawal for a total of $3.00

**Checks Paid**

| Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|
| 9901 | 12/09 | 2,960.64 | 9902 | 12/12 | 1,857.45 |

2 checks paid for a total of $4,818.09

```
MAJOR MARKET RADIO LLC                                              09901
DEBTOR-IN-POSSESSION
PO BOX 1300                              DATE               90-78/1211
FAIR OAKS, CA  95628 1300              12-02-22
```

**PAY TO THE ORDER OF** SHAH FAM TRUST                            $  2960.64

**TWO THOUSAND NINE HUNDRED SIXTY***** & 64/00**                    DOLLARS

BANK OF THE WEST
BNP PARIBAS
Citrus Heights
7381 GREENBACK LN
CITRUS HEIGHTS, CA 95621
1-800-488-2265

FOR  201 TENDERED IN ACCORD AND SATISFACTION, DECEMBER 2022.

09902
90-78/1211

**MAJOR MARKET RADIO LLC**
**DEBTOR-IN-POSSESSION**
PO BOX 1300
FAIR OAKS, CA 95628-1300

DATE 12-02-22

PAY TO THE
ORDER OF  HWY 50 GPRV 13 LLC/ CAPUTO ASSOC FILE 2218   $ 1857.45

ONE THOUSAND EIGHT HUNDRED FIFTY***** & 64/00   DOLLARS

BANK of the WEST
BNP PARIBAS
Citrus Heights
7381 GREENBACK LN
CITRUS HEIGHTS, CA 95621
1-800-488-2265

FOR   TENDERED IN ACCORD AND SATISFACTION, THRU DEC 31, 2022

9902

| CHECK NUMBER: | 09902 |
|---|---|
| Date: | |
| TO: | |
| FOR: | |
| Previous Balance: | |
| Check Amount: | |
| New Balance: | |



Account Statement

December 1, 2022 - December 31, 2022

Page 4 of 4

## ANY DEPOSIT CHKG FOR BUSINESS xxx-xx5746

| | |
|---|---|
| BANK☆WEST<br><br>The image for this item is unavailable.<br>We apologize for any inconvenience this may cause you.<br><br>Bank of the West | BANK☆WEST<br><br>The image for this item is unavailable.<br>We apologize for any inconvenience this may cause you.<br><br>Bank of the West |
| CK# 9901  PAID 12/09/2022  AMT $2,960.64 | CK# 9902  PAID 12/12/2022  AMT $1,857.45 |





# Account Statement

December 1, 2022 - December 31, 2022

Page 3 of 4



## IMPORTANT INFORMATION



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

When you receive your statement for checking, savings and money market accounts you will notice the "average monthly balance" and "annual percentage yield earned" on the statement. Every financial institution is required by federal regulation to disclose the "annual percentage yield earned" on the periodic statement. The annual percentage yield earned (APYE) is not to be confused with the annual percentage yield (APY) that was disclosed to you at account opening. APY and APYE use different calculations.



The APYE is calculated using the amount of interest paid to the account and the average monthly balance in your account over the statement period. The number of days would be the number of days in the statement cycle period. The APY, on the other hand, is an annualized rate (over 365/366 days) and calculated using the opening deposit amount and the interest rate in effect at account opening and compounding frequency. The APY calculation assumes there are: (1) no deposits (excluding interest postings) to or withdrawals from the account and (2) no interest rate changes for the 365/366 days.

For help in reconciling your checking account, please go to www.bankofthewest.com/recon-page and download our reconciliation form.

*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com      1-800-488-2265     1-800-659-5495 TTY

**BANK OF THE WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

November 1, 2022 - November 30, 2022

Page 1 of 4

MAJOR MARKET RADIO LLC
DEBTOR-IN-POSSESSION
PO BOX 1300
FAIR OAKS CA 95628-1300

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

## We Appreciate You

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## ANY DEPOSIT CHKG FOR BUSINESS ▮5746

MAJOR MARKET RADIO LLC
DEBTOR-IN-POSSESSION

### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$565.49** |
| 0 Credits | 0.00 |
| 1 Deposits | 3,000.00 |
| 1 Withdrawals | -3.00 |
| 1 Checks | -2,960.64 |
| **Ending Balance** | **$601.85** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $995.66 |



**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.



Member FDIC        EQUAL HOUSING LENDER


**BANK OF THE WEST**
**BNP PARIBAS**

November 1, 2022 - November 30, 2022

Page **2** of **4**

## Deposits

| Date  | Amount     |
|-------|------------|
| 11/04 | $3,000.00  |

1 deposit for a total of $3,000.00

## Withdrawals

| Date  | Amount | Description         |
|-------|--------|---------------------|
| 11/30 | $3.00  | PAPER STATEMENT FEE |

1 withdrawal for a total of $3.00

## Checks Paid

| Number | Date paid | Amount   |
|--------|-----------|----------|
| 9902   | 11/08     | 2,960.64 |

1 check paid for a total of $2,960.64



09902
90-78/1211

MAJOR MARKET RADIO LLC
Debtor-in-Possession
PO BOX 1300
FAIR OAKS, CA 95628·

DATE 10-31-22

PAY TO THE
ORDER OF  SHAH AM TRUST                              $ 2960.64

TWO THOUSAND NINE HUNDRED SIXTY**** & 64/00                    DOLLARS

BANK☆WEST       Citrus Heights
BNP PARIBAS     7381 GREENBACK LN
                CITRUS HEIGHTS, CA 95621
                1-800-488-2265

FOR ~~IN FULL ACCORD AND SATISFACTION, NOVEMBER 2022~~

9902



# Account Statement

November 1, 2022 - November 30, 2022

Page 3 of 4

## IMPORTANT INFORMATION

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
(For accounts that are maintained primarily for personal, family or household purposes.)



Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

When you receive your statement for checking, savings and money market accounts you will notice the "average monthly balance" and "annual percentage yield earned" on the statement. Every financial institution is required by federal regulation to disclose the "annual percentage yield earned" on the periodic statement. The annual percentage yield earned (APYE) is not to be confused with the annual percentage yield (APY) that was disclosed to you at account opening. APY and APYE use different calculations.

The APYE is calculated using the amount of interest paid to the account and the average monthly balance in your account over the statement period. The number of days would be the number of days in the statement cycle period. The APY, on the other hand, is an annualized rate (over 365/366 days) and calculated using the opening deposit amount and the interest rate in effect at account opening and compounding frequency. The APY calculation assumes there are: (1) no deposits (excluding interest postings) to or withdrawals from the account and (2) no interest rate changes for the 365/366 days.

For help in reconciling your checking account, please go to www.bankofthewest.com/recon-page and download our reconciliation form.



*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com           1-800-488-2265           1-800-659-5495 TTY