John A. White, Jr., Esq., SB#1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
795-322-1228 (fax)
john@whitelawchartered.com
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| IN RE: SILVER STATE BROADCASTING, LLC<br><br>___ AFFECTS THIS DEBTOR.<br>___ AFFECTS GOLDEN STATE BROADCASTING, LLC<br>___ AFFECTS MAJOR MARKET RADIO LLC<br> X  AFFECTS ALL DEBTORS. | Case No. 21-14978-abl (Chapter 11)<br>Jointly Administered with:<br>21-14979-abl Golden State Broadcasting, LLC<br>21-14980-abl Major Market Radio LLC<br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE<br>Hearing Date: N/A<br>Hearing Time: |

Please take notice that John A. White, Jr. hereby appears as counsel for the Debtors. Any notices should be directed as follows:

JOHN A. WHITE, JR., Esq.,
WHITE LAW CHARTERED,
335 West First St., Reno, NV, 89501;
telephone: (775) 322-8000
Email: John@whitelawchartered.com;

Respectfully submitted this 16th day of April, 2023.

1

1 WHITE LAW CHARTERED

4 By: /s/ John White

5 John A. White, Jr.
Attorney for the Debtors

2