GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | CASE NO. BK-21-14978-ABL |
|---|---|
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR | *Jointly Administered with:* |
| ☐ AFFECTS GOLDEN STATE BROADCASTING, LLC | Golden State Broadcasting, LLC Case No. 21-14979-ABL |
| ☐ AFFECTS MAJOR MARKET RADIO, LLC | Major Market Radio, LLC Case No. 21-14980-ABL |
| ☒ AFFECTS ALL DEBTORS | |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF APPLICATION FOR SHORTENED TIME ON MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 363 AND 105 AND BANKRUPTCY RULES 6004 AND 2002 AUTHORIZING CHAPTER 11 TRUSTEE TO ENTER INTO PROGRAMMING AGREEMENTS AND USE REVENUE GENERATED TO RECOUP OPERATIONAL COSTS OF THE RESPECTIVE STATIONS**

As required by this Court, Mary Langsner, Ph.D. of Garman Turner Gordon LLP, on behalf of Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC, contacted

. . .

. . .

the parties listed below regarding the proposed order shortening time. They agree or disagree to the time shortened, as indicated below:

| Name | Date/Method Contacted | Agree | Disagree |
|---|---|---|---|
| Norma Guariglia, Esq. *Harris Law Practice, LLC, Administrative creditor* | Telephone April 21, 2023 | X | |
| Justin C. Valencia, Esq. *Attorneys for United States Trustee for Region 17 Tracy Hope Davis* | Telephone April 21, 2023 <br><br> Email April 25, 2023 | X | |
| Brett A. Axelrod, Esq. *Attorneys for Lawrence W. Patrick* | Telephone April 21, 2023 | X | |
| John White, Esq. *Attorneys for Debtors*[1] | Email April 25, 2023 | | |
| Candace C. Carlyon, Esq. and Tracy O'Steen, Esq. *Attorneys for C&E Haas Development* | Email April 25, 2023 | X | |

Dated this 25th day of April, 2023.

                          GARMAN TURNER GORDON LLP

                          By: /s/ Mary Langsner
                               GREGORY E. GARMAN, ESQ.
                               TALITHA GRAY KOZLOWSKI, ESQ.
                               MARY LANGSNER, Ph.D.
                               7251 Amigo Street, Suite 210
                               Las Vegas, Nevada 89119
                               [Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

---

[1] Counsel neither consented nor refused consent to an order shortening time, instead seeking to discuss the substance of the Motion.