GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, PH.D
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-21-14978-ABL |
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
|    AFFECTS THIS DEBTOR ☐ | *Jointly Administered with:* |
|    AFFECTS GOLDEN STATE BROADCASTING, LLC ☐ | Golden State Broadcasting, LLC Case No. 21-14979-ABL |
|    AFFECTS MAJOR MARKET RADIO, LLC ☐ | Major Market Radio, LLC Case No. 21-14980-ABL |
|    AFFECTS ALL DEBTORS ☒ | |

## <u>NOTICE OF CONTINUED 2004 EXAMINATION OF DEBORAH NAIMAN</u>

PLEASE TAKE NOTICE that the 2004 examination of Deborah Naiman conducted by Michael Carmel, the Chapter 11 trustee, scheduled for April 28, 2023, at 9:30 a.m. has been continued to **May 31, 2023, at 12:00 p.m.** The 2004 examination will be taken upon oral examination, pursuant to Fed. R. Bankr. P. 2004, before a Notary Public, or before some other officer authorized by the law to administer oaths. The 2004 examination will be taken via Zoom at:

https://us02web.zoom.us/j/81719188068?pwd=anF5MmJ4RUxxMUZZRFRKWWYycTYzQT9

Meeting ID: 817 1918 8068; Passcode: 266182

1    Oral examination, if not completed on the specified date will continue from day to day,

2  excluding Sundays and Holidays, until completed.  The testimony of the 2004 examinations will

3  be recorded via stenographic and video means.

4    Dated this 28th day of April, 2023.

5                                                    GARMAN TURNER GORDON LLP

6                                            By: */s/ Gregory E. Garman*
                                                    GREGORY E. GARMAN, ESQ.
7                                                    TALITHA GRAY KOZLOWSKI, ESQ.
                                                    MARY LANGSNER, PH.D
8                                                    7251 Amigo Street, Suite 210
                                                    Las Vegas, Nevada 89119
9                                                    [Proposed] *Attorneys for Michael Carmel,*
                                                    *Chapter 11 Trustee*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Garman Turner Gordon**
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

2