John A. White, Jr., Esq., SB#1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
795-322-1228 (fax)
john@whitelawchartered.com
Attorney for Out-of-Possession Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| IN RE: SILVER STATE BROADCASTING, LLC<br><br>___ AFFECTS THIS DEBTOR.<br>___ AFFECTS GOLDEN STATE BROADCASTING, LLC<br>___ AFFECTS MAJOR MARKET RADIO LLC<br> X  AFFECTS ALL DEBTORS. | Case No. 21-14978-abl (Chapter 11)<br>Jointly Administered with:<br>21-14979-abl Golden State Broadcasting, LLC<br>21-14980-abl Major Market Radio LLC<br><br>**DEBTORS OUT-OF-POSSESSION's OPPOSITION TO TRUSTEE'S APPLICATION TO HIRE GARMAN TURNER GORDON LLP AS ATTORNEYS FOR CHAPTER 11 TRUSTEE.**<br>Hearing Date: May 1, 2023<br>Time: 1:30 p.m. |

Come now out-of-possession Debtors herein ("Debtors"), by counsel, who oppose the Trustee's motion to hire Garman Turner Gordon LLP as attorneys for Trustee.

This opposition is grounded in Debtors' concern that Mr. Garman, proposed counsel, is prejudiced against Debtors' principal, Edward Stol,z for the reasons set forth in the attached Declaratino of Edward Stolz.

Respectfully submitted this 28th day of April, 2023.

1

| | |
|---|---|
| 1 | WHITE LAW CHARTERED |
| 4 | By:____/s/ John White___ |
| 5 | John A. White, Jr. |
| 6 | Attorney for the Debtors |

2