(f) that it is difficult and dangerous for declarant, who is in his 70s, to travel, and

    (g) that declarant cannot afford to travel to Las Vegas.

6. The sole reason for this Opposition is that Mr. Garman is unreasonably refusing to cooperate with Debtors or their new Counsel, John White, until declarant's 2004 exam has been taken in person in his Las Vegas' office. He must therefore be disqualified due to prejudice. This is causing harm to the estate because bills are not being paid and the simple solution (to meet and confer) is still elusive. As the transmitting eqipment is all owned by me, I am eager to be part of the solution. Though I can provide those services, they require support (electricity, tower leases, etc) which is not being paid for by the Trustee. There is a crisis which is not being addressed.

Further declarant sayeth not.

Dated: April 28, 2023.

                                                    Edward Stolz