_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 04, 2023

_____

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | CASE NO. 21-14978-ABL |
|---|---|
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR | *Jointly Administered with:* |
| ☐ AFFECTS GOLDEN STATE BROADCASTING, LLC | Golden State Broadcasting, LLC<br>Case No. 21-14979-ABL |
| ☐ AFFECTS MAJOR MARKET RADIO, LLC | Major Market Radio, LLC<br>Case No. 21-14980-ABL |
| ☒ AFFECTS ALL DEBTORS | Former Hearing Date: July 12, 2023<br>Former Hearing Time: 1:30 p.m.<br>**New Hearing Date: July 26, 2023**<br>**New Hearing Time: 1:30 p.m.** |

### ORDER APPROVING AMENDED STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND RECEIVER W. LAWRENCE PATRICK

The Court has considered the *Amended Stipulation Between Chapter 11 Trustee and Receiver W. Lawrence Patrick* (the "Stipulation"), entered into by Michael Carmel, in his capacity as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC, by and through his counsel of record Gregory E. Garman, Esq., Talitha Gray Kozlowski, Esq., and Mary Langsner, Ph.D. of the law firm Garman Turner Gordon LLP, and W. Lawrence Patrick, former receiver over certain assets of the Debtors (the "Receiver"), by and through his counsel of record Brett A. Axelrod Esq. and Nicholas A. Koffroth, Esq. of Fox Rothschild LLP, and finds that good cause exists to grant the relief requested.  Accordingly:

**IT IS ORDERED** that the Stipulation attached hereto as **Exhibit "1"** is approved in its entirety.

**IT IS FURTHER ORDERED** that the *Stipulation Between Chapter 11 Trustee and Receiver W. Lawrence Patrick Regarding Receiver W. Lawrence Patrick's Motion for Allowance of Administrative Claim Pursuant to 11 U.S.C. §§ 503(b)(3)(E), 503(b)(4) & 543(c)(2) [ECF 433]* filed on April 17, 2023, as ECF No. 490, is **withdrawn as an erroneous filing**.

**IT IS FURTHER ORDERED** that the hearing on the *Receiver W. Lawrence Patrick's Motion for Allowance of Administrative Claim Pursuant to 11 U.S.C. §§ 503(b)(3)(E), 503(b)(4) & 543(c)(2)* [ECF No. 433] (the "Application") is continued from July 12, 2023, at 1:30 p.m. prevailing Pacific Time **to July 26, 2023, at 1:30 p.m. prevailing Pacific Time**.

**IT IS FURTHER ORDERED** that the deadline for the Trustee to file any response in opposition to the Application, is continued from April 17, 2023, to **July 12, 2023**.

**IT IS FURTHER ORDERED** that the deadline for the Receiver to file any reply to the Trustee's opposition to the Application, is continued from April 24, 2023, to **July 19, 2023**.

. . .

. . .

. . .

. . .

. . .

1  **IT IS FURTHER ORDERED** that the *Order Approving Stipulation Between Chapter 11 Trustee and Receiver W. Lawrence Patrick Regarding Receiver W. Lawrence Patrick's Motion for Allowance of Administrative Claim Pursuant to 11 U.S.C. §§ 503(b)(3)(E), 503(b)(4) & 543(c)(2) [ECF 433]* entered on April 18, 2023, as ECF No. 494 is **hereby VACATED**.

**IT IS SO ORDERED**.

Prepared and submitted by:

  GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
   GREGORY E. GARMAN, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.
   MARY LANGSNER, Ph.D.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   *Attorneys for Michael Carmel,*
   *Chapter 11 Trustee*

### #