# EXHIBIT 2

# EXHIBIT 2

SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

LAURA E. WATSON (SBN 317155)
laura.watson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

JACKSON WAGENER (*pro hac vice*)
jwagener@ascap.com
American Society of Composers, Authors and Publishers
250 West 57th Street
New York, NY 10107
Telephone: (212) 621-6018
Facsimile: (212) 787-1381

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., et al. | Case No: 5:16-cv-00600-JGB(SPx) |
| Plaintiffs, | **ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT** |
| v. | **Jury Verdict: March 13, 2018** |
| ROYCE INTERNATIONAL BROADCASTING CORP., et al., | The Hon. Jesus G. Bernal |
| Defendants. | Courtroom: 1 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs WB Music Corp., *et al.* ("Plaintiffs") hereby give notice that the Third Amended Judgment entered on May 20, 2021 (Dkt. 429), in favor of Plaintiffs and against Defendants Royce International Broadcasting Corporation, Playa Del Sol Broadcasters, Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Edward R. Stolz, II in this action, has been satisfied. Plaintiffs therefore respectfully request that the Clerk of this Court make proper entries and recordings to effect full satisfaction of judgment.

Dated: July 23, 2021                        ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Sharon D. Mayo*
    Sharon D. Mayo

Sharon D. Mayo
Laura E. Watson
ARNOLD & PORTER KAYE SCHOLER LLP

Jackson Wagener (*pro hac vice*)
AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS

*Attorneys for Plaintiffs*

ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT