# EXHIBIT 6

# EXHIBIT 6

FRED D. HEATHER - State Bar No. 110650
fheather@glaserweil.com
AARON P. ALLAN - State Bar No. 144406
aallan@glaserweil.com
MYRIAM BIZ - State Bar No. 332582
mbiz@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for Court-Appointed Receiver
W. Lawrence Patrick

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WB MUSIC CORP., et al., | CASE NO.: 5:16-cv-00600-JGB (SPx) |
| Plaintiffs, | Hon. Jesus G. Bernal |
| v. | **DECLARATION OF W. LAWRENCE PATRICK IN SUPPORT OF RECEIVER W. LAWRENCE PATRICK'S MOTION FOR AN ORDER APPROVING OF RECEIVER'S FINAL REPORT AND ACCOUNTING AS TO ALL DEFENDANTS EXCEPT SILVER STATE BROADCASTING, LLC, AND GOLDEN STATE BROADCASTING AND AN AWARD OF FEES AND COSTS** |
| ROYCE INTERNATIONAL BROADCASTING CORP., et al., | |
| Defendants. | |
| | DATE:     February 27, 2023<br>TIME:     9:00 a.m. PST |
| | COURTROOM:   Dept. 1 |

## DECLARATION OF W. LAWRENCE PATRICK

I, W. LAWRENCE PATRICK, , declare as follows:

1. I am the Court-Appointed Receiver in the above-entitled action. I make this declaration in support of Receiver W. Lawrence Patrick's Motion for an Order Approving of Receiver's Final Report and Accounting and an Award of Fees and Costs. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2. I have reviewed the requests of counsel and believe they reflect necessary and reasonable fees and costs incurred in assisting me as the Receiver.

3. The Receiver's accounting is set forth below and each section identifies the relevant exhibits where backup for the accounting may be found.

   (1) The Receiver's fees and costs with a total of $259,122.06. This Court previously awarded $139,122.06 in fees and out-of-pocket expenditures[1]. The Receiver is owed and additional $120,000.00 in monthly fees for 16 months of service between September 2021 and December 2022, compensated at $7,500/month as per this Court's Order Appointing W. Lawrence Patrick as Receiver. (Dkt. No. 284 at 3).

   (2) Receiver's counsel's (Glaser Weil LLP) fees and costs, with a total of $991,789.17. This Court previously awarded $333,680.54 in fees and costs. Glaser Weil LLP is owed an additional $658,108.63 for services rendered between July 16, 2021 and December 2022. Attached as Exhibit A to Declaration of Fred D. Heather are detailed invoices for that period.

   (3) FCC counsel's (Sciarrino & Shubert, PLLC) fees and costs with a total of $209,229.17. This Court previously awarded $117,537.50 in fees and costs. Sciarrino & Shubert are owed an additional $91,691.67 for services rendered

---

[1] In its August 26, 2021 Order, this Court awarded the Receiver, his counsel and FCC counsel various amounts for their services between July 2020 and July 2021. The Receiver was awarded $34,122.06 in out-of-pocket expenditures and $105,000.00 in monthly fees. Dkt. No. 486 at 4.

between July 2021 and November 2022. Attached as Exhibit A to the Declaration of Dawn M. Sciarrino are detailed time records for this period.

(4) Bankruptcy counsel's (Fox Rothschild LLP) fees and costs with a total of $617,936.55 for services rendered between November 2021 and December 2022. Attached as Exhibit B to the Declaration of Brett A. Axelrod are detailed time records for that period.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on January 13th, 2023 at Cody, WY.

_____
W. LAWRENCE PATRICK