John A. White, Jr., Esq., SB#1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
795-322-1228 (fax)
john@whitelawchartered.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| IN RE: SILVER STATE BROADCASTING, LLC<br><br>___ AFFECTS THIS DEBTOR.<br>___ AFFECTS GOLDEN STATE BROADCASTING, LLC<br>___ AFFECTS MAJOR MARKET RADIO LLC<br>X AFFECTS ALL DEBTORS. | Case No. 21-14978-abl (Chapter 11)<br>Jointly Administered with:<br>21-14979-abl Golden State Broadcasting, LLC<br>21-14980-abl Major Market Radio LLC<br><br>**DECLARATION OF EDWARD STOLZ IN SUPPORT OF DEBTORS OUT-OF-POSSESSION's EMERGENCY MOTION FOR ORDER DETERMINING THAT THIRD PARTIES ARE BOUND BY AUTOMATIC STAY**<br>Hearing Date:<br>Time: |

I, Edward Stolz hereby declare, under pain and penalty of perjury, that the following assertions are true of my own knowledge, except as to those matters stated on information and belief, and as to such matters I believe them to be true. I would so testify under oath were I to be called to testify at trial;

1

1. I am the managing member of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC ("Debtors").

2. Attached hereto as Exhibit 1 is a list of equipment owned by me which is being used by the radio stations with my consent, which equipment is and at all times has been necessary to the operations of the said stations.

3. W. Lawrence Patrick, Receiver, was the chairman of the ad hoc committee called the National Association of Media Brokers and is one of the most powerful persons in America's broadcast media. See e.g.: https://ci.uky.edu/about/news-and-media/2023/w-lawrence-patrick-receive-honorary-degree-uk

4. On March 5, 2018, I placed the Debtor radio station KREV with him for sale, a date that was in the midst of the WB Music copyright damages case, in which case Mr. Patrick presented himself as the sole applicant to become Receiver. Then as Receiver, he crammed the additional stations (KFRH and KRCK) into his undervalued estimate of what he wanted the stations to sell for (now $4.5 million). In fact KREV sold previously for $20 million, $20 million, $33.7 million and $33.7 million. A comparable station to KFRH in Las Vegas (KISF) sold for $25 million and just weeks ago sold with some other stations for $60 million. There are no recent comparables for KRCK.

5. As Receiver in the California District Court case Mr. Patrick unsuccessfully (so far at least) attempted to sell Debtors' three major radio stations to VCY inc for $6,000,000, a grossly inadequate price for stations with a fair market and appraised value in excess of $33,000,000.00.

6. Attached hereto as Exhibit 2 is just one example of negative publicity affecting the value of the radio stations. I believe, without yet having hard evidence, that Mr. Patrick is doing his best to publicly denigrate the value of the Debtors' radio stations in hopes that he can eventually sell them to VCY for an inadequate

1  consideration.

2  Further declarant sayeth not.

4  Dated: May 14, 2023.

_____
Edward Stolz

6  Submitted by:
7  WHITE LAW CHARTERED

10  By:____/s/ John White____
11  John A. White, Jr.
12  Attorney for the Debtors

3

**INDEX OF EXHIBITS**

| Exhibit No. | Description of Document | No. Pages |
|---|---|---|
| 1 | Stolz Equipment used by Debtors | 2 |
| 2 | Example Denigration | 1 |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of May, 2023, a true and correct copy of the foregoing **DECLARATION SUPPORTING DEBTORS OUT-OF-POSSESSION's EMERGENCY MOTION FOR ORDER DETERMINING THAT THIRD PARTIES ARE BOUND BY AUTOMATIC STAY** was served via: (ELECTRONIC SERVICE)

Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

BRETT A. AXELROD on behalf of Other Prof. W. LAWRENCE PATRICK
baxelrod@foxrothschild.com, pchlum@foxrothschild.com; mwilson@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor VCY AMERICA, INC.
OBrown@lrrc.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; jhess@lewisroca.com, klopez@lewisroca.com; gmercado1@lewi gmercado@lewisroca.com

CANDACE C CARLYON on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com; nrodriguez@carlyoncica.com; 9232006420@filin gs.docketbird.com; Dcica@carlyoncica.com

THOMAS H. FELL on behalf of Creditor CROWN CASTLE MU LLC
tfell@fennemorelaw.com, clandis@fennemorelaw.com; CourtFilings@fennemorelaw.com

STEPHEN R HARRIS steve@harrislawreno.com, hannah@harrislawreno.com; norma@harr

DAVID MINCIN on behalf of Creditor MINCIN LAW, PLLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Interested Party MINCIN LAW, PLLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

JOHN M NAYLOR on behalf of Creditor NAYLOR & BRASTER ATTORNEYS AT LAW PLLC
jnaylor@naylorandbrasterlaw.com, asharples@naylorandbrasterlaw.com

TRACY M. O'STEEN on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com; nrodriguez@carlyoncica.com; ccarlyon@carlyonci ca.com

STEVEN B. SCOW on behalf of Creditor BELLAIRE TOWER HOMEOWNERS ASSOCIATION
sscow@kskdlaw.com, dscow@kochscow.com

U.S. TRUSTEE - LV - 11USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

/s/ Linda Mason,
Linda Mason,
an employee of WHITE LAW CHARTERED