EXHIBIT 1

EXHIBIT 1

Deployed by Silver State Broadcasting LLC, 1/01/23:

Transmitter, Elenos Indium series
Transmitter, Nautel NV series
Transmitter, Continental 816R series
Antenna, ERI cpol
Antenna, Shively cpol
Antenna, Jampro cpol
Antenna, Anixter-Mark parabolic
Antenna, Scala
Antenna, BEXT cpol
RC system, Burk (4 pcs)
Bandpass filter, Shively
RF transmission lines, Andrew Heliax, multiple runs
STL assemblage, Moseley (4 pcs)
Audio processing system, Wheatstone
Electrical distribution, routing and standby power system. composite
Rack mounting enclosures (4 pcs)
Interconnects, interfaces, wiring, cabling, composite

Deployed by Golden State Broadcasting LLC, 1/01/23:

Transmitter, Nautel NV series
Transmitter, BE
FM Exciter, BE
Antenna, SWR cpol
Antenna, SWR cpol
RC system, Burk
RC system, Broadcast tools
Andrew transmission line dehydrator
RF transmission lines, Andrew Heliax, multiple runs
STL assemblage
Audio interface, Broadcast tools
Audio monitor, Fostex
QOS monitor receiver, Denon
Audio processing system, Orban
Electrical distribution, routing and standby power system. composite
Rack mounting enclosures (2 pcs)
Interconnects, interfaces, wiring, cabling, composite
Tool and spare parts chest
Spare switching power supply modules (12), Nautel
Internet distribution system, routers, switches, cables

Deployed by Major Market Radio LLC, 1/01/23:

Transmitter, Harris ZX series
Transmitter, Indium series
Transmitter, BE FMi series
FM Exciter, BE

FM Exciter, Wilkenson
Antenna, SWR cpol
Antenna, BEXT cpol
Antenna, Marti parabolic
RC system, Burk
Andrew transmission line dehydrator
RF transmission lines, Andrew Heliax, multiple runs
STL assemblage, Moseley (2)
Audio interface, Broadcast tools
Audio processing system, Orban
Electrical distribution, routing and standby power system. composite
Rack mounting enclosures (2 pcs)
Interconnects, interfaces, wiring, cabling, composite
Tools and spare parts chest
Spare switching power supply modules (12), Nautel
Spare switching power supply modules (4), BE
Internet distribution system, routers, switches, cables