# EXHIBIT 2

# EXHIBIT 2

James Watkins <jwatkins@srnradio.com>                                                  5/9/2023 7:23 AM

Status of stations

To Debby <reinfo4u@comcast.net>

HI Debbie

Hope you and Ed are well.

I saw this headline today in the news. In light of changes, please keep me informed as to if or when KBET or KRCK is no longer airing SRN programming.

Thank you Debbie.


Jim Watkins
Affiliate Relations Manager (Mtn. & West)
Salem Radio Network
239-470-9297  |  JWatkins@srnradio.com



# Albuquerque Programmer Likely To Take Over Stolz Stations As Bankruptcy Moves Forward.

5 hrs ago