GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, PH.D
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-21-14978-ABL |
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR | *Jointly Administered with:* |
| ☐ AFFECTS GOLDEN STATE BROADCASTING, LLC | Golden State Broadcasting, LLC<br>Case No. 21-14979-ABL |
| ☐ AFFECTS MAJOR MARKET RADIO, LLC | Major Market Radio, LLC<br>Case No. 21-14980-ABL |
| ☒ AFFECTS ALL DEBTORS | |

### NOTICE OF CONTINUED 2004 EXAMINATION OF DEBORAH NAIMAN

PLEASE TAKE NOTICE that the 2004 examination of Deborah Naiman conducted by Michael Carmel, the Chapter 11 trustee, scheduled for May 31, 2023, at 12:00 p.m. has been continued to **June 23, 2023, at 12:00 p.m.** The 2004 examination will be taken upon oral examination, pursuant to Fed. R. Bankr. P. 2004, before a Notary Public, or before some other officer authorized by the law to administer oaths. The 2004 examination will be taken via Zoom at:

https://us02web.zoom.us/j/82423629047?pwd=RkYwOTVmMWdaSHJaam1Va05ITnJvQT09

Meeting ID: 824 2362 9047; Passcode: 294289

1  Oral examination, if not completed on the specified date will continue from day to day,

2  excluding Sundays and Holidays, until completed. The testimony of the 2004 examinations will

3  be recorded via stenographic and video means.

4  Dated this 31st day of May, 2023.

GARMAN TURNER GORDON LLP

By: */s/ Gregory E. Garman*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, PH.D
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*