John A. White, Jr., Esq., SB#1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
795-322-1228 (fax)
john@whitelawchartered.com
Attorney for Debtors Out-of-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| IN RE: SILVER STATE BROADCASTING, LLC<br><br>___ AFFECTS THIS DEBTOR.<br>___ AFFECTS GOLDEN STATE BROADCASTING, LLC<br>___ AFFECTS MAJOR MARKET RADIO LLC<br> X  AFFECTS ALL DEBTORS. | Case No. 21-14978-abl (Chapter 11)<br>Jointly Administered with:<br>21-14979-abl Golden State Broadcasting, LLC<br>21-14980-abl Major Market Radio LLC<br><br>**NOTICE OF APPEAL.** |

Pursuant to 28 U.S.C. §158(b)(1) and Fed. R. Bankr. Pro. 8001, 8002, 8003(a) and (b), Debtors Silver State Broadcasting, a Nevada LLC, Golden State Broadcasting, a Nevada LLC and Major Market Radio, a Nevada LLC (hereinafter collectively "Debtors"), by and through their attorney, John A. White Jr., of White Law Chartered, a Nevada professional corporation, hereby appeal to the Bankruptcy Appellate Panel from the ORDER GRANTING IN PART AND DENYING IN PART MOTION TO IMPOSE THE AUTOMATIC STAY entered in the above-captioned matter on June 9, 2023 as Docket No 590. A copy of the Order is attached hereto as Exhibit 1. Pursuant to 28 U.S.C. §158(c)(1) and Fed. R. Bankr. Pro. 8001, et. seq. the Debtors hereby elect to have this appeal heard by the Bankruptcy Appellate Panel. The parties to this appeal are as follows:

1

**Debtors Silver State Broadcasting, a Nevada LLC, Golden State Broadcasting, a Nevada LLC and Major Market Radio, a Nevada LLC.**
By and through their attorney:
John A. White, Jr., Esq., Nevada State Bar No. 1741,
White Law Chartered, 335 W. 1st. St.,
Reno, NV 89503;
Telephone: 775-322-8000 775-322-1228(fax)
Email: john@whitelawchartered.com.


**Chapter 11 trustee Michael W. Carmel,**
michael@mcarmellaw.com
And by and through his attorney:
Gregory E. Garman, Esq.
Garman Turner Gordon
7251 Amigo Street, Ste 210
Las Vegas, NV 89119
(725)777-3000 (725) 777-3112 (fax)
ggarman@gtg.legal


**W. Lawrence Patrick, Receiver**
By and through his attorney:
Brent A. Axelerod Esq.
1980 FESTIVAL PLAZA DRIVE STE 700,
LAS VEGAS, NV 89135
(702) 262-6899 (702) 597-5503 (fax)
baxelrod@foxrothschild.com


**VCY America, Inc.**
By and through its attorney:
Ogonna M. Brown, Esq.
Lewis Roca Rothgerber Christie
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, Nv 89169-5996
(702) 474-2622 (702) 949-8298 (Fax)
Obrown@Lewisroca.com


**C & E Haas Development Company, LLC:**
By and through its attorney:
Tracy M. O'steen, Esq.
Carlyon Cica Chtd.
265 E. Warm Springs Ste 107

2

| | |
|---|---|
| 1 | Las Vegas, Nv 89119 |
| 2 | ( 702) 685-4444 (725) 220-4360 (Fax) |
|   | tosteen@carlyoncica.com |
| 3 | |
| 4 | **U. S. Trustee - LV - 11** |
| 5 | By and through its attorney: |
|   | Justin Charles Valencia |
| 6 | U. S. Dept. of Justice |
| 7 | Office of the United States Trustee |
|   | 300 Las Vegas Blvd. South, Ste 4300 |
| 8 | Las Vegas, NV 89101 |
|   | 702-388-6600 702-388-6658 (fax) |
| 9 | justin.c.valencia@usdoj.gov |
| 10 | Respectfully submitted this 23rd day of June, 2023. |

                                        WHITE LAW CHARTERED


                                        By:____/s/ *John White*___

                                           John A. White, Jr.
                                         Attorney for the Debtors

3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2023, a true and correct copy of Debtors' Notice of Appeal was served via: Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

> BRETT A. AXELROD on behalf of Other Prof. W. LAWRENCE PATRICK baxelrod@foxrothschild.com, pchlum@foxrothschild.com; mwilson@foxrothschild.com; arcdocketing@foxrothschild.com
>
> OGONNA M. BROWN on behalf of Creditor VCY AMERICA, INC. obrown@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; jhess@lewisroca.com,klope z@lewisroca.com; gmercado1@lewisroca.com,gmercado@lewisroca.com
>
> CANDACE C CARLYON on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com; nrodriguez@carlyoncica.com; 9232006420@filings.do cketbird.com; Dcica@carlyoncica.com
>
> THOMAS H. FELL on behalf of Creditor CROWN CASTLE MU LLC tfell@fennemorelaw.com, clandis@fennemorelaw.com; CourtFilings@fennemorelaw.com
>
> DAVID MINCIN on behalf of Creditor MINCIN LAW, PLLC dmincin@mincinlaw.com, cburke@mincinlaw.com DAVID MINCIN on behalf of Interested Party MINCIN LAW, PLLC dmincin@mincinlaw.com, cburke@mincinlaw.com
>
> JOHN M NAYLOR on behalf of Creditor NAYLOR & BRASTER ATTORNEYS AT LAW PLLC jnaylor@naylorandbrasterlaw.com, asharples@naylorandbrasterlaw.com
>
> TRACY M. O'STEEN on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC tosteen@carlyoncica.com, crobertson@carlyoncica.com; nrodriguez@carlyoncica.com; ccarlyon@carlyoncica.com
>
> STEVEN B. SCOW on behalf of Creditor BELLAIRE TOWER HOMEOWNERS ASSOCIATION sscow@kskdlaw.com, dscow@kochscow.com
>
> U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov
>
> JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov

                                               _/s/ *Linda Mason*_____
                                               Linda Mason
                                               An employee of White Law Chartered

**INDEX OF EXHIBITS**

| Exhibit No. | Description of Document | No. Pages |
|---|---|---|
| 1 | ORDER | |