_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 05, 2023

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-21-14978-ABL |
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| AFFECTS THIS DEBTOR ☐ | *Jointly Administered with:* |
| AFFECTS GOLDEN STATE BROADCASTING, LLC ☐ | Golden State Broadcasting, LLC Case No. 21-14979-ABL |
| AFFECTS MAJOR MARKET RADIO, LLC ☐ | Major Market Radio, LLC Case No. 21-14980-ABL |
| AFFECTS ALL DEBTORS ☒ | Hearing Date: July 07, 2023 Hearing Time: 1:30 P.M. |

**NOTICE OF HEARING AND ORDER SHORTENING TIME ON EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS: (A) AUTHORIZING THE DEBTORS TO OBTAIN POST-PETITION FINANCING, (B) GRANTING LIENS AND PROVIDING ADMINISTRATIVE EXPENSE STATUS, AND (C) GRANTING <u>RELATED RELIEF</u>**

1

Michael Carmel, in his capacity as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC filed his *Emergency Motion for Interim and Final Orders: (A) Authorizing the Debtors to Obtain Post-Petition Financing, (B) Granting Liens and Providing Administrative Expense Status and (C) Granting Related Relief* ("Motion") on June 29, 2023.

In the Motion, the Trustee seeks entry of interim and final orders substantially in the forms attached to the Motion as Exhibits 1 and 2 pursuant to Sections[1] 105, 361, 364, and 507, Bankruptcy Rules 2002, 4001, 6004, and 9014, and Local Rule 4001 seeking to obtain secured post-petition financing in the amount of $342,000, with $51,700 paid on an emergency basis.

The Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Emergency Motion for Interim and Final Orders: (A) Authorizing the Debtors to Obtain Post-Petition Financing, (B) Granting Liens and Providing Administrative Expense Status and (C) Granting Related Relief* ("Ex Parte Application") and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Motion shall be heard by a United States Bankruptcy Judge on the __7__ **day of July, 2023, at __1:30 p__.m**. prevailing Pacific Time. A copy of the above-referenced Motion and any supporting declaration(s) and exhibit(s) are on file with the Clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and United States Courthouse, 300 South Las Vegas Boulevard, Las Vegas, Nevada 89101, or may be obtained by emailing Talitha Gray Kozlowski, Esq. at the address listed above. If you intend to participate at this hearing please check the Court's website prior to the hearing for any updated instructions relating to the whether the hearing is in person, or conducted remotely including the applicable Court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within __1__ days of entry; that any opposition to the Motion must be filed and

---

[1] Unless otherwise stated, all references to "Section" herein shall be to title 11 of the U.S. Code (the "Bankruptcy Code"); all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall refer to the Local Rules of Bankruptcy Practice of the U.S. District Court for the District of Nevada.

served by **July 07, 2023**; that replies to any opposition filed must be filed and served by **July 07, 2023**; and that these hearings may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

**IT IS SO ORDERED**.

Prepared and Submitted by:
GARMAN TURNER GORDON LLP

By: */s/ Gregory E. Garman*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11  Trustee*

# # #