John A. White, Jr., Esq., SB#1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
795-322-1228 (fax)
john@whitelawchartered.com
Attorney for Out-of-Possession Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| IN RE: SILVER STATE BROADCASTING, LLC<br><br>___ AFFECTS THIS DEBTOR.<br>___ AFFECTS GOLDEN STATE BROADCASTING, LLC<br>___ AFFECTS MAJOR MARKET RADIO LLC<br> X  AFFECTS ALL DEBTORS. | Case No. 21-14978-abl (Chapter 11)<br>Jointly Administered with:<br>21-14979-abl Golden State Broadcasting, LLC<br>21-14980-abl Major Market Radio LLC<br><br>**DEBTORS OUT-OF-POSSESSION's COMMENTS CONCERNING and LIMITED OPPOSITION TO FINANCING SOUGHT BY TRUSTEE's EMERGENCY MOTION.**<br>Hearing Date: July 7, 2023<br>Time: 1:30 p.m. |

Come now out-of-possession Debtors herein ("Debtors"), by counsel, who oppose the amount sought to be borrowed by the Trustee by reason of the Emergency Motion for Interim and final Orders (Doc 641).

Trustee does not need to borrow as much as he seeks. Attached hereto are spreadsheets for Silver State, Major Market and, perhaps, Golden State, which show the amounts needed. See exhibit 1.

Respectfully submitted this 7th day of July, 2023.

WHITE LAW CHARTERED

By:____/s/ John White___

    John A. White, Jr.
    Attorney for the Debtors

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit Index

Market Spreadsheet accounting information NO OF PAGES: 15