# EXHIBIT 1

# EXHIBIT 1

# Major Market Radio LLC

| Expense Item | Claimed | Amt Due | Comments |
|---|---|---|---|
| "Delinquent Rent Payments", Shah Management. | ~~21,000.00~~ | 5,921.28 | Debtor erroneously remitted for March, April, and May 2023 in the monthly sum of $2,960.64 and is now entitled to reimbursement for 8,881.92. Trustee represented that it had advanced remittance for June, 2023, which it failed to do, and is now obligated for June and July 2023. |
| "Post petition rent", Haas Dev Co. | ~~11,842.56~~ | 0.00 | This item is duplicative. There exists no obligation to services provider other than for June-July 2023. Debtors anticipate reimbursement for erroneously paid March, April and May 2023 in the sum of 8,881.92, which sum was to have been borne by Trustee, post March 1. _Debtor thus claims its demand for reimbursement of 8,881.92._ |
| "Post petition rent", CF&D Corp. | ~~13,500.00~~ | 7,990.00 | This amount represents negotiated amounts due through 7-31-2023. |
| "Utility deposit", Southern CA Edison | ~~3,000.00~~ | 0.00 | No "utility deposit" was or is required. |
| "Utilities", Southern CA Edison | ~~2,000.00~~ | Unknown | Debtor has paid for all utility service for the duration of its possession. Trustee is obligated for electrical consumption post-March 1, 2023. |
| "Insurance policy renewal" | ~~8,500.00~~ | 0.00 | Debtor maintained its policy of insurance in good standing, on a continuing annual term. Annual premium is $4,320.00, and _restitution of the prepaid premium is required in the amount of 2,851.12._ |
| "Equipment repairs-Maintenance" | ~~10,000.00~~ | 0.00 | There exists no deferred maintenance, and no outstanding "equipment repairs". Transmitting equipment meets all Federal standards and requirements. |
| "Operating expenses" | ~~6,000.00~~ | 0.00 | As the stations have operated Unmanned by virtue of former Receiver terminating all employees, no "operating expenses" exist. Sales and programming are conducted remotely, and |

| | CLAIMED | ACTUAL | |
|---|---|---|---|
| "Market Expenses for Sale / Publications, Media, Etc". | 8,000.00 | 0.00 | incur no separate operating expense. The item is unintelligible, and not related to any actual cost item in this industry. Broadcast stations Are themselves Media, and self-promote by virtue of presenting attractive programming in the Public Interest. No added expense is customary, or needed. |
| UST Fee | 250.00 | 0.00 | UST Fee, for the period in possession, was paid electronically and timely by USBC Portal. Debtor is not aware of any UST fee which remains unpaid, for any period in-possession. |
| "FCC counsel fees" | 8000.00 | 0.00 | Debtor remits fees to its own FCC counsel for related services. Debtor, in addition, advanced its own fees to compel turn-over of FCC licenses, which costs were obligated to have been borne by Receiver. _This remains an unreimbursed expense incurred by former Receiver._ |
| | 105,838.56 | 13,911.28 plus utilities (3 months) | |

