NVB 8010–1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–21–14978–abl<br>CHAPTER 11 |
| SILVER STATE BROADCASTING, LLC<br>         Debtor(s) | Appeal Reference Number:  23–13<br>BAP Number:       NV–23–1111 |
| SILVER STATE BROADCASTING A NV LLC;<br>GOLDEN STATE BROADCASTING A NV LLC &<br>MAJOR MARKET RADIO A NV LLC<br>         Appellant(s) | STATUS REPORT<br>REGARDING RECORD<br>ON APPEAL |
| vs | |
| MICHAEL W CARMEL CH 11 TRUSTEE; W<br>LAWRENCE PATRICK RECEIVER; VCY AMERICA<br>INC; C&E HAAS DEVELOPMENT COMPANY LLC;<br>US TRUSTEE LV<br>         Appellee(s) | |

To:  Bankruptcy Appellate Panel
    125 South Grand Avenue,
    Pasadena, CA 91105

    U.S. Trustee

The record on the above−entitled appeal has not been forwarded for the following reason(s):

 * No Reporters Transcript Filed
 * Other:  Designated transcripts in process; due within 30 days from 7/5/23

Dated: 7/21/23

                         *Mary A Schott*

                         Mary A. Schott
                         Clerk of Court