_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 15, 2023

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, PH.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | CASE NO. BK-21-14978-ABL |
|---|---|
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR | *Jointly Administered with:* |
| ☐ AFFECTS GOLDEN STATE BROADCASTING, LLC | Golden State Broadcasting, LLC<br>Case No. 21-14979-ABL |
| ☐ AFFECTS MAJOR MARKET RADIO, LLC | Major Market Radio, LLC<br>Case No. 21-14980-ABL |
| ☒ AFFECTS ALL DEBTORS | Hearing Date: August 9, 2023<br>Hearing Time: 1:30 p.m. |

**ORDER DENYING: (1) DEBTORS OUT OF POSSESSION'S MOTION TO CONTINUE HEARING ON THE TRUSTEE'S AUCTION MOTION [ECF NO. 699]; AND (2) DEBTORS OUT OF POSSESSION'S APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEBTORS' MOTION TO CONTINUE AUCTION PROCEDURES HEARING (NOW SET FOR AUGUST 9, 2023) [ECF NO. 712]**

   Debtors-Out-of-Possession Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC (collectively, the "DOPs") filed their *Motion to Continue Hearing on the Trustee's Auction Motion* [ECF No. 699] (the "Motion")[1] and their *Application for Order Shortening Time to Hear Debtors' Motion to Continue Auction Procedures Hearing (Now Set for August 9, 2023)* [ECF No. 712] (the "OST Application"; collectively with the Motion, the "Moving Papers").  The Moving Papers were not noticed or set for a hearing before this Court but were adjudicated nonetheless by the above-captioned Court on the record on August 9, 2023, at 1:30 p.m. (the "Hearing") pursuant to DOPs' counsel's express request made at the Hearing.

   Michael Carmel, Chapter 11 Trustee appointed in these jointly administered bankruptcy cases ("Trustee"), appeared at the Hearing by and through his counsel, Gregory E. Garman, Esq. and Mary Langsner, Ph.D.; DOPs appeared at the Hearing by and through their counsel, John A. White, Jr., Esq.; C&E Haas Development Company, LLC appeared at the Hearing by and through it counsel, Candace C. Carlyon, Esq.; VCY America, Inc. appeared at the Hearing by and through its counsel, Dibora Berhanu, Esq.; W. Lawrence Patrick appeared at the Hearing by and through his counsel, Brett A. Axelrod, Esq.; Crown Castle MU LLC appeared at the Hearing by and through its counsel, Thomas H. Fell, Esq.; and the Office of the United States Trustee for Region 17 appeared at the Hearing by and through its counsel, Justin C. Valencia, Esq.

   This Court having read and reviewed the Motion and the OST Application, the opposition filed by the Trustee [ECF No. 716] and accompanying declaration of Mary Langsner [ECF No. 717], and the papers, pleadings, and declarations on file in these jointly administered Bankruptcy Cases, and all other matters identified by the Court at the Hearing; and the Court having also heard the oral argument and presentations of all those who appeared on the record at the Hearing; and based upon the findings of fact and conclusions of law placed on the record at the Hearing, which are hereby expressly incorporated pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052, and good cause appearing:

   **IT IS HEREBY ORDERED** that the *Motion to Continue Hearing on the Trustee's*

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

*Auction Motion* [ECF No. 699] is **DENIED**.

**IT IS FURTHER ORDERED** that the *Application for Order Shortening Time to Hear Debtors' Motion to Continue Auction Procedures Hearing (Now Set for August 9, 2023)* [ECF No. 712] is **DENIED**.

**IT IS SO ORDERED**.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, PH.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court waived the requirement of approval under LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated in the Order.

| | |
|---|---|
| John White, Esq.,<br>Attorneys for Debtors Out-of-Possession | Approved |
| Candace Carlyon, Esq.,<br>Attorneys for C & E Hass Development Company, LLC | Approved |
| Dibora Berhanu, Esq.,<br>Attorneys for VCY America, Inc. | Approved |
| Brett A. Axelrod, Esq.,<br>Attorneys for W. Lawrence Patrick | Approved |
| Thomas Fell, Esq.,<br>Attorneys for Crown Castle MU LLC | Approved |
| Justin Valencia, Esq.,<br>Attorneys for the United States Trustee | Approved |

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###