GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-21-14978-ABL |
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
|    AFFECTS THIS DEBTOR ☐ | *Jointly Administered with:* |
|    AFFECTS GOLDEN STATE BROADCASTING, LLC ☐ | Golden State Broadcasting, LLC Case No. 21-14979-ABL |
|    AFFECTS MAJOR MARKET RADIO, LLC ☐ | Major Market Radio, LLC Case No. 21-14980-ABL |
|    AFFECTS ALL DEBTORS ☒ | Date:  August 9, 2023 Time: 1:30 p.m. |

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR MODIFICATION OF THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, RELIEF FROM CURRENT STAY MODIFICATION ORDER AND TO REINSTATE AUTOMATIC STAY**

PLEASE TAKE NOTICE that Michael Carmel, in his capacity as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC, by and through his counsel of record, hereby **withdraws** without prejudice the *Emergency Motion for Modification of the Automatic Stay or, In the Alternative, Relief from Current Stay Modification Order and to Reinstate Automatic Stay*

. . .

. . .

1  [ECF No. 446] filed on March 31, 2023.

2      Dated this 1st day of September, 2023.

3

4                                    GARMAN TURNER GORDON LLP

5                                    By: */s/ Mary Langsner*
                                        GREGORY E. GARMAN, ESQ.
6                                       TALITHA GRAY KOZLOWSKI, ESQ.
                                        MARY LANGSNER, PH.D.
7                                       7251 Amigo Street, Suite 210
                                        Las Vegas, Nevada 89119
8                                       *Attorneys for Michael Carmel, Chapter 11*
                                        *Trustee*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28