_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 11, 2023

_____

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | CASE NO. BK-21-14978-ABL |
|---|---|
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR | *Jointly Administered with:* |
| ☐ AFFECTS GOLDEN STATE BROADCASTING, LLC | Golden State Broadcasting, LLC Case No. 21-14979-ABL |
| ☐ AFFECTS MAJOR MARKET RADIO, LLC | Major Market Radio, LLC Case No. 21-14980-ABL |
| ☒ AFFECTS ALL DEBTORS | **REMOTE:** (669) 254-5252 |
| | **Meeting ID:** 161 110 6049 |
| | **Passcode:** 154251# |
| | Hearing Date |
| | Date: October 16, 2023 |
| | Time: 1:30 p.m. |

**NOTICE OF HEARING AND ORDER SHORTENING TIME ON MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 363 AND 105 AND BANKRUPTCY RULES 6004 AND 2002 AUTHORIZING CHAPTER 11 TRUSTEE TO <u>AUCTION AND SELL ESTATE PROPERTY</u>**

1

Michael Carmel, in his capacity as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of debtors Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC (collectively, the "Debtors"), by and through his counsel, the law firm of Garman Turner Gordon LLP, filed his *Motion for Order Pursuant to 11 U.S.C. §§ 363 and 105 and Bankruptcy Rules 6004 and 2002 Authorizing Chapter 11 Trustee to Auction and Sell Estate Property* (the "Motion"), on September 7, 2023.

In the Motion, the Trustee seeks an order authorizing the Trustee to auction and sell estate property with Bar None Auction ("Bar None"), consisting of: an antique fire truck (the "Fire Truck"), a generator ("Generator"), and a large and small transmitter (together, the "Transmitters"; collectively with the Fire Truck and Generator, the "Heavy Equipment").

The Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Motion for Order Pursuant to 11 U.S.C. §§ 363 and 105 and Bankruptcy Rules 6004 and 2002 Authorizing Chapter 11 Trustee to Auction and Sell Estate Property*, and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Motion shall be heard by a United States Bankruptcy Judge on the __16th__ day of __October__, 2023, at __1:30 p__.m. A copy of the above-referenced Motion and any supporting declarations and exhibits are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and U.S. Courthouse, 300 S. Las Vegas Blvd, Las Vegas, NV 89101 or may be obtained by emailing Mary Langsner, Ph.D. at the address listed above.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within __1__ days of entry; that any oppositions to the Motion must be filed and served by __October 02, 2023__; that replies to any oppositions filed must be filed and served by __October 09, 2023__; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

. . .

. . .

2

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*