GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SILVER STATE BROADCASTING, LLC,<br><br>☐ AFFECTS THIS DEBTOR<br>☐ AFFECTS GOLDEN STATE BROADCASTING, LLC<br>☐ AFFECTS MAJOR MARKET RADIO, LLC<br>☒ AFFECTS ALL DEBTORS | CASE NO. BK-21-14978-ABL<br><br>Chapter 11<br><br>*Jointly Administered with:*<br><br>Golden State Broadcasting, LLC<br>Case No. 21-14979-ABL<br><br>Major Market Radio, LLC<br>Case No. 21-14980-ABL<br><br>Previous Hearing:<br>Date: October 25, 2023<br>Time: 1:30 p.m.<br><br>**Continued Hearing:**<br>**Date: December 13, 2023**<br>**Time: 1:30 p.m.** |

**THIRD STIPULATION TO CONTINUE HEARING ON RECEIVER W. LAWRENCE PATRICK'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 503(b)(3)(E), 503(b)(4) & 543(c)(2)**

Michael Carmel, in his capacity as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC, by and through his counsel of record Gregory E. Garman, Esq., Talitha Gray Kozlowski, Esq., and Mary Langsner, Ph.D. of the law firm Garman Turner Gordon LLP, and W. Lawrence Patrick ("Receiver"), by and through his counsel of record Brett A. Axelrod, Esq.

and Nicholas A. Koffroth, Esq. of the law firm Fox Rothschild LLP (the Receiver collectively with the Trustee, the "Stipulating Parties"), stipulate and agree as follows:

WHEREAS, on March 23, 2023, the Receiver filed the *Receiver W. Lawrence Patrick's Motion for Allowance of Administrative Claim Pursuant to 11 U.S.C. §§ 503(b)(3)(E), 503(b)(4) & 543(c)(2)* [ECF No. 433] (the "Application").[1]

WHEREAS, on July 12, 2023, the Trustee and the Receiver entered into a *Stipulation Between Chapter 11 Trustee and Receiver W. Lawrence Patrick* (the "Stipulation") [ECF No. 667]. The Stipulation was approved by the Court on July 13, 2023, setting the current hearing ("Hearing") as well as the Trustee's opposition and Receiver's reply briefing deadlines (together, the "Current Briefing Deadlines"). *See* ECF No. 669.

WHEREAS, the Parties continue to dialogue respecting the Application and seek additional time to continue their discussions; therefore the Parties respectfully request a continuance of the Current Briefing Deadlines and the Hearing.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Trustee and the Receiver hereby stipulate and agree as follows:

1. That the Hearing on the Application shall be continued to **December 13, 2023, at 1:30 p.m. prevailing Pacific Time**, or the next available date that is convenient for the Court (the "Continued Hearing").

2. That the Current Briefing Deadlines shall be continued as follows: Any opposition by the Trustee to the Application shall be in writing and filed by November 29, 2023. Any such opposition shall be served in accordance with Fed. R. Bankr. P. 2002. Any reply to such opposition shall be filed and served in accordance with Fed. R. Bankr. P. 2002 by December 6, 2023, by the Receiver.

---

[1] All references to "Section" herein shall be to the Bankruptcy Code appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall refer to the Local Rules of Bankruptcy Practice of the U.S. District Court for the District of Nevada.

Dated this 22nd day of September, 2023.

| GARMAN TURNER GORDON LLP | FOX ROTHSCHILD LLP |
|---|---|
| By: /s/ Mary Langsner<br>    GREGORY E. GARMAN, ESQ.<br>    TALITHA GRAY KOZLOWSKI, ESQ.<br>    MARY LANGSNER, Ph.D.<br>    7251 Amigo Street, Suite 210<br>    Las Vegas, Nevada 89119<br>    *Attorneys for Michael Carmel,*<br>    *Chapter 11 Trustee* | By: /s/ Brett A. Axelrod<br>    BRETT A. AXELROD, ESQ.<br>    NICHOLAS A. KOFFROTH, ESQ.<br>    1980 Festival Plaza Drive, Suite 700<br>    Las Vegas, Nevada 89135<br>    *Counsel for W. Lawrence Patrick* |