1  GARMAN TURNER GORDON LLP
   GREGORY GARMAN, ESQ.
2  Nevada Bar No. 6654
   Email: ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
4  Email: tgray@gtg.legal
   MARY LANGSNER, Ph.D.
5  Nevada Bar No. 13707
   Email: mlangsner@gtg.legal
6  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
7  Tel: 725.777.3000
   *Attorneys for Michael Carmel,*
8  *Chapter 11 Trustee*

9              **UNITED STATES BANKRUPTCY COURT**

10                   **DISTRICT OF NEVADA**

11  In re:                                          CASE NO. BK-21-14978-ABL

12  SILVER STATE BROADCASTING, LLC,                 Chapter 11

13     AFFECTS THIS DEBTOR          ☐            *Jointly Administered with:*

14     AFFECTS GOLDEN STATE         ☐            Golden State Broadcasting, LLC
       BROADCASTING, LLC                          Case No. 21-14979-ABL
15
       AFFECTS MAJOR MARKET         ☐            Major Market Radio, LLC
16     RADIO, LLC                                 Case No. 21-14980-ABL

17     AFFECTS ALL DEBTORS          ☒

18

19                      **CERTIFICATE OF SERVICE**

20      1.      On October 9, 2023, I served the following document(s):

21          a.      *Reply to Opposition to Motion to Auction and Sell*      Dkt. No. 828
                    *Estate Property (Heavy Equipment)*
22
            b.      *Supplemental Declaration of Michael Carmel in Support*  Dkt. No. 829
23                  *of Motion to Auction and Sell Estate Property (Heavy*
                    *Equipment)*
24
        I served the above-named document(s) by the following means to the persons as listed
25
    below:
26
            ☒      ECF System:  See attached ECF Confirmation Sheets.
27

28

1    I declare under penalty of perjury that the foregoing is true and correct.

2    DATED this 16th day of October 2023.

3

4                                                    */s/ Melissa Burkart*
                                                     Melissa Burkart, an employee of
5                                                    Garman Turner Gordon LLP

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**File an answer to a motion:**

21-14978-abl SILVER STATE BROADCASTING, LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: abl | Case Flag: JNTADMN, LEAD, BAPCPA, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 10/9/2023 at 9:23 AM PDT and filed on 10/9/2023
**Case Name:**        SILVER STATE BROADCASTING, LLC
**Case Number:**      21-14978-abl
**Document Number:** 828

Docket Text:
Reply *to Opposition to Motion to Auction and Sell Estate Property (Heavy Equipment)* Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[825] Opposition filed by Jnt Admin Debtor GOLDEN STATE BROADCASTING, LLC.) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Reply to OPP to Sale Motion (fire truck).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/9/2023] [FileNumber=35373512-0
] [b9b8f02ff9122a7db1ce8152bea148f07e946ccec073fb245df62822e5e2af84304
5cd9164d3b9081b0c0aa23d99bee5f7442d3362f468d3e81ef447e5fa43dc]]

**21-14978-abl Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Other Prof. W. LAWRENCE PATRICK
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor VCY AMERICA, INC.
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.c

MICHAEL W. CARMEL
michael@mcarmellaw.com

THOMAS H. FELL on behalf of Creditor CROWN CASTLE MU LLC
tfell@fennemorelaw.com, clandis@fennemorelaw.com;CourtFilings@fennemorelaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@brg.legal, bknotices@gtg.legal

NORMA GUARIGLIA on behalf of Attorney HARRIS LAW PRACTICE LLC
norma@harrislawreno.com, hannah@harrislawreno.com;steve@harrislawreno.com

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID MINCIN on behalf of Creditor MINCIN LAW, PLLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Interested Party MINCIN LAW, PLLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

JOHN M NAYLOR on behalf of Creditor NAYLOR & BRASTER ATTORNEYS AT LAW PLLC
JNAYLOR@NAYLORANDBRASTERLAW.COM, asharples@NAYLORANDBRASTERLAW.COM

TRACY M. O'STEEN on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC
tosteen42@gmail.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

