STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
HARRIS LAW PRACTICE LLC
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Administrative Creditor
(Former Counsel for Debtors)

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

SILVER STATE BROADCASTING, LLC

☐ AFFECTS THIS DEBTOR

☐ AFFECTS GOLDEN STATE BROADCASTING, LLC

☐ AFFECTS MAJOR MARKET RADIO LLC

☒ AFFECTS ALL DEBTORS
_____/

Case No. 21-14978-abl
(Chapter 11)

Jointly Administered with:

| 21-14979-abl | Golden State Broadcasting, LLC |
| 21-14980-abl | Major Market Radio LLC |

**NOTICE OF HEARING**

Hearing Date:  November 29, 2023
Hearing Time:  1:30 p.m.
Est. Time:     30 minutes
Set by:        Calendar Clerk

    NOTICE IS HEREBY GIVEN that on October 24, 2023, Administrative creditor, HARRIS LAW PRACTICE LLC ("HLP"), former general bankruptcy counsel for jointly administered Debtors SILVER STATE BROADCASTING, LLC, GOLDEN STATE BROADCASTING, LLC, and MAJOR MARKET RADIO LLC (collectively "Debtors"), filed its *Motion for Order Removing Chapter 11 Trustee* [ECF No. 839] ("Motion").

    The Motion seeks an Order removing the chapter 11 trustee, Michael Carmel, for the reasons set forth in the Motion pursuant to 11 U.S.C. §§ 105, 324, and 1105 and restoring the Debtors into possession under 11 U.S.C. § 1105, or alternatively, directing the United States

Trustee to appoint a new, qualified, neutral, and impartial trustee for these cases.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If an objection or opposition is not timely filed and served, the relief requested may be granted without a hearing.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Written requests for copies of the subject Motion can be mailed, faxed, or emailed to Harris Law Practice LLC, Attn: Norma Guariglia, at 850 E. Patriot Blvd, Suite F, Reno, NV 89511, Fax 775-786-7764, or norma@harrislawreno.com.

NOTICE IS FURTHER GIVEN that a hearing on the Motion will be held on **November 29, 2023, at 1:30 p.m.,** by remote participation before a United States Bankruptcy Judge in the United States Bankruptcy Court. **The remote participation telephone conference line is (669) 254-5252; Meeting ID 161 110 6049; Passcode 154251#.** Remote participation information may also be found on the posted calendar on the Court's website at https://www.nvb.uscourts.gov/calendars/court-calendars/ .

DATED October 25, 2023.

          HARRIS LAW PRACTICE LLC

          */s/ Norma Guariglia*

          _____
          NORMA GUARIGLIA, ESQ.
          Administrative Creditor