GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, PH.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | CASE NO. BK-21-14978-ABL |
|---|---|
| SILVER STATE BROADCASTING, LLC, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR | *Jointly Administered with:* |
| ☐ AFFECTS GOLDEN STATE BROADCASTING, LLC | Golden State Broadcasting, LLC Case No. 21-14979-ABL |
| ☐ AFFECTS MAJOR MARKET RADIO, LLC | Major Market Radio, LLC Case No. 21-14980-ABL |
| ☒ AFFECTS ALL DEBTORS | **Auction:** Date: October 26, 2023 Time: 9:30 a.m. **Sale Hearing:** Date: November 14, 2023 Time: 1:30 p.m. |

## NOTICE ANNOUNCING PREVAILING BIDS AND BIDDERS

**PLEASE TAKE NOTICE** that on August 17, 2023, the above-captioned Court entered the *Order: (I) Approving Bid Procedures Relating to Sale of the Debtors' Station Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; (IV) Establishing Procedures for Noticing and Determining Cure Amounts; and (V) Granting Related Relief* [ECF No. 746] (the "Bid Procedures Order") approving bidding

procedures for and scheduling an auction for October 26, 2023 (the "Auction"),in connection with the sale of all rights, title, and interest of Debtors in the radio stations (collectively, the "Stations")[1] and granting related relief as requested in the *Trustee's Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of Debtors' Station Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; (IV) Establishing Procedures for Noticing and Determining Cure Amounts; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Debtors' Station Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [ECF No. 627].

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures Order entered on August 17, 2023, the Auction of the Stations was conducted on **October 26, 2023, commencing at 9:30 a.m.** The Prevailing Bidders and Prevailing Bids announced in open-Court and on the record at the Auction are:

| Debtor | Stations | Prevailing Bidder | Prevailing Bids |
|---|---|---|---|
| Golden State Broadcasting, LLC | KREV(FM) | Friends of KEXP | $3,750,000.00 |
| Silver State Broadcasting, LLC<br><br>Major Market Radio, LLC | KFRH(FM)<br><br>KRCK-FM, K251BX, & K238AK | VCY America, Inc. | $1,954,219.16<br><br>$298,281.73<br>$82,282.46<br>$111,169.53 |
| Silver State Broadcasting, LLC | KBET(AM) & K276GX | AutopilotFM, LLC | $150,000.00 |

. . .

. . .

. . .

---

[1] KFRH(FM), North Las Vegas, Nevada, FCC Facility ID No. 19062; KBET(AM), Winchester, Nevada, FCC Facility ID No. 136292; K276GX, Las Vegas, Nevada, FCC Facility ID No. 203222; KREV(FM), Alameda, California FCC Facility ID No. 36029; KRCK-FM, Mecca, California, FCC Facility ID No. 52808; K251BX, Palm Desert, California, FCC Facility ID No. 150925; K238AK, Palm Desert, California, FCC Facility ID No. 147714.

Dated this 27th day of October 2023.

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
   GREGORY E. GARMAN, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.
   MARY LANGSNER, PH.D.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   *Attorneys for Michael Carmel, Chapter 11 Trustee*