_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 13, 2023

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>SILVER STATE BROADCASTING, LLC,<br><br>      Debtor.<br>_____<br>GOLDEN STATE BROADCASTING, LLC,<br><br>      Jointly Administered Debtor.<br>_____<br>MAJOR MARKET RADIO, LLC,<br><br>      Jointly Administered Debtor.<br>_____ | Case No.: 21-14978-abl<br><br>Jointly Administered with:<br>Case No.: 21-14979-abl<br>Case No.: 21-14980-abl<br><br>Chapter 11<br><br><br>Hearing Date: November 7, 2023<br>Hearing Time: 1:30 p.m. |

**ORDER DENYING MOTION FOR SALE WITHOUT PREJUDICE**

On November 7, 2023, the Court issued its oral ruling on a Motion for Order Pursuant to 11 U.S.C. §§ 363 and 105 and Bankruptcy Rules 6004 and 2002 Authorizing Chapter 11 Trustee to Auction and Sell Estate Property ("Heavy Equipment Sale Motion").[1] The Heavy Equipment Sale Motion was filed by Michael W. Carmel, duly appointed trustee for the bankruptcy estates of jointly administered Chapter 11 debtors Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC ("Trustee").

---

[1] ECF No. 783. In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

At the November 7, 2023, hearing, attorney Gregory E. Garman appeared telephonically on behalf of Trustee. Attorney John A. White, Jr. appeared telephonically on behalf of the debtors out-of-possession. Attorney Ogonna M. Brown appeared telephonically on behalf of VCY America, Inc. Attorney Candance C. Carlyon appeared telephonically on behalf of C & E Haas Development Company, LLC. Attorney Kara B. Hendricks appeared on behalf of interested party Friends of KEXP. Attorney Justin C. Valencia appeared on behalf of United States Trustee for Region 17, Tracy Hope Davis. Other telephonic appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on November 7, 2023, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to Fed. R. Civ. P. 52, made applicable in this contested matter pursuant to Fed. R. Bankr. P. 9014(a) and (c) and 7052.

For the reasons stated on the record,

**IT IS ORDERED** that the Heavy Equipment Sale Motion is **DENIED WITHOUT PREJUDICE**.

Copies sent to all registered parties via CM/ECF Electronic Filing.

# # #