Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   SILVER STATE BROADCASTING, LLC, Golden State Broadcasting, LLC, and Major Market Radio LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❏ Plaintiff
   ❏ Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❏ Debtor
   ❏ Creditor
   ❏ Trustee
   ☑ Other (describe) Debtors out of Possession

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order (I) Authorizing the Sale of Debtors' Station Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances and Interests: (II) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and unexpired Leases, and ; (III) Granting Related Relief.

2. State the date on which the judgment—or the appealable order or decree—was entered:
   November 20, 2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Michael Carmel, in his capacity as the Chapter 11 Trustee.
   Attorney: Garman Turner Gordon, LLP
   Gregory E. Garman, Esq.
   Talitha Gray Kozlowski, Esq.
   Mary Langsner, PHD
   7251 Amigo St., Suite 210, Las Vegas, NV 89119
   702-338-9017

2. Party: _____
   Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: __December 4, 2023__

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
White Law Chartered, John A. White, Jr., Esq.
335 W. 1st. St.
Reno, NV 89503
775-322-8000

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]