Silver State Broadcasting LLC

| Expense Item | Claimed | Amt Due | Comments |
|---|---|---|---|
| "Delinquent Post-petition rent", State of Zero LLC | 8326.60 | -0- paid by Trustee; 10,407.75 due through 7-31 | Unpaid Trustee obligation for the period 3/01 – 7/31. |
| "Post-petition rent", State of Zero LLC | 8326.60 | 0.00 | *Duplicative entry.* This entry void. |
| "Delinquent Post-petition rent", HWY 50 GPRV LLC | 7600.00 | -0- paid by Trustee; 9,513.17 due through 7-31 | Unpaid Trustee obligation for the period 3/01 – 7/31. |
| "Post-petition rent", HWY 50 GPRV LLC | 5572.35 | 0.00 | *Duplicative entry.* This entry void. |
| "Delinquent Post-petition rent", Western Radio Svcs | 4800.00 | -0- paid by Trustee; 5,000.00 due through 7-31 | Unpaid Trustee obligation for the period 3/01 – 7/31. |
| "Utilities deposits" | 3000.00 | 0.00 | No new utility service obtained or required. No deposit for utility service incurred by Debtors. |
| "Utilities" | 2000.00 | 0.00 | No added charge for utility service incurred. Utility service absorbed within Western Radio Service rents. |
| "Insurance policy renewal" | 8500.00 | 0.00 | Debtor maintains its policy of insurance in good standing, on an annual term. Annual premium is $7,250.50, and *restitution of the prepaid premium is required in the amount of $4,785.33*. |
| UST Fee | 250.00 | 0.00 | UST Fee, for the period in possession, was paid electronically and timely by USBC Portal. Debtor is not aware of any UST fee which remains unpaid, for any period in-possession. |
| "FCC counsel fees" | 8000.00 | 0.00 | Debtor remits fees to its own FCC counsel for related services. Debtor, in addition, advanced its own fees to compel turn-over |

| | | CLAIMED | ACTUAL |
|---|---|---|---|
| | of FCC licenses, which costs were obligated to have been borne by Receiver. *This remains an unreimbursed expense incurred by former Receiver.* | ~~149,261.68~~ | 24,920.92 |

# Golden State Broadcasting LLC

| Expense Item | Claimed | Amt Due | Comments |
|---|---|---|---|
| "Delinquent Rent Payments", Haas Dev Co. | 95,000.00 | 0.00 | Contested creditor claim, not yet adjudicated. No arrearage exists. Debtor lacked possession during July and August 2022 to September 30, 2022 due to unlawful lock-out by Claimant. Debtor lacked possession from March 1, 2021 to July, 2022 by acts of Receiver who was in possession during this period, in combination with acts of Claimant. *This item is an unreimbursed expense incurred by former Receiver.* |
| "Monthly Rent Payments", Haas Dev Co. | 21,511.68 | 0.00 | Monthly rental of $6444.13 has been faithfully remitted for the duration of possession. Monthly rental is not "$7170.56". Moreover, no "Initial Advance" applies. This Court ordered a reimbursable "protection payment" in the amount of $26,703.14, and such reimbursable payment remains as a credit. In addition, a supplemental antenna rent does not apply, as the antenna was removed by C&E Haas and Receiver during term of possession, and not restored thereafter. *Debtor has claimed its demand for reimbursement of $19,446.52 for the wrongful removal and destruction of this valuable equipment.* |
| "Utility deposit" | 3,000.00 | 0.00 | Receiver accrued an arrearage of $29,500 for duration of "Local Marketing Agreement", being March 1, 2022 – October 1, 2023. Debtor opened its own electrical service account with Pacific Gas & Electric, independent of Receiver and of Trustee, and has remitted faithfully all amounts due |

| | | | |
|---|---|---|---|
| "Utilities" | ~~1000.00~~ | 0.00 | thereunder. No "utility deposit" was required or tendered. _This remains an unreimbursed expense incurred by former Receiver._ |
| "Insurance policy renrewal" | ~~8500.00~~ | 0.00 | Debtor has paid for all utility service for the duration of its possession. In addition, debtor was not afforded access to transmitter location, prior to October 1, 2022. The separate utility claim of $29,500.00 is entirely an obligation of the period of possession by Receiver. _This remains an unreimbursed expense incurred by former Receiver._ |
| "Operating expenses" | ~~4000.00~~ | 0.00 | Debtor maintained its policy of insurance in good standing, on a continuing annual term. Annual premium is $3,126.55, and restitution of the prepaid premium is _required in the amount of $2,094.79._ |
| UST Fee | 250.00 | 0.00 | Expenses claimed are for July-August 2022. In fact, debtors did not have possession of facilities by reason of landlord's wrongful "lock-out" until October 1, 2022. Station was not operating during the said "lock-out" period. _This remains an unreimbursed expense incurred by former Receiver._ |
| "FCC counsel fees" | ~~8000.00~~ | 0.00 | UST Fee, for the period in possession, was paid electronically and timely by USBC Portal. Debtor is not aware of any UST fee which remains unpaid, for any period in-possession. |
| | | | Debtor remits fees to its own FCC counsel for related services. Debtor, in addition, advanced its own fees to compel turn-over of FCC licenses, which costs were obligated to have been borne by Receiver. _This remains an unreimbursed expense incurred by former Receiver._ |