PATRICK A ROSE on behalf of Creditor United States of America - Bureau of Reclamation
Patrick.Rose@usdoj.gov,
Dionne.white@usdoj.gov;maritess.recinto@usdoj.gov;maria.covarrubias@usdoj.gov;angelina.villalpando@usdoj.gov;vera.minkova@usdoj.gov;Allyson.Beyer@usdoj.gov;I

STEVEN B. SCOW on behalf of Creditor BELLAIRE TOWER HOMEOWNERS ASSOCIATION
sscow@kskdlaw.com, dscow@kochscow.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

JOHN WHITE on behalf of Debtor SILVER STATE BROADCASTING, LLC
john@whitelawchartered.com, whitelaw@aol.com;admin@whitelawchartered.com;paralegal@whitelawchartered.com;whitelawchartered@ecf.courtdrive.com

JOHN WHITE on behalf of Jnt Admin Debtor GOLDEN STATE BROADCASTING, LLC
john@whitelawchartered.com, whitelaw@aol.com;admin@whitelawchartered.com;paralegal@whitelawchartered.com;whitelawchartered@ecf.courtdrive.com

JEFFREY J WHITEHEAD on behalf of Creditor Whitehead and Burnett
jeff@whiteheadburnett.com, assistant@whiteheadburnett.com;assistant_6369@ecf.courtdrive.com;Theresa@TheresaMainsPA.com;Paralegal@Whiteheadburnett.com

**21-14978-abl Notice will not be electronically mailed to:**

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

CARL M. HEBERT
2215 STONE VIEW DRIVE
SPARKS, NV 89436

DANIEL J KELLY on behalf of Creditor BELLAIRE TOWER HOMEOWNERS ASSOCIATION
TUCKER ELLIS LLP
201 MISSION STREET, SUITE 2310
SAN FRANCISCO, CA 94105

NICHOLAS A. KOFFROTH on behalf of Other Prof. W. LAWRENCE PATRICK
10250 CONSTELLATION BLVD., SUITE 900
LOS ANGELES, CA 90067

ROBERT W. MAHLMAN
919 POSADAS WEST
VENICE, FL

MAJOR MARKET RADIO LLC
P.O. BOX 1300
FAIR OAKS, CA 95628

JEFFREY L. TIMMONS
974 BRANFORD LANE NW
LILBURN, GA 30047-2680

WOODS & MAINES, P.C.
3300 FAIRFAX DR., STE. 202
ARLINGTON, VA 22201-4400

**Miscellaneous:**

<u>21-14978-abl SILVER STATE BROADCASTING, LLC</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: abl | Case Flag: JNTADMN, LEAD, BAPCPA, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 10/9/2023 at 9:28 AM PDT and filed on 10/9/2023
**Case Name:**        SILVER STATE BROADCASTING, LLC
**Case Number:**      21-14978-abl
**Document Number:** 829

**Docket Text:**
Supplemental Declaration Of: Michael Carmel *in Support of Motion to Auction and Sell Estate Property (Heavy Equipment)* Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[783] Motion for Sale/Use/Lease of Property under Section 363(b) filed by Trustee MICHAEL W. CARMEL) (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Carmel Decl iso Reply to OPP to Sale Motion (fire truck).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/9/2023] [FileNumber=35373515-0
] [6f7773f9a485c6a6c465c8ed8b9fb5607e19b1b3a157aed5135a7ec12d49e581093
417dad4e5782d868d721d97373048847f866d09744c18eeff5e190f371818]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Ex 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/9/2023] [FileNumber=35373515-1
] [bac0e75c107acd084f4b61d532706aba9cad5abafbcda5f94b51a4b810da540d15f
4a57cd0c79a73af162380f54969a541a0de44d6020040e30180cc0a65753e]]
**Document description:**Exhibit 2
**Original filename:**C:\fakepath\Ex 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/9/2023] [FileNumber=35373515-2
] [70fa8c9f237326a754bf30337fe16d61160eda0565d0bbb8b63a43ed4800df1b833
4ef3fb4722fcf48f452c60dd98df1a6489a317cdd82ce4988e361ffb7a611]]
**Document description:**Exhibit 3
**Original filename:**C:\fakepath\Ex 3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/9/2023] [FileNumber=35373515-3
] [741644e9337a8ecf136ccc4aba777d23e8d2c6c846cac6620b84c2f7e931aae1639
b22446df0876d5ab7be4dfdbe953bf2b9b16ef9e5f9bef79ae8d5c128cd64]]