| CLAIMED | ACTUAL |
|---|---|
| 149,261.68 | 0.00 |

| 0000366 | 11-24 | | **CASHIER'S CHECK** | | SERIAL #: 0036608981 |
|---|---|---|---|---|---|
| Office AU # | 1210(8) | | | | |

Remitter: EDWARD STOLZ  
Purchaser: EDWARD STOLZ  
Purchaser Account: xxxxxx4525  
Operator I.D.: u854322  
Funding Source: Electronic Item(s)  

ACCOUNT#: 4861-511475

PAY TO THE ORDER OF  ***C&E HAAS DEVELOPMENT CO. LLC***

December 1, 2022

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars **      **$6,444.13**

Payee Address:  
Memo:   GOLDEN STATE BCSTG DEC 2022 PAID IN FULL

VOID IF OVER US $ 6,444.13

WELLS FARGO BANK, N.A.  
3047 SUNRISE BLVD  
CITRUS HEIGHTS, CA 95610  
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

Purchaser Copy

004 (10/19) M4203 20087597

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW  FOR ADDITIONAL SECURITY FEATURES SEE BACK

| 0000366 | 11-24 | **CASHIER'S CHECK** | 0036608981 |
|---|---|---|---|
| Office AU # | 1210(8) | | |

Remitter: EDWARD STOLZ  
Operator I.D.: u854322

PAY TO THE ORDER OF  ***C&E HAAS DEVELOPMENT CO. LLC***

December 1, 2022

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars **      **$6,444.13**

Payee Address:  
Memo:   GOLDEN STATE BCSTG DEC 2022 PAID IN FULL

VOID IF OVER US $ 6,444.13

WELLS FARGO BANK, N.A.  
3047 SUNRISE BLVD  
CITRUS HEIGHTS, CA 95610  
FOR INQUIRIES CALL (480) 394-3122

CONTROLLER

⑈⑈003660898⑈⑈  ⑇121000248⑇  4861  511475⑈⑈

| 0000356 | 11-24 | | **CASHIER'S CHECK** | | SERIAL #: 0036607404 |
|---|---|---|---|---|---|
| Office AU # | 1210(8) | | | | ACCOUNT #: 4861-511483 |

Remitter: GOLDEN STATE BROADCASTING LLC
Purchaser: EDWARD STOLZ
Purchaser Account: xxxxxx4525
Operator I.D.: u854322 u427066
Funding Source: Electronic Item(s)

PAY TO THE ORDER OF   ***C&E HAAS DEVELOPMENT CO. LLC***

October 31, 2022

**\*\*Twenty-Six Thousand Seven Hundred Three and 14/100 -US Dollars \*\***       **\*\*$26,703.14\*\***

Payee Address:
Memo:   PAID UNDER PROTEST; RESERVATION OF RIGHT

VOID IF OVER US $ 26,703.14

WELLS FARGO BANK, N.A.
6047 SUNRISE BLVD
CITRUS HEIGHTS, CA 95610
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004 (10/19) M4203 20087597

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK

| 0000356 | 11-24 | **CASHIER'S CHECK** | 0036607404 |
|---|---|---|---|
| Office AU # | 1210(8) | | |

Remitter: GOLDEN STATE BROADCASTING LLC
Operator I.D.: u854322 u427066

October 31, 2022

PAY TO THE ORDER OF   ***C&E HAAS DEVELOPMENT CO. LLC***

**\*\*Twenty-Six Thousand Seven Hundred Three and 14/100 -US Dollars \*\***       **\*\*$26,703.14\*\***

Payee Address:
Memo:   PAID UNDER PROTEST; RESERVATION OF RIGHT

VOID IF OVER US $ 26,703.14

WELLS FARGO BANK, N.A.
6047 SUNRISE BLVD
CITRUS HEIGHTS, CA 95610
FOR INQUIRIES CALL (480) 394-3122

Authorized Signature

⑆0036607404⑆ ⑈121000248⑈ 4861 511483⑈

**CASHIER'S CHECK**

0000725  11-24
Office AU #  1210(8)

Remitter: EDWARD STOLZ
Purchaser: EDWARD STOLZ
Purchaser Account: xxxxxx4995
Operator I.D.: u691535
Funding Source: Electronic Item(s)

SERIAL #: 0072504273
ACCOUNT #: 4861-511475

PAY TO THE ORDER OF   ***C&E HAAS CO.***

March 1, 2023

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars**

**$6,444.13**

Payee Address:
Memo:   MARCH 2023 PAID IN FULL

WELLS FARGO BANK, N.A.
42350 BOB HOPE DR
RANCHO MIRAGE, CA 92270
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 6,444.13

**NON-NEGOTIABLE**

Purchaser Copy

FB004 (10/19) M4203 10204192

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

0000725  11-24
Office AU #  1210(8)

Remitter: EDWARD STOLZ
Operator I.D.: u691535

0072504273

PAY TO THE ORDER OF   ***C&E HAAS CO.***

March 1, 2023

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars**

**$6,444.13**

Payee Address:
Memo:   MARCH 2023 PAID IN FULL

WELLS FARGO BANK, N.A.
42350 BOB HOPE DR
RANCHO MIRAGE, CA 92270
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 6,444.13

CONTROLLER

⑈0072504273⑈ ⑆121000248⑆ 4861 511475⑈

CCF03312023_00004.jpg

PRINTED ON LINEMARK PAPER – HOLD TO LIGHT TO VIEW – FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

0000366  11-24
Office AU #  1210(8)

0036608905

Remitter: EDWARD STOLZ
Operator I.D.: a137177

November 1, 2022

PAY TO THE ORDER OF   ***C&E HAAS DEVELOPMENT CO LLC***

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars**

**$6,444.13**

Payee Address:
Memo:   GOLDEN STATE BCSTG NOV 2022 PAID IN FULL

VOID IF OVER US $ 6,444.13

WELLS FARGO BANK, N.A.
6047 SUNRISE BLVD
CITRUS HEIGHTS, CA 95610
FOR INQUIRIES CALL (480) 394-3122

CONTROLLER

⑆0036608905⑆ ⑈121000248⑈ 4861 511475⑈      6703-8942

| | | |
|---|---|---|
| 0000366  11-24 | **CASHIER'S CHECK** | SERIAL #: 0036608981 |
| Office AU #  1210(8) | | ACCOUNT#: 4861-511475 |

Remitter: EDWARD STOLZ
Purchaser: EDWARD STOLZ
Purchaser Account: xxxxxx4525
Operator I.D.: u854322
Funding Source: Electronic Item(s)

PAY TO THE ORDER OF ***C&E HAAS DEVELOPMENT CO. LLC***

December 1, 2022

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars**    **$6,444.13**

Payee Address:
Memo: GOLDEN STATE BCSTG DEC 2022 PAID IN FULL

VOID IF OVER US $ 6,444.13

WELLS FARGO BANK, N.A.
8047 SUNRISE BLVD
CITRUS HEIGHTS, CA 95610
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

Purchaser Copy

004 (10/19) M4203 20087597

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

0000366  11-24         **CASHIER'S CHECK**         0036608981
Office AU #  1210(8)

Remitter: EDWARD STOLZ
Operator I.D.: u854322

PAY TO THE ORDER OF ***C&E HAAS DEVELOPMENT CO. LLC***

December 1, 2022

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars**    **$6,444.13**

Payee Address:
Memo: GOLDEN STATE BCSTG DEC 2022 PAID IN FULL

VOID IF OVER US $ 6,444.13

WELLS FARGO BANK, N.A.
8047 SUNRISE BLVD
CITRUS HEIGHTS, CA 95610
FOR INQUIRIES CALL (480) 394-3122

CONTROLLER

⑈0036608981⑈ ⑆121000248⑆ 4861 511475⑈

## CASHIER'S CHECK

0000725  11-24
Office AU #  1210(8)

Remitter: EDWARD STOLZ
Purchaser: EDWARD STOLZ
Purchaser Account: xxxxxx4526
Operator I.D.: u527050
Funding Source: Paper Item(s)

PAY TO THE ORDER OF  ***C&E HAAS CO***
***C/O CHARLES SCHWAB***

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars**

Payee Address: 1186 ROSEVILLE PKWY. STE 180 ROSEVILLE CA 95678- US
Memo: JANUARY 2023 PD IN FULL

WELLS FARGO BANK, N.A.
42350 BOB HOPE DR
RANCHO MIRAGE, CA 92270
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

SERIAL #: 0072504184
ACCOUNT#: 4861-511475

December 30, 2022

**$6,444.13**

VOID IF OVER US $ 6,444.13

NON-NEGOTIABLE

**Purchaser Copy**

FB004 (10/19) MA703 10204192

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW FOR ADDITIONAL SECURITY FEATURES SEE BACK

## CASHIER'S CHECK

0000725  11-24
Office AU #  1210(8)

Remitter: EDWARD STOLZ
Operator I.D.: u527050

PAY TO THE ORDER OF  ***C&E HAAS CO***
***C/O CHARLES SCHWAB***

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars**

Payee Address: 1186 ROSEVILLE PKWY. STE 180 ROSEVILLE CA 95678- US
Memo: JANUARY 2023 PD IN FULL

WELLS FARGO BANK, N.A.
42350 BOB HOPE DR
RANCHO MIRAGE, CA 92270
FOR INQUIRIES CALL (480) 394-3122

0072504184

December 30, 2022

**$6,444.13**

VOID IF OVER US $ 6,444.13

CONTROLLER

⑆0072504184⑆ ⑉121000248⑉ 4861 511475⑈

CCF03312023_00001.jpg

## CASHIER'S CHECK

0000689  
Office AU # 11-24  
1210(8)

Remitter: EDWARD STOLZ  
Purchaser: EDWARD STOLZ  
Purchaser Account: xxxxxx4525  
Operator I.D.: u554104 cu001129  
Funding Source: Electronic Item(s)

PAY TO THE ORDER OF ***C&E HAAS CO***  
***C/O CHARLES SCHWAB***

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars**

Payee Address:  
Memo: FEB 2023 PAID IN FULL

WELLS FARGO BANK, N.A.  
74105 EL PASEO  
PALM DESERT, CA 92260  
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

SERIAL #: 0068905737  
ACCOUNT#: 4861-511475

February 1, 2023

**$6,444.13**

VOID IF OVER US $ 6,444.13

**NON-NEGOTIABLE**

### Purchaser Copy

FB004 (10/19) M4203 00166740

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK

## CASHIER'S CHECK

0000689  
Office AU # 11-24  
1210(8)

Remitter: EDWARD STOLZ  
Operator I.D.: u554104 cu001129

0068905737

PAY TO THE ORDER OF ***C&E HAAS CO***  
***C/O CHARLES SCHWAB***

February 1, 2023

**Six Thousand Four Hundred Forty-Four and 13/100 -US Dollars**

Payee Address:  
Memo: FEB 2023 PAID IN FULL

WELLS FARGO BANK, N.A.  
74105 EL PASEO  
PALM DESERT, CA 92260  
FOR INQUIRIES CALL (480) 394-3122

**$6,444.13**

VOID IF OVER US $ 6,444.13

CONTROLLER

⑈0068905737⑈ ⑆121000248⑆ 4861 511475⑈