**21-14978-abl Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Other Prof. W. LAWRENCE PATRICK
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor VCY AMERICA, INC.
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.c

MICHAEL W. CARMEL
michael@mcarmellaw.com

THOMAS H. FELL on behalf of Creditor CROWN CASTLE MU LLC
tfell@fennemorelaw.com, clandis@fennemorelaw.com;CourtFilings@fennemorelaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@brg.legal, bknotices@gtg.legal

NORMA GUARIGLIA on behalf of Attorney HARRIS LAW PRACTICE LLC
norma@harrislawreno.com, hannah@harrislawreno.com;steve@harrislawreno.com

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID MINCIN on behalf of Creditor MINCIN LAW, PLLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Interested Party MINCIN LAW, PLLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

JOHN M NAYLOR on behalf of Creditor NAYLOR & BRASTER ATTORNEYS AT LAW PLLC
JNAYLOR@NAYLORANDBRASTERLAW.COM, asharples@NAYLORANDBRASTERLAW.COM

TRACY M. O'STEEN on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC
tosteen42@gmail.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

PATRICK A ROSE on behalf of Creditor United States of America - Bureau of Reclamation
Patrick.Rose@usdoj.gov,
Dionne.white@usdoj.gov;maritess.recinto@usdoj.gov;maria.covarrubias@usdoj.gov;angelina.villalpando@usdoj.gov;vera.minkova@usdoj.gov;Allyson.Beyer@usdoj.gov;I

STEVEN B. SCOW on behalf of Creditor BELLAIRE TOWER HOMEOWNERS ASSOCIATION
sscow@kskdlaw.com, dscow@kochscow.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

JOHN WHITE on behalf of Debtor SILVER STATE BROADCASTING, LLC
john@whitelawchartered.com, whitelaw@aol.com;admin@whitelawchartered.com;paralegal@whitelawchartered.com;whitelawchartered@ecf.courtdrive.com

JOHN WHITE on behalf of Jnt Admin Debtor GOLDEN STATE BROADCASTING, LLC
john@whitelawchartered.com, whitelaw@aol.com;admin@whitelawchartered.com;paralegal@whitelawchartered.com;whitelawchartered@ecf.courtdrive.com

JEFFREY J WHITEHEAD on behalf of Creditor Whitehead and Burnett
jeff@whiteheadburnett.com, assistant@whiteheadburnett.com;assistant_6369@ecf.courtdrive.com;Theresa@TheresaMainsPA.com;Paralegal@Whiteheadburnett.com

**21-14978-abl Notice will not be electronically mailed to:**

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

CARL M. HEBERT
2215 STONE VIEW DRIVE
SPARKS, NV 89436

DANIEL J KELLY on behalf of Creditor BELLAIRE TOWER HOMEOWNERS ASSOCIATION
TUCKER ELLIS LLP
201 MISSION STREET, SUITE 2310
SAN FRANCISCO, CA 94105

NICHOLAS A. KOFFROTH on behalf of Other Prof. W. LAWRENCE PATRICK
10250 CONSTELLATION BLVD., SUITE 900
LOS ANGELES, CA 90067

ROBERT W. MAHLMAN
919 POSADAS WEST
VENICE, FL

MAJOR MARKET RADIO LLC
P.O. BOX 1300
FAIR OAKS, CA 95628

JEFFREY L. TIMMONS
974 BRANFORD LANE NW
LILBURN, GA 30047-2680

WOODS & MAINES, P.C.
3300 FAIRFAX DR., STE. 202
ARLINGTON, VA 22201-